SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/10

**LDF**
DEFEND EDUCATE EMPOWER

99 Hudson Street
New York, NY 10013
phone: 212-965-2200

**THE LEGAL AID SOCIETY**

199 Water Street
New York, NY 10038
phone: 212-577-3300

**Paul|Weiss**

1285 Avenue of the Americas
New York, NY 10019-6064
phone: 212-373-3000

> Plaintiffs' request to adjourn the conference currently scheduled for Sept 2, 2010 is hereby granted. The conference will be held on Wednesday, Sept. 8, 2010 at 10.00 AM.

August 31, 2010

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

SO ORDERED
Date: 8/31/10
[signature]
Shira A. Scheindlin
USDJ

Re: *Davis v. City of New York*, 10 Civ. 699 (SAS)

Dear Judge Scheindlin:

The undersigned counsel collectively represent the putative class of plaintiffs in the above-captioned matter. At approximately 4:00 p.m. yesterday, August 30, 2010, Your Honor issued an Order in this matter extending the dates for class certification and setting a status conference for this Thursday, September 2, 2010 [Doc. # 16]. Plaintiffs respectfully request an adjournment of this Thursday's status conference. Numerous members of Plaintiffs' counsel with knowledge of the discovery disputes between the parties, as well as the posture of the case generally, are unavailable this week due to permanent personnel changes, medical leave following surgery, and vacation. Plaintiffs want to make the best use of the Court's time by having all necessary counsel present to address, and hopefully resolve, all of the issues that will be discussed at the status conference.

Defendants City of New York and New York City Housing Authority both consent to this request. Counsel for all parties are available for a rescheduled status conference at the following times:

1) Before 11:00 a.m. on Wednesday, September 8, 2010;
2) Before 3:00 p.m. on Monday, September 13, 2010;

3) After 11:00 a.m. on Tuesday, September 14, 2010;
4) After 12:00 noon on Wednesday, September 15, 2010; or
5) Before 12:00 noon on Thursday, September 16, 2010.

Thank you in advance for considering this request.

Respectfully Submitted,

*[signature]*

David G. Clunie
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212.373.3037
Fax: 212-757-3990

Johanna Steinberg
NAACP Legal Defense
 & Educational Fund, Inc.
99 Hudson Street, 16th Floor
New York, NY 10013
Tel: 212.965.2269
Fax: 212-219-2052

William Gibney
Legal Aid Society of
 New York
199 Water Street
New York, NY 10038
Tel: 212.577.3419
Fax: 212-509-8481

cc:  David M. Hazan
     Prathyusha Reddy
     New York City Law Department
     100 Church Street
     New York, NY 10007

cc:  Steven J. Rappaport
     New York City Housing
      Authority Law Department
     250 Broadway, 9th Floor
     New York, NY 10007