IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

KELTON DAVIS, WILLIAM TURNER,
ALTAGRACIA HERNANDEZ, EDWIN
LARREGUI, ROMAN JACKSON, KRISTIN
JOHNSON, ELEANOR BRITT, ANTHONY
ANDERSON, LASHAUN SMITH, SHAWNE
JONES, HECTOR SUAREZ, ADAM COOPER,
ANDREW WASHINGTON, P.L. by his parent
LISA PIGGOTT, DAVID WILSON, and
GENEVA WILSON, individually and on behalf of a
class of all others similarly situated;

                    Plaintiffs,

- against –

THE CITY OF NEW YORK and NEW YORK
CITY HOUSING AUTHORITY;

                    Defendants.

10 Civ. 699 (SAS)

**NOTICE OF WITHDRAWAL**

---

      PLEASE TAKE NOTICE that David Clunie hereby withdraws as counsel for plaintiff(s) Kelton Davis, William Turner, Altagracia Hernandez, Edwin Larregui, Roman Jackson, Kristin Johnson, Eleanor Britt, Anthony Anderson, LaShaun Smith, Shawne Jones, Hector Suarez, Adam Cooper, Andrew Washington, P.L. by his parent Lisa Piggott, David Wilson and Geneva Wilson in the above-captioned action. After September 7, 2010, I will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. Attached is my affidavit, in accordance with Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York.

      Jason Williamson and Daniel Leffell of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Johanna Steinberg of the NAACP Legal Defense and Educational Fund, Inc. and William Gibney and Amanda Moretti of The Legal Aid Society, all of whom are counsel of record for plaintiff(s), will continue to represent plaintiff(s) in this action.

Dated: September 7, 2010

New York, New York

> PAUL, WEISS, RIFKIND, WHARTON
> & GARRISON LLP
>
> By: _____
>        (dclunie@paulweiss.com)
>
> 1285 Avenue of the Americas
> New York, New York 10019
> Telephone: (212) 373-3000
> Facsimile: (212) 757-3990
>
> *Attorney for Plaintiff(s)*

SO ORDERED:

_____
U. S. D. J.

9/13/10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KELTON DAVIS, WILLIAM TURNER,
ALTAGRACIA HERNANDEZ, EDWIN
LARREGUI, ROMAN JACKSON, KRISTIN
JOHNSON, ELEANOR BRITT, ANTHONY
ANDERSON, LASHAUN SMITH, SHAWNE
JONES, HECTOR SUAREZ, ADAM COOPER,
ANDREW WASHINGTON, P.L. by his parent
LISA PIGGOTT, DAVID WILSON, and
GENEVA WILSON, individually and on behalf of a
class of all others similarly situated;

10 Civ. 699 (SAS)

**NOTICE OF WITHDRAWAL**

Plaintiffs,

- against –

THE CITY OF NEW YORK and NEW YORK
CITY HOUSING AUTHORITY;

Defendants.

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

David G. Clunie, being duly sworn, says:

1. I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and member of the Bar of this Court. Pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, I submit this affidavit to notify the Court that I am withdrawing as counsel in the above-captioned action for plaintiff(s) Kelton Davis, William Turner, Altagracia Hernandez, Edwin Larregui, Roman Jackson, Kristin Johnson, Eleanor Britt, Anthony Anderson, LaShaun Smith, Shawne Jones, Hector Suarez, Adam Cooper, Andrew Washington, P.L. by his parent Lisa Piggott, David Wilson and Geneva Wilson because,

after September 7, 2010, I will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

    2. Jason Williamson and Daniel Leffell of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Johanna Steinberg of the NAACP Legal Defense and Educational Fund, Inc. and William Gibney and Amanda Moretti of The Legal Aid Society, all of whom are counsel of record for plaintiff(s), will continue to represent plaintiff(s) in this action.

*[signature]*

Sworn to before me this 7th
day of September, 2010

*[signature]*
Notary Public

GLORIA C. HARTILL
Notary Public, State Of New York
No. 01HA-4655355
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 30, 2011