USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/10

SEP 20 2010



### THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Prathyusha Reddy**
*Senior Counsel*
Phone: (212) 788-0963
Fax: (212) 788-9776
preddy@law.nyc.gov

September 20, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/10

**VIA FACSIMILE (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   Kelton Davis, et al. v. City of New York et al., 10 Civ. 0699 (SAS)(HBP)

Your Honor:

   I am the attorney for defendant City of New York in the above-referenced matter. I write to respectfully request a three-week extension of the deadline to submit part of the NYPD stop, question and frisk database, as well as part of the Omniform Arrest database to plaintiffs. Plaintiffs' counsel, Johanna Steinberg, Esq., consents to this request.

   As background, the parties attended a status conference on September 8, 2010. There, the parties notified the Court that they may have resolved a discovery dispute pertaining to Plaintiffs' request for data about stops and arrests. Specifically, Defendant City agreed to produce part of the NYPD Stop, Question, and Frisk database, limited in time and limited to stops that have occurred in NYCHA housing to plaintiffs. Defendant City further agreed to produce part of the NYPD Arrest database, limited in time and limited to trespass arrests that occurred in NYCHA housing. Defendant City was ordered to produce this discovery by October 8, 2010.

   The reason for this request is that the individual NYPD employees that are responsible for compiling these databases into a suitable format for production have been away from the office for the majority of September. In addition, as the Court may recall, the same individuals will be responsible for making a production of similar magnitude upon their return to Your Honor in the related case of David Floyd v. City of New York, et al., 08-CV-1034 (SAS). Accordingly, due to the timing of both submissions, the NYPD will need additional time to compile the production.

   In light of the above, Defendant City respectfully requests a three-week extension, from October 8, 2010, until October 29, 2010, by which to produce the aforementioned databases to Plaintiffs. As noted above, plaintiffs' counsel consents to this request.

*Request granted - The City must produce the specified databases by October 29, 2010. This extension does not affect any other scheduled dates in this case. So Ordered. [signature] 9/20/10*

Thank you for your consideration herein.

Respectfully submitted,

Prathyusha Reddy
Senior Counsel

cc: <u>Via e-mail</u>
Johanna Steinberg, Esq.
Jason Williamson, Esq.
William Gibney, Esq.
Stephen Rappaport, Esq.