IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

KELTON DAVIS, WILLIAM TURNER, ALTAGRACIA HERNANDEZ, EDWIN LARREGUI, ROMAN JACKSON, KRISTIN JOHNSON, ELEANOR BRITT, ANTHONY ANDERSON, LASHAUN SMITH, SHAWNE JONES, HECTOR SUAREZ, ADAM COOPER, ANDREW WASHINGTON, P.L. BY HIS PARENT LISA PIGGOTT, DAVID WILSON, AND GENEVA WILSON, individually and on behalf of a lass of all others similarly situated;

       Plaintiffs,

- against -

THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;

       Defendants.

10 Civ. 699 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/10

---

## STIPULATION TO VOLUNTARILY DISMISS ALL CLAIMS OF PLAINTIFF ALTAGRACIA HERNANDEZ

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Altagracia Hernandez and all other named plaintiffs in the above-captioned matter (collectively "Plaintiffs" or "Plaintiff Class") and Defendants City of New York and the New York City Housing Authority (collectively "Defendants"), through their undersigned counsel, as follows:

1. Plaintiff Altagracia Hernandez hereby voluntarily dismisses all of her claims against Defendants without prejudice and is no longer a party to this action.

Dated: New York, New York
_____, 2010, of

By: /s/ Johanna B. Steinberg
Johanna B. Steinberg

John Payton
Debo P. Adegbile
Christina Swarns
Johanna B. Steinberg
Jin Hee Lee
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013-2897
(Tel.) 212-965-2269; (Fax) 212-219-2052
jsteinberg@naacpldf.org

*Attorneys for Plaintiffs*

By: /s/ Jason Williamson
Jason Williamson

Daniell J. Leffell
Michele Hirshman
Jason D. Williamson
Priy Sinha
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
dclunie@paulweiss.com

*Attorneys for Plaintiffs*
By: /s/ Prathyusha Reddy

MICHAEL A. CARDOZO
Prathyusha Reddy
Corporation Counsel of the City of New York
100 Church Street, Room 3-186
New York, NY 10007

*Attorneys for Defendant City of New York*

By: /s/ William Gibney
William Gibney

Steve Banks
William Gibney
Steven Wasserman
Amanda Moretti
The Legal Aid Society of New York
199 Water Street 6th Fl.
New York, NY 10038
(Tel.) (212) 577-3300; (Fax) (212) 509-8141
wdgibney@legal-aid.org

*Attorneys for Plaintiffs*

By: /s/ Steven J. Rappaport
Steven J. Rappaport

Steven J. Rappaport
New York City Housing Authority
250 Broadway, 9th Floor
New York, NY 10007

*Attorneys for Defendant New York City Housing Authority*

2

SO ORDERED:

September 23, 2010

_____
Honorable Shira A. Scheindlin
United States District Judge