IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

KELTON DAVIS, WILLIAM TURNER,
EDWIN LARREGUI, ROMAN JACKSON, KRISTIN
JOHNSON, ELEANOR BRITT, ANTHONY
ANDERSON, LASHAUN SMITH, SHAWNE
JONES, HECTOR SUAREZ, ADAM COOPER,
ANDREW WASHINGTON, P.L. by his parent
LISA PIGGOTT, DAVID WILSON, and
GENEVA WILSON, individually and on behalf of a
class of all others similarly situated;

                        Plaintiffs,

- against –

THE CITY OF NEW YORK and NEW YORK
CITY HOUSING AUTHORITY;

                        Defendants.

10 Civ. 699 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/10

---

## ORDER

WHEREAS, on April 6, 2010, this Court issued a Scheduling Order that sets forth certain filing deadlines in the above-captioned matter; and

WHEREAS, by separate letters dated August 27, 2010, Plaintiffs requested, for the first time, extensions of the discovery and class certification deadlines due to outstanding discovery issues; and

WHEREAS, on August 27, 2010, this Court granted Plaintiffs' request to modify the class certification schedule and scheduled a status conference on November 16, 2010, to revisit scheduling; and

WHEREAS, on September 8, 2010, this Court orally extended the period of discovery to January 21, 2011, without modifying the November 5, 2010, deadline for expert reports,

IT IS HEREBY ORDERED that deadlines listed in the April 6, 2010 Scheduling Order are stayed pending the outcome of the parties' status conference before the Court on November 16, 2010.

SO ORDERED.

_____
Honorable Shira A. Scheindlin
United States District Judge

November ___, 2010

2