AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 10 cv 699 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/8/2010 | *[signature]* |
| Date | Signature |

Nancy Rosenbloom
Print Name                                                      Bar Number

The Legal Aid Society, 199 Water Street, 6th floor
Address

| New York | NY | 10038 |
|---|---|---|
| City | State | Zip Code |

(212) 577-3265                                    (212) 509-8481
Phone Number                                      Fax Number