UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

KELTON DAVIS, WILLIAM TURNER, ALTAGRACIA HERNANDEZ, EDWIN LARREGUI, ROMAN JACKSON, KRISTIN JOHNSON, ELEANOR BRITT, ANTHONY ANDERSON, LASHAUN SMITH, SHAWNE JONES, HECTOR SUAREZ, ADAM COOPER, ANDREW WASHINGTON, P.L. by his parent LISA PIGGOTT, DAVID WILSON, and GENEVA WILSON, individually and on behalf of a class of all others similarly situated,

                                Plaintiffs,

                  -against-

THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY,

                              Defendants.

------------------------------------------------------------------------------- x

**NOTICE OF MOTION**

10 Civ. 699 (SAS)

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Defendant City of New York's Motion for Summary Judgment on Plaintiffs' Claim for Declaratory and Injunctive Relief, dated December 10, 2010, Defendant City of New York's Statement of Facts Pursuant to Local Rule 56.1, the Declaration of Edward Delatorre, dated December 10, 2010, and supporting exhibits, and upon all prior pleadings and proceedings had herein, defendant City of New York, will move this Court before the Honorable Shira A. Scheindlin, United States District Judge at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York on a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing plaintiffs' claim for declaratory and injunctive relief, together with such other relief as this Court deems just proper.

**PLEASE TAKE FURTHER NOTICE,** that opposition papers, if any, must be served on the undersigned on or before December 24, 2010; and

**PLEASE TAKE FURTHER NOTICE**, that any reply papers by Defendants must be served on or before January 5, 2011.

Dated:    New York, New York
          December 10, 2010

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-0891

                                            By: _____
                                                 Judson Vickers

TO:

Johanna Steinberg, Esq.
Counsel for Plaintiffs
NAACP Legal Defense and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013-2897

Jason Williamson, Esq.
Counsel for Plaintiffs
Paul Weiss, Rifkind, Sharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019

Steven Rappaport, Esq.
Counsel for Co-Defendant
NYCHA
250 Broadway, 9th Floor
New York, NY 10007