UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELTON DAVIS, WILLIAM TURNER, EDWIN LARREGUI, ROMAN JACKSON, KRISTIN JOHNSON, ELEANOR BRITT, ANTHONY ANDERSON, LASHAUN SMITH, SHAWNE JONES, HECTOR SUAREZ, ADAM COOPER, ANDREW WASHINGTON, P.L. by his parent LISA PIGGOTT, DAVID WILSON, and GENEVA WILSON, individually and on behalf of a class of all others similarly situated;<br><br>                Plaintiffs,<br><br>              -against-<br><br>THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;<br><br>              Defendants. | 10 Civ. 699 (SAS) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## **DECLARATION OF ERIK CRAWFORD**

ERIK CRAWFORD declares, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am President of the Resident Association for the Davidson Houses, located at 818 Home Street, Bronx, New York 10459. I am also a member of the Executive Board of the Bronx South District. I have lived in the Davidson Houses my entire life, and have been President of its Resident Association for the past 13 years. I submit this Declaration in Support of Plaintiffs' Opposition to Defendant City of New York's Motion for Summary Judgment on Plaintiffs' Claim for Declaratory and Injunctive Relief.

2.     As President of the Resident Association, I serve as the spokesperson and liaison for the residents of the Davidson Houses. I give residents information, voice their concerns to government officials, and try to ensure that their rights are secured.

3.     The Davidson Houses hold monthly meetings to discuss issues of concern to the residents, including police relations. These meetings are open to all residents and give them an opportunity to tell me about whatever problems they are having.

4.     During my 13 years as President of the Davidson Houses, I have observed many changes in police officers' interactions with residents in my building. One example is the way police officers enforce the trespass laws. Beginning around 2004, I began receiving more complaints from residents about getting stopped, and sometimes arrested, for trespassing in our own building. These problems have gotten worse until this day.

5.     I have been very vocal about our problems with trespass enforcement, and have complained to government officials as early as five years ago. During the past two years, I made multiple complaints about trespass enforcement in person, by email, or by phone to: John Rhea, the Chairman of the New York City Housing Authority; Housing Bureau Chief Joanne Jaffe; Robert Martinez, Executive Director of the NYPD Support Services Bureau; and Community Affairs Bureau Chief, Phillip Banks III.

6.     Whenever I complain about trespass, I usually get two types of responses: either I am told that these issues are being addressed by the Citywide Council of Presidents ("CCOP") or the government official tries to help a specific individual rather than fix the problem systemwide.

7.     I do not believe CCOP's Safety and Security Task Force ("Task Force") represents the interests or opinions of all NYCHA residents, including myself and the residents in my building. There is not enough resident involvement in the Task Force, which consists of

only nine members. I believe the Task Force needs to expand and have several more members, including youth representation.

8. The Task Force is also very bad at communicating its work with NYCHA residents. We get no updates from the Task Force leadership, which makes no effort to get information from us. We usually hear about the Task Force's decisions from NYCHA after everything is in black-and-white. Decisions are made by the Task Force without consulting the NYCHA residents-at-large.

9. From my conversations with residents in my building and the Presidents of the other Resident Associations in the Bronx South District, most people support this lawsuit. I believe that this case is the real motivating factor behind the recent actions taken by NYCHA and the NYPD regarding vertical patrols. I also think this lawsuit is important because whatever changes are made to improve trespass enforcement must be long-lasting and permanent.

10. Even though the NYPD has made some changes, they are not enough. Just a few weeks ago, I witnessed officers stopping four teenagers who had congregated in front of my building to talk to each other after school. I happen to know these youth from the Davidson Houses Community Center that is in my development. When I vouched for these teenagers, the officer mentioned that they were blocking the walkway. But these young men were doing nothing wrong; they were just hanging out in front of their home.

11. Residents and guests in the Davidson Houses are at risk of being stopped and asked for identification. People who do not have identification, and cannot otherwise prove they are residents or visiting residents, are accused of trespassing. Rather than verifying whether they are residents or guests, officers usually just give tickets and tell people to show their proof to a judge.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2010.

_____
ERIK CRAWFORD