IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELTON DAVIS, WILLIAM TURNER, EDWIN LARREGUI, ROMAN JACKSON, KRISTIN JOHNSON, ELEANOR BRITT, ANTHONY ANDERSON, LASHAUN SMITH, SHAWNE JONES, HECTOR SUAREZ, ADAM COOPER, ANDREW WASHINGTON, P.L. by his parent LISA PIGGOTT, DAVID WILSON, and GENEVA WILSON, individually and on behalf of a class of all others similarly situated;<br><br>    Plaintiffs,<br><br>  -against-<br><br>THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;<br><br>    Defendants. | 10 Civ. 699 (SAS) |



## ORDER

WHEREAS, on April 6, 2010, this Court issued a Scheduling Order that sets forth certain filing deadlines in the above-captioned matter; and

WHEREAS, by separate letters dated August 27, 2010, Plaintiffs requested, for the first time, extensions of the discovery and class certification deadlines due to outstanding discovery issues; and

WHEREAS, on August 27, 2010, this Court granted Plaintiffs' request to modify the class certification schedule and scheduled a status conference on November 16, 2010, to revisit scheduling;

WHEREAS, on September 8, 2010, this Court orally extended the period of discovery to January 21, 2011, without modifying the November 5, 2010, deadline for expert reports;

WHEREAS, on November 8, 2010, this Court stayed all deadlines listed in the April 6, 2010, Scheduling Order pending the outcome of the parties' status conference before this Court on November 16, 2010; and

WHEREAS, during the November 16, 2010, conference, this Court stayed all deadlines and instructed the parties to submit a written proposal for new discovery and class certification deadlines,

IT IS HEREBY ORDERED that:

a) **Time when discovery is to be completed:** The parties shall complete factual discovery by May 2, 2011.

b) **Class certification:** Plaintiffs shall file their motion in support of class certification within thirty (30) days of the close of factual discovery, which shall be on or before June 2, 2011. Defendants shall file and serve any opposition to that motion thirty (30) days after filing of Plaintiffs' motion, which shall be on or before July 2, 2011. Plaintiffs shall file any reply on or before July 23, 2011.

c) **Date by which (i) each expert report will be supplied to the adverse side and (ii) each expert's deposition will be completed:** Plaintiffs shall serve their expert report(s) within thirty (30) days of the close of factual discovery, which shall be on or before June 2, 2011. Defendants shall serve their rebuttal expert report(s) within thirty (30) days after service of Plaintiffs' expert report(s), which shall be on or before July 2, 2011. Deposition for all parties shall be completed by August 2, 2011.

SO ORDERED.

_____
Honorable Shira A. Scheindlin
United States District Judge

January 7, 2011