UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELTON DAVIS, WILLIAM TURNER, EDWIN LARREGUI, ROMAN JACKSON, KRISTIN JOHNSON, ELEANOR BRITT, ANTHONY ANDERSON, LASHAUN SMITH, SHAWNE JONES, HECTOR SUAREZ, ADAM COOPER, ANDREW WASHINGTON, P.L. by his parent LISA PIGGOTT, DAVID WILSON, and GENEVA WILSON, individually and on behalf of a class of all others similarly situated;<br><br>     Plaintiffs,<br><br>    -against-<br><br>THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;<br><br>     Defendants. | **NOTICE OF APPEARANCE**<br><br>10 Civ. 699  (SAS) |

## NOTICE OF APPEARANCE OF DAMIAN WILLIAMS

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Plaintiffs Kelton Davis, William Turner, Edwin Larregui, Roman Jackson, Kristin Johnson, Eleanor Britt, Anthony Anderson, LaShaun Smith, Shawne Jones, Hector Suarez, Adam Cooper, Andrew Washington, P.L. by his parent Lisa Piggott, David Wilson, and Geneva Wilson.

Dated: New York, New York
January 13, 2011

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: /s/ Damian Williams
            Damian Williams
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Phone:    (212) 373-3290
        Fax:    (212) 492-0290
        E-mail:    adwilliams@paulweiss.com