UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KELTON DAVIS, et al.
                             Plaintiff,

                10   C   699        (   )

-against-

THE CITY OF NEW YORK and
                             Defendant.
------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending      [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **JOHNATHAN JAMES SMITH**

[X] Attorney

    [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **JS3221**; My State Bar Number is: **4629622**

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

    From: **Fried Frank Harris Shriver & Jacobson LLP**

    To: **NAACP Legal Defense & Educational Fund, Inc.**

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: **99 Hudson Street, Suite 1600**
                        **New York, NY 10013**

[X] Telephone No.: **212.965.2200**

[X] Fax No.: **212.226.7592**

[X] E-Mail Address: *jsmith@naacpldf.org*

Dated: 2/9/11

                                                                     ATTORNEY'S SIGNATURE