UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELTON DAVIS, *et al.*, individually and on behalf of a class of all others similarly situated;

        Plaintiffs,

-against-

THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;

        Defendants.

10 Civ. 699 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/11

### ORDER

**WHEREAS**, the parties appeared before this Court for a conference on February 17, 2011, and on that date this Court directed Defendant City of New York (the "City") to produce certain information.

**IT IS HEREBY ORDERED** that the City shall produce the following to Plaintiffs' counsel no later than March 15, 2011:

    1.    Information in spreadsheet format concerning the location of Vertical Patrols conducted citywide from 2005 to 2008, and 2010 to the present;

    2.    A list of captions and index numbers of current complaints filed against the City from 2007 to the present, in which the complainant alleged an unlawful stop and/or arrest for trespass, that the City is able to identify through inquiries to (i) Assistant Corporation Counsel in the Special Federal Litigation Division of the Office of the Corporation Counsel stating that the Court directs them to go through their current case files and identify such cases and (ii) Assistant Corporation Counsel in the division of the Office of the Corporation Counsel responsible for handling such complaints in New York State courts stating that the Court directs them to go through their current case files and identify such cases;

3. The most up-to-date lists available for buildings participating in the Trespass Affidavit Program, which the City shall request from the District Attorneys Offices of the Bronx, Brooklyn, Manhattan, Queens, and Staten Island.

**IT IS FURTHER ORDERED** that the City shall serve on Plaintiffs a privilege log for all documents for which it is asserting the deliberative process privilege, the attorney-client privilege, or protection due to the work product doctrine by no later than February 25, 2011; the City shall serve its brief in support of its assertions of the deliberative process privilege by no later than March 11, 2011; Plaintiffs shall file their opposition to the City's brief by no later than March 25, 2011; and the City shall serve its reply by no later than April 1, 2011.

**SO ORDERED.**

_____
The Honorable Shira A. Scheindlin
United States District Judge

New York, New York
February 25, 2011