IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELTON DAVIS, WILLIAM TURNER, EDWIN LARREGUI, ROMAN JACKSON, KRISTIN JOHNSON, ELEANOR BRITT, ANTHONY ANDERSON, LASHAUN SMITH, SHAWNE JONES, HECTOR SUAREZ, ADAM COOPER, ANDREW WASHINGTON, P.L. by his parent LISA PIGGOTT, DAVID WILSON, and GENEVA WILSON, individually and on behalf of a class of all others similarly situated;<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;<br><br>　　　　　　　　　　　Defendants. | **NOTICE OF APPEARANCE**<br><br>10 Civ. 699 (SAS) |

To the Clerk of this Court and all Parties of Record:

　　Please enter the appearance of Jin Hee Lee, Assistant Counsel in the NAACP Legal Defense and Educational Fund, Inc., as attorney for Plaintiffs Kelton Davis, William Turner, Edwin Larregui, Roman Jackson, Kristin Johnson, Eleanor Britt, Anthony Anderson, Lashaun Smith, Shawne Jones, Hector Suarez, Adam Cooper, Andrew Washington, P.L. by his parent

Lisa Piggott, David Wilson, and Geneva Wilson, individually and on behalf of a class of all others similarly situated, in the above-entitled matter.

Dated: March 3, 2011
New York, New York

        NAACP LEGAL DEFENSE AND
           EDUCATIONAL FUND, INC.

By:    /s/ Jin Hee Lee
     John Payton
     Debo P. Adegbile
     Christina Swarns
     Johanna B. Steinberg
     Jin Hee Lee
     Johnathan Smith
     99 Hudson Street, Suite 1600
     New York, NY 10013-2897
     Tel: 212.965.2200
     Fax: 212.219.2052
     jlee@naacpldf.org

THE LEGAL AID SOCIETY OF NEW YORK
     Steven Banks
     William D. Gibney
     Steven Wasserman
     Amanda Moretti
     Nancy Rosenbloom
     199 Water Street, 6th Floor
     New York, NY 10038
     Tel: 212.577.3419
     Fax: 212.509.8141

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
     Daniel J. Leffell
     Michele Hirshman
     Katharine E.G. Booker
     Matthew J. Moses
     Damian Williams
     1285 Avenue of the Americas
     New York, New York 10019-6064
     Tel: 212. 373.3000
     Fax: 212.757.3900

*Attorneys for Plaintiffs*