UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELTON DAVIS, *et al.*, individually and on behalf of a class of all others similarly situated;

                Plaintiffs,

- against -

THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;

                Defendants.

10 Civ. 0699 (SAS)
ECF Case

---

## DECLARATION OF KATHARINE E.G. BROOKER

KATHARINE E.G. BROOKER declares pursuant to 28 U.S.C. § 1746:

    1.    I am associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, counsel for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants City of New York's ("City") and New York City Housing Authority's ("NYCHA") Motions for Partial Summary Judgment.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Roman Jackson, taken March 29, 2011.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Kristin Johnson, taken March 22, 2011.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Eleanor Britt, taken April 8, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of the excerpted transcript of the deposition of Lieutenant Sean Mohan, taken June 24, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Rikia Evans, taken November 18, 2011.

7. Attached hereto as Exhibit 6 is a true and correct copy of the excerpted transcript of the December 1, 2010 Interview of Plaintiff Rikia Evans by Inspector Daniel Pierce of the Civilian Complaint Review Board.

8. Attached hereto as Exhibit 7 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Raymond Osorio, taken October 25, 2011.

9. Attached hereto as Exhibit 8 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Shawne Jones, taken August 4, 2011.

10. Attached hereto as Exhibit 9 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Lashaun Smith, taken March 16, 2011.

11. Attached hereto as Exhibit 10 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Vaughn Frederick, taken October 21, 2011.

12. Attached hereto as Exhibit 11 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Andrew Washington, taken April 6, 2011.

13. Attached hereto as Exhibit 12 is a true and correct copy of the excerpted transcript of the deposition of Police Officer Hector Jimenez, taken March 24, 2011.

14. Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the excerpted transcript of the deposition of Lisa Piggott, taken July 19, 2011.

15. Attached hereto as <u>Exhibit 14</u> is a true and correct copy of the excerpted transcript of the deposition of Police Officer Carmelo Quiles, taken April 13, 2011.

16. Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the Certificate of Disposition of Andrew Washington, dated March 22, 2010.

17. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the excerpted transcript of the deposition of Brian Clarke, taken July 22, 2011.

18. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of the excerpted transcript of the deposition of Gloria Finkelman, taken July 29, 2011.

19. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of the excerpted transcript of the deposition of Lieutenant Christopher Allen, taken December 30, 2011.

20. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of the complaint filed by Rikia Evans with the Civilian Complaint Review Board, dated November 23, 1010.

21. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of the excerpted transcript of the deposition of Police Officer Ruben Arroyo-Perez, taken November 15, 2011.

22. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of the excerpted transcript of the deposition of Sergeant Gabriel Oliveras, taken January 24, 2013.

23. Attached hereto as Exhibit 22 is a true and correct copy of the excerpted memo book of Sergeant Gabriel Oliveras, dated July 26, 2011.

24. Attached hereto as Exhibit 23 is a true and correct copy of the excerpted transcript of the deposition of Officer James Mumper, taken March 31, 2011.

25. Attached hereto as Exhibit 24 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Patrick Littlejohn, taken August 2, 2011.

26. Attached hereto as Exhibit 25 is a true and correct copy of the excerpted transcript of the deposition of Plaintiff Hector Suarez, taken September 1, 2011.

27. Attached hereto as Exhibit 26 is a true and correct copy of the excerpted transcript of the deposition of Carlos Serrano, taken July 12, 2011.

28. Attached hereto as Exhibit 27 is a true and correct copy of the NYCHA Resident Lease Agreement, dated July 2007.

29. Attached hereto as Exhibit 28 is a true and correct copy of the NYCHA Highlights of House Rules, Lease Terms and Policy, dated October 6, 2010.

30. Attached hereto as Exhibit 29 is a true and correct copy of the excerpted transcript of the deposition of Chief Joanne Jaffe, taken December 22, 2011.

31. Attached hereto as Exhibit 30 is a true and correct copy of the excerpted transcript of the deposition of Kerry Sweet, taken November 30, 2011.

32. Attached hereto as Exhibit 31 is a true and correct copy of the excerpted transcript of the deposition of Assistant Chief Edward Delatorre, taken January 9, 2012.

33. Attached hereto as <u>Exhibit 32</u> is a true and correct copy of the excerpted transcript of the deposition of Lieutenant Robert O'Hare, taken June 22, 2012.

34. Attached hereto as <u>Exhibit 33</u> is a true and correct copy of the excerpted Interim Order 23 Lesson Plan.

35. Attached hereto as <u>Exhibit 34</u> is a true and correct copy of Interim Order 23, dated June 8, 2010.

36. Attached hereto as <u>Exhibit 35</u> are true and correct copies of maps showing Historical Impact Zones, produced by the City as NYC00012362, and 75th Precinct Impact Zones, produced by the City as NYC0012759.

37. Attached hereto as <u>Exhibit 36</u> is a true and correct copy of Patrol Guide 215-07 (Truants), dated January 1, 2000.

38. Attached hereto as <u>Exhibit 37</u> is a true and correct copy of the excerpted transcript of the deposition of Officer Keith Devine, taken November 29, 2011.

39. Attached hereto as <u>Exhibit 38</u> is a true and correct copy of the excerpted New York City Housing Authority Safety and Security Task Force Report, dated February 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2012.

*Katharine E.G. Brooker*