IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KELTON DAVIS, *et al.*, individually and on behalf
of a class of all others similarly situated;

         Plaintiffs,

   -against-

THE CITY OF NEW YORK and NEW YORK
CITY HOUSING AUTHORITY;

         Defendants.

10 Civ. 0699 (SAS)
ECF Case

## DECLARATION OF JOHANNA B. STEINBERG

Johanna B. Steinberg, counsel for Plaintiffs, submits this declaration in support of
Plaintiffs' Local Rule 56.1 Statement of Undisputed Facts and states:

1. Attached as Exhibit 1 is a true and correct copy of a letter from New York City Police

Commissioner Raymond W. Kelly to the Honorable John B. Rhea and President of the Citywide Council of Presidents Reginald Bowman, dated September 27, 2010, bearing production nos. NYC00007688-7691.

2.   Attached as Exhibit 2 is a true and correct copy of a letter from the Honorable John B. Rhea and President of the Citywide Council of Presidents Reginald Bowman to New York City Police Commissioner Raymond W. Kelly, dated November 16, 2010, with attachments, bearing production nos. NYC00007682-7687.

3.   Attached as Exhibit 3 is a true and correct copy of a Lesson Plan for the Patrol Guide Revision of 212-60 titled *Policing Housing Developments, Including Conducting Interior Vertical Patrols*, dated September 7, 2010, bearing production nos. NYC00003657-3675.

4.   Attached as Exhibit 4 is a true and correct copy of an excerpt from the deposition transcript of Chief George W. Anderson, dated August 15, 2011.

5.   Attached as Exhibit 5 is a true and correct copy of a presentation prepared by Sergeant Christine Seppa titled *Policing Housing Developments Including Conducting Interior Vertical Patrols*, dated June 24, 2011, bearing production nos. NYCE00016539-00016620.

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2012, I electronically filed this *Declaration of Johanna B. Steinberg* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record who are registered participants of the Court's CM/ECF system.

Dated:  December 14, 2012

_____ s/ Johanna Steinberg_____
JOHANNA STEINBERG

NAACP Legal Defense &
  Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY 10013
Telephone: (212) 965-2200
Facsimile: (212) 219-2052
E-mail: jsteinberg@naacpldf.org

*Counsel for Plaintiffs*

3