UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



KELTON DAVIS, *et al.*, individually and on behalf of a class of all others similarly situated;

    Plaintiffs,

-against-

THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;

Defendants.

10 Civ. 0699 (AT) (HBP)

**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD AND ORDER**

    PLEASE TAKE NOTICE that, upon the annexed declaration of Elana R. Beale and subject to the approval of the Court, the law firm of Paul, Weiss, Rifkind, Wharton LLP ("Paul, Weiss") hereby withdraws as counsel of record for Plaintiffs in the above-captioned action. Accordingly, all Paul, Weiss counsel will be removed from the CM/ECF notification list.

    Paul, Weiss first entered appearances in the above-captioned action in April 2010, and attorneys from Paul, Weiss were involved in representing Plaintiffs in connection with the matter through the approval of settlement in April 2015. Since that time, attorneys from the NAACP Legal Defense and Educational Fund, Inc. and The Legal Aid Society of New York have been primarily involved in representing Plaintiffs in connection with the matter and Paul, Weiss has not been substantively involved in this matter. Attorneys from the NAACP Legal Defense and Educational Fund, Inc. and The Legal Aid Society of New York will continue to

serve as counsel of record for Plaintiffs.

Dated: December 14, 2018
New York, New York

                           PAUL, WEISS, RIFKIND, WHARTON
                           & GARRISON LLP

                 By:   /s/ Elana R. Beale
                           Elana R. Beale

                           1285 Avenue of the Americas
                           New York, New York 10019
                           Telephone: (212) 373-3000
                           Email: ebeale@paulweiss.com
                           *Attorneys for Plaintiffs*

The Clerk of Court is directed to remove all
Paul, Weiss attorneys' appearances from the docket
and names from the ECF distribution list.

SO ORDERED.

Dated: December 14, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge

Doc#: US1:12482100v2