# Arnold & Porter

Peter L. Zimroth
+1 212.836.7316 Direct
Peter.Zimroth@arnoldporter.com

May 28, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2019
```

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Floyd, et al. v. City of New York*, 08-CV-1034 (AT),
               *Ligon, et al. v. City of New York, et al.*, 12-CV-2274 (AT),
               *Davis, et al. v. City of New York, et al.*, 10-CV-0699 (AT),
               <u>Recommendation Regarding Training Materials for Housing Bureau Members</u>

Dear Judge Torres,

    I am pleased to submit my recommendation for the following:

        a. Interior Patrol of Housing Authority Buidlings: Lesson Plan

        b. Housing One-Day Training Scenarios:

             i. Lobby Trespass Scenario
            ii. Stairwell Trespass Scenario
          iii. Shots Fired Ingterior Patrol Scenario
          iv. Roof Trespass Scenario

    The settlement in *Davis v. City of New York* (Dkt. No. 339) requires that the NYPD provide in-service training so that NYPD members are familiar with the posted rules and regulations relating to New York City Housing Authority ("NYCHA") properties and the proper manner of performing interior patrols that respect the rights of NYCHA residents and guests. *See* Revised Exhibit E to *Davis* Settlement Stipulation, Dkt. 329-3.  The parties in *Davis* agreed that a more extensive training for all Housing Bureau officers that included the lessons of Exhibit E but also included other topics critical to Housing Bureau members would be beneficial.  The

training now contemplated has been expanded from a 4- minute lesson to a full day of training, including a number of role-play scenarios.

The parties have worked diligently to resolve their differences concerning this training. I believe that the proposed training materials meet the requirements of the court's order approving the settlement in *Davis*. The parties in *Davis* have informed me that they support the approval of these training materials.

Respectfully submitted,

/s/ Peter L. Zimroth
Peter L. Zimroth
Monitor

Enclosures

APPROVED.

SO ORDERED.

Dated: May 29, 2019
New York, New York

ANALISA TORRES
United States District Judge