UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

KELTON DAVIS, et. al.,

                                      Plaintiff,

-against-

CITY OF NEW YORK, et. al.,

                                      Defendants.

---------------------------------------------------------------------------X

**NOTICE OF MOTION OF MARISSA PADOVANO TO WITHDRAW AS ATTORNEY**

10 Civ. 699 (AT)

       **PLEASE TAKE NOTICE** that, upon the accompanying Declaration, Marissa Padovano, Assistant Corporation Counsel, will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendant City of New York.

       **PLEASE TAKE FURTHER NOTICE**, that other attorneys at the New York City Law Department, on behalf of James E. Johnson, Corporation Counsel for the City of New York, will continue to be counsel of record for Defendant City of New York in this action.

Dated:       New York, New York
               April 23, 2021

                                       **JAMES E. JOHNSON**
                                       Corporation Counsel of the
                                       City of New York
                                       *Attorney for Defendant City*
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 356-2404

                        By:     *Marissa Padovano /s/*
                                  Marissa Padovano
                                  Assistant Corporation Counsel