# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- X

DAVID FLOYD, *et al.*,

                 Plaintiffs,

 -against-

CITY OF NEW YORK,

                 Defendant.

------------------------------------------------------------------- X

No. 08 Civ. 1034 (AT)

## <u>DECLARATION OF SALA CYRIL</u>

I, Sala Cyril, declare as follows:

1. I am a Lead Organizer with the Malcolm X Grassroots Movement ("MXGM"), a Brooklyn-based community organization working for self-determination, human rights, and freedom for people of African descent. I have been in this role since 2002.

2. As a Lead Organizer, I run MXGM's youth program and fellowship program, act as a security coordinator on the local and national levels, and sit on all of the organization's local coalitions.

3. I also lead trainings and workshops, including "know your rights" workshops and workshops on community safety and security.

### About MXGM

4. Throughout its history, MXGM has been involved in police reform work. For example, we were involved in helping to pass the Community Safety and Right to Know Acts in the New York City Council in 2013 and 2017.

5. We worked with the families of victims of police killings to pass both the executive order and state legislation creating the Special Prosecutor for police killings in the NYS AG's office in June 2020.

6. MXGM was also involved in the effort to repeal section 50-a, which was successful in June 2020.

7. MXGM member Monifa Bandele is a petitioner in an ongoing New York State case demanding a judicial inquiry into the killing of Eric Garner by NYPD officers.

8. And MXGM was involved in efforts to remove Daniel Pantaleo, the NYPD officer who fatally held Eric Garner in a chokehold in 2014, and to remove Wayne Isaacs, the NYPD officer who killed Delrawn Small in 2016.

### MXGM Experience with Stop and Frisk Organizing

9. I was born and raised in Bedford Stuyvesant, Brooklyn, in 1977. Throughout my life, I've experienced NYPD officers stopping and frisking Black people without justification.

10. My parents, who were activists beginning in the 1960s and 70s, shared stories with me about the same experiences with NYPD officers then.

11. David Floyd was an MXGM member. In 2008, when he was stopped by NYPD officers, the NYPD's stop and frisk policy was out of control and very racially targeted. Members of the community whom I knew and worked with at that time felt terrorized. This policy had been going on for decades but David Floyd's experience and the subsequent litigation crystallized the issue and made it more public.

12. MXGM runs a CopWatch program, which seeks to document instances of police misconduct and abuse of the Black community. Before the *Floyd* case, the majority of the misconduct we discovered through CopWatch were illegal stops.

13. Members of the community did not have an understanding of what was legal or not, so they did not know what recourse they had to respond when they had been illegally stopped and frisked. People were scared, angry, and afraid. They felt disempowered.

14. As I do now, I worked with a lot of youth then who were being stopped and frisked. Because they were so young, this was especially humiliating and shook their worldview and relationship to authority.

15. MXGM has long been involved in stop-question-frisk work, starting with the Daniels litigation, in which Djbril Toure, an MXGM member, was a named plaintiff.

16. Then, two of the four named plaintiffs in the *Floyd* case, David Floyd and Lalit Clarkson, were MXGM members.

17. MXGM was also extensively involved in the *Floyd-Davis* Joint Remedial Process ("JRP"). MXGM had a member on the JRP Advisory Committee and organized one of the JRP community forums, which I attended.

18.  MXGM members, including me, populated several of the JRP focus groups.

19. MXGM also hosted one of the JRP community forums, held in Bedford-Stuyvesant in November 2016.

**MXGM Experience Since the *Floyd-Davis* JRP**

20. We thought there was going to be a change after the Floyd litigation and the JRP. We looked to the Floyd case as somewhat of a victory. There was still more work to be done, but we hoped for more of a change than there has been. We thought there would be more transparency and public reporting of stop data as well as considerably fewer stops.

21. But we have not seen the change we hoped we would see. People in the community are definitely still being stopped illegally. We have not been operating the CopWatch program

as usual since the start of the pandemic, but during our last pre-pandemic CopWatch, I rode the A train from Brooklyn to Harlem, to observe police officer behavior and pass out know your rights pamphlets. Several people I spoke with recounted experiences of having been recently stopped by police officers without justification.

22. Myself and my fellow MXGM members really want an opportunity to share our experiences with and observations of NYPD stop-and-frisk encounters on the streets of New York City with the Monitor and the Court. But we have not had the opportunity relay our observations from CopWatch or the information we've learned from about the NYPD's stop and frisk practices to the Monitor.

23. I participated in a JRP community forum and focus groups, which were useful as an opportunity to share my experiences, but I have not been contacted by the Monitor's team since. To my knowledge, no other MXGM members have been contacted either. I am not sure how my participation in the focus groups translated to actions on the part of the Monitor.

24. We do not believe that the Monitor can truly determine if the NYPD is conducting stops in a constitutional and unbiased way without speaking to people who are actually being stopped. Nor do we think the Monitor can develop real changes to how the NYPD polices communities of color in this City if members of those communities do not have direct input into shaping those changes. The Monitor needs to engage directly with the communities that are impacted.

25. Near the end of the JRP, the Court granted the NYPD a confidentiality order, which has made it even harder for MXGM to stay informed about the Monitor's work and to participate in the monitorship process. For example, we are not able to view NYPD body worn camera

footage of stops and other street encounters as a result of the confidentiality order. Being able to review that footage would allow us to respond to NYPD conduct and share more information about conditions on the ground with the community.

26. We need to fill the void left by a police department that does not make us feel safe. My organization does a lot of work around community safety, like CopWatch and "know your rights" workshops, so that we can keep each other safe as an alternative to engaging with the police.

I declare under the penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

Dated: New York, New York
        July 28, 2021

_____
        Sala Cyril