# EXHIBIT 8



# Shattered:

The Continuing, Damaging, and Disparate Legacy of Broken Windows Policing in New York City

**NYCLU**
NEW YORK CIVIL LIBERTIES UNION

## ACKNOWLEDGEMENTS

*Shattered* was written by Johanna Miller and Simon McCormack, with support from Brett Stoudt, Sebastian Krueger and Diana Lee, and input from Donna Lieberman, Chris Dunn, Carrie Chatterson, Abby Allender and Christina Bartson.

**The NYCLU would like to thank the following groups and individuals who helped make this report possible:**

Brooklyn Public Library- Stone Avenue Branch

Community Board 11

Communities United for Police Reform

Drive Change

Justice Committee

The New York Public Library

Picture the Homeless

Darian Agostini

Danny Barber

Zulema Blair

Noah Breslau

Jerry Clayton

Selma Djokovic

John Donohue

Brandon Holmes

Molly Kovel

Jake Martinez

Juan Miguel

Alberto Morales

Ruby Ogno

Christina Onea

Edwin Raymond

Gary Thompson

Felicia Whitely

Robin Yates

Members of the Teen Activist Project:
Anna Garrison-Bedell, Odalys Diego, Ben Platt, Sherell Farmer, Ben Roter, Mallory Fajar

# Table of Contents

**3**    Executive Summary

**4**    The Two Faces of the NYPD (Introduction)

**8**    Navigating Neighborhood Networks:
A Groundbreaking NYCLU Survey on Being Policed

**10**    The Tale is Told: Impacts of Heavy Policing

**14**    Constant Police Intrusion

**20**    What People Want

**24**    The Way Forward

**28**    End Notes

**ABOUT THE NYCLU**

The New York Civil Liberties Union (NYCLU) is one of the nation's foremost defenders of civil liberties and civil rights. Founded in 1951 as the New York affiliate of the American Civil Liberties Union, the NYCLU is a not-for-profit, nonpartisan organization with eight chapters and regional offices and more than 180,000 members across the state. The NYCLU's mission is to defend and promote the fundamental principles and values embodied in the Bill of Rights, the U.S. Constitution, and the New York Constitution, including freedom of speech and religion, and the right to privacy, equality and due process of law for all New Yorkers. For more information, please visit www.nyclu.org.



# Executive Summary

To better understand the impacts of aggressive policing on New Yorkers, in 2016 the New York Civil Liberties Union surveyed nearly 1,500 people in neighborhoods with historically high and low numbers of official stop-and-frisk reports. We refer to these neighborhoods as **heavily policed** communities and **lightly policed** communities.

What we uncovered should trouble anyone who thinks the days of stop-and-frisk abuses are behind us. The NYPD's adherence to the Broken Windows theory of crime continues to cause innocent black and brown New Yorkers to feel targeted and harassed while they go about their daily lives. And the disparate levels of enforcement across neighborhoods means that New Yorkers' experience of policing depends largely on their zip code.

## Our groundbreaking survey revealed:

- More than two-thirds (67 percent) of respondents in heavily policed communities feared having a friend or family member killed by police (15 percent of respondents in lightly policed communities felt the same way).

- 85 percent of survey respondents in heavily policed communities said they actively changed things about their behavior, relationships, use of space, or schedule to avoid police surveillance.

- More than a third (41 percent) of respondents in heavily policed communities reported enduring extreme physical force from police, compared to just four percent in lightly policed communities.

- Almost half (48 percent) of respondents in heavily policed communities said the police wrongly accused them of committing a crime.

- Nearly one in five respondents in heavily policed communities (16 percent) reported at least one incident of sexual harassment by police (versus five percent for those in lightly policed neighborhoods).

- Nearly half (46 percent) of respondents in heavily policed neighborhoods reported that calling police for help would actually make a situation worse, where only 16 percent of those in lightly policed areas held that view.

- 44 percent of respondents in heavily policed communities and nearly a quarter (24 percent) living in lightly policed communities actually wanted fewer police in their neighborhood.

NYPD officers behave in radically different ways depending on what zip code they are working. In the face of these findings of inequity, fear, and abuse, the City must enact major reforms. The City must end Broken Windows policing, stop hiding police misconduct, require police to tell people their rights, and stop concealing high-power surveillance technologies from the public.

New Yorkers told us the way to move forward. The NYPD must listen.

New Yorkers told us the way to move forward.

## THE NYPD MUST LISTEN.

# The Two Faces of the NYPD

In 2013, New Yorkers were focused on ending the discriminatory NYPD practice known as stop-and-frisk. New York City Mayor Bill de Blasio swept into office promising to end abusive police practices and New York's "Tale of Two Cities." He pledged to create a New York where people of different backgrounds across all neighborhoods could thrive equally.

As part of his vision, de Blasio emphasized that he would be "the only candidate to end a stop-and-frisk era that targets minorities."[i] Stop-and-frisk, a police practice of stopping and questioning people in public and subjecting them to searches of their bodies in sometimes invasive ways, and often without cause, had become widespread under the Bloomberg administration and had become the subject of public anger.

Fast forward three years into de Blasio's first term. The mayor reported dramatic decreases in reported stop-and-frisks, without a resultant uptick in crime. In fact, the reported use of stop-and-frisk plummeted in Mayor Bloomberg's last year in office, even though it was a pillar of his public safety strategy. While unreported stops are still a problem, the decrease in *reported* stops indicated that this activity was deprioritized by the department. Since then, de Blasio has been able to push the numbers even lower, while reported crimes also continue to decrease.

Accordingly, the practice has lost some of its most outspoken defenders. In a police officer training video used last year, Police Commissioner James O'Neill called stop-and-frisk "a tool that was overused, and sometimes misused. And that led to widespread resentment and distrust of our department, especially in communities of color."[ii] Even the *New York Daily News*, which had editorialized that a 2013 court ruling limiting stop-and-frisk would "push the city back toward the ravages of lawlessness and bloodshed," had come to admit that "our fears were baseless," and "we were wrong."[iii]

Since the stop-and-frisk era, the most visible display of unequal and abusive policing has receded in many people's minds. Yet people of color in New York City, particularly in and around public housing, continue to experience disproportionate police contact, abuse, harassment, and discrimination. Indeed, people of color are more likely to be stopped by the police wherever they go in the city. The Broken Windows ethos that gave rise to excessive stop-and-frisk remains the backbone of the current Mayor and Police Commissioner's public safety philosophy. Broken Windows theory is still a tool for the NYPD to occupy communities, regularly intruding and complicating the daily lives of people of color in New York City.

When it comes to the way New Yorkers are policed,

## THE TALE OF TWO CITIES LIVES ON.

4

The theory of Broken Windows policing posits that if minor crimes are allowed to happen in a neighborhood without recourse, and signs of neglect like literal broken windows are visible, then it will lead to more disorder and eventually to serious crime. In practice in New York, the theory has been used as cover for discriminatory policing and harassment of communities of color. The result is the impression that NYPD officers are an occupying force in targeted neighborhoods, where every move is scrutinized and small infractions can have life-altering consequences.

When it comes to the way New Yorkers are policed, the tale of two cities lives on.

People of color report being surveilled, harassed, abused, and punished by police all over New York City. This is felt most intensely in particular neighborhoods, most of which are home to disproportionate numbers of black New Yorkers. The NYCLU and our partners hear consistently that stop-and-frisks are still happening, even if unreported. But police harassment of other kinds, and the impact of living in an occupied neighborhood, is either ignored or poorly understood by most of the rest of the city, including the mayor.

In 2016, to get a clearer idea of how aggressive policing impacts people in this "post" stop-and-frisk era, the NYCLU conducted an extensive surveying campaign of nearly 1,500 New Yorkers in neighborhoods with historically high and low numbers of official stop-and-frisk reports. We refer to these neighborhoods as heavily policed communities and lightly policed communities.

What we uncovered should trouble anyone who thinks the days of stop-and-frisk abuses are behind us. The NYPD's adherence to the Broken Windows theory of crime continues to cause innocent black and brown New Yorkers to feel targeted and harassed while they go about their daily lives. And the disparate levels of enforcement across neighborhoods means that New Yorkers' experience of policing depends heavily on their zip code.

Taken together, the survey's findings reveal two faces of the NYPD; the one in mostly white neighborhoods that doesn't intrude on people living their lives; and the one in neighborhoods with mostly people of color, that constantly watches and harasses the community.

Most New Yorkers living in heavily policed communities who took our survey said they felt targeted by police. A majority believed they were targeted because of their race, and even more believed they were singled out because of the community they live in.

Our survey takers in communities targeted by the NYPD endured more than twice as much police initiated contact, had six-times more physical contact with police, and reported seeing police surveillance tools twice as often in their daily lives. Nearly half (46 percent) of survey respondents in heavily policed neighborhoods reported that calling police for help would actually make a situation worse, where only 16 percent of those in lightly policed areas held that view. And respondents in heavily policed neighborhoods were less likely to go out in public and more likely to take measures specifically to avoid police, such a changing their route home.

It is indisputable that New York has come a long way in terms of public safety—it is one of the safest cities in the world. So heavy police presence feels disconnected from any additional gain in terms of safety from serious crime. In 2016 the average number of major crimes[iv] was 19 per 1,000 residents for the five precincts[v] that encompass the heavily policed neighborhoods in our survey. In comparison, the average number for the 10 precincts[vi] that encompass the lightly policed neighborhoods was 15 per 1,000. In 2016, murder and rape were the most infrequent crimes in New York City, comprising only five percent of the major crimes in both the heavily and lightly policed communities.

The crime rates in both the heavily and lightly policed communities are comparable. But the difference in the amounts of abuse, harassment, surveillance, and criminalization reported in the two communities is stark.



Neighborhoods across New York have enjoyed the same plummeting rate of serious crime, but not all have seen a reduction in police presence.

In 2017 the NYPD launched a "neighborhood policing"[vii] program meant to increase trust and communication between residents of heavily policed communities and their local precinct. Under the initiative, the same officers work in the same neighborhoods on the same shifts, "increasing their familiarity with local residents and local problems," according to the NYPD, and some officers are rewarded for engaging in non-enforcement interactions in the community. While the intentions might be good, true neighborhood safety and dignity is not compatible with adherence to the Broken Windows philosophy. As long as police aggressively target minor offenses in only certain neighborhoods, the investment in neighborhood policing tactics is just window dressing.

Further, according to our survey, for people living in heavily policed communities, knowing a police officer by name, or having an officer know you by name or by sight, is more likely to create a sense of unease than of comfort.

No one should have to exchange their freedom for safety — no matter where they live, work, or go to school. True public safety requires a community empowered with the resources and self-determination to thrive, not a neighborhood burdened by constant police control and suspicion.

To end the Tale of Two Cities, the mayor, elected officials, and police officials will need to confront the two faces of the NYPD.

To end the Tale of Two Cities, the mayor, elected officials, and police officials will need to confront the two faces of the NYPD.

# Navigating Neighborhood Networks:

## A GROUND-BREAKING NYCLU SURVEY ON BEING POLICED

To hear directly from New Yorkers about how they experience policing in their everyday lives, we spent six weeks designing an innovative survey in consultation with people in impacted communities, academics, police officers, and community activists. This wide consultation ensured our survey questions were understandable, meaningful, and would elicit information across a broad range of perspectives. We used innovative surveying techniques including Respondent-Driven Sampling to reach deep into neighborhood networks, surveying populations that are traditionally hard to study, including homeless people and teenagers.

The survey was conducted by the NYCLU and researchers from the Public Science Project at the City University of New York between October 2016 and May 2017. Survey takers were New Yorkers between the ages of 14 and 40, the group most likely to be stopped by police.[viii] We identified the heavily impacted locations for our survey –Brownsville, East Harlem, and the South Bronx – by choosing neighborhoods with historically high rates of reported stop-and-frisks and criminal court summonses.[ix] For our comparison group, we identified neighborhoods from those same boroughs that have historically low rates of stop-and-frisk: Williamsburg, Park Slope, the Upper East and Upper West Sides, Greenwich Village, SoHo, the East Village, Riverdale and Spuyten Duyvil. We included more neighborhoods in lightly policed communities because of anticipated lower response rates.

The survey contained questions aimed at discovering how people living in a heavily policed community and a lightly policed community experience policing, the impact of policing on their day-to-day lives, and how policing might be improved. A full set of graphics showing the results of the survey is available at nyclu.org/shattered.

For the heavily impacted neighborhoods, we sought to create a survey experience that was also a service to the neighborhood. We administered the survey in person, in public places including libraries and community centers, and had lawyers and social workers on hand to offer advice to anyone who asked (not just survey takers). For the lightly policed communities, respondents took the survey online. We used sampling techniques to try to capture many of the same demographic characteristics in both heavily and lightly policed communities.[x]

## WHAT MAKES OUR SURVEY SPECIAL

We designed our survey in consultation with impacted community members, including members of the NYCLU's Teen Activist Project, current and former police officers, policy experts from across the political spectrum, members of the Justice Committee and Communities United for Police Reform and community volunteers in Chelsea, Brownsville, and East Harlem, among others.[xi] We wanted our questions to be relevant, understandable, and meaningful, and we wanted offer people useful information about their rights in police encounters.

We made sure our survey was easily navigated using iPads, smartphones, or computers[xii], available in Spanish, and included visual components. We included informative icons designed by an illustrator to ensure that people would understand the different policing technologies and interactions we were describing.

In each location we kept our process and location the same for a minimum of five weekdays from 10am-7pm. In Brownsville, we offered the survey at the Brooklyn Public Library – Stone Avenue Branch from October 24-28, 2016; in the South Bronx, we offered the survey at the Morrisania Air Rights Houses in a residents' community room from November 1-4 and 7, 2016; and in East Harlem, we offered the survey in the meeting room of Community Board 11 from January 30-Febuary 3, 2017. Respondents took the survey on a NYCLU-provided iPad using a private WiFi network we set up. We could accommodate 10 survey takers at a time, in approximately 45-minute increments. Respondents could receive assistance to interpret or understand questions or the mechanics of the iPad from our staff and volunteers if needed.

The survey collected information from hundreds of questions that addressed the full depth and breadth of experiences with and attitudes towards policing in New York City. It is likely the **most comprehensive study of police interactions during the de Blasio era** in terms of the amount of information collected.

### Reaching People Where They Live

We used a sampling method called Respondent-Driven Sampling in order to get a reliable sample in each heavily policed neighborhood, which were roughly one square mile each. We used Respondent-Driven Sampling in the heavily impacted neighborhoods because it is an effective strategy for collecting data from hard-to-reach-populations.[xiii]

First, we recruited roughly ten residents in each neighborhood who were given $30 each to complete our survey. When finished, they were given three unique ID tickets to distribute to people they knew who qualified for our study. The original residents were paid an additional $10 for each person they referred who completed the survey. Once the new participants completed the survey, they also received $30 and three referral tickets. This cycle continued for the entire duration of our neighborhood stay and advanced as many as seven waves from the original group of ten people.

In all, we collected and analyzed information from 1,490 New Yorkers.[xiv]

# The Tale is Told:

## IMPACTS OF HEAVY POLICING

Five years into Mayor de Blasio's tenure, despite the reduction of stop-and-frisk and the appointment of a new police commissioner, New Yorkers across heavily policed communities reported to the NYCLU that they are still surveilled, harassed, and disrespected by police. Far from feeling that neighborhood officers are invested in their well-being, these New Yorkers reported that daily activities are treated as crimes or suspicious behavior. They also told us that most of what they want in their neighborhoods, including high quality schools and help getting jobs, has nothing to do with putting more police in the streets, despite the NYPD's common refrain that people want more cops in their communities.

### Fear, Distrust, and Changing Your Behavior to Avoid Police

Pervasive, ubiquitous policing takes a heavy toll on people. They are less likely to trust police or to call them when they need help. They are less likely to be comforted by an officer's presence and they often take steps to avoid police as much as possible. And though we discovered that people in both types of communities like to do the same things in their free time, police are much more likely to interfere with people's leisure activities in heavily policed communities.

The NYPD maintains that it only floods neighborhoods with police to drive down crime. The department says people want this type of policing where they live because it makes them feel safer. But our survey reveals the opposite is often true.

In fact, 71 percent of the respondents living in heavily policed communities told us that there was at least one time when they felt unsafe because of the presence of police during 2016. Even 46 percent of the New Yorkers we spoke to in lightly policed communities said the same thing. Respondents in heavily policed communities were more likely to feel unprotected (35 percent versus 29 percent) and not helped by the police (37 percent versus 12 percent). They were more likely to say that police create problems (50 percent versus 12 percent) and make things worse (47 percent versus 11 percent). They also more frequently said police are bad at solving crimes (43 percent versus 11 percent) and that police have a negative impact on their lives (44 percent versus six percent).

**PERSONAL PERSPECTIVES:**
**A police invasion,**
**Darren, Bushwick**
I have four older brothers and all of them have been in the criminal justice system. I served 20 years. When I was growing up in Bushwick it was hyper-policed. The police were like an outside entity invading my community.

# ASKING POLICE FOR HELP

Safety isn't just about police investigating crimes — it's also about being able to turn to someone in an emergency. Nearly a fifth of those living in heavily and lightly policed neighborhoods called the police at least once in 2016 (19 percent in heavily policed communities versus 18 percent in lightly policed communities.) When asked about people's most recent (or only) call to police in 2016, people in heavily policed neighborhoods were more likely to tell us that police showed up late and made situations worse and they also more often reported being unsatisfied with police responses.[xv]

## The last time you asked police for help:

- ■ Lightly Policed Communities
- ■ Heavily Policed Communities









Likely because of their negative experiences with police, 61 percent of those living in heavily policed neighborhoods said they wished there was a place to get help other than from the police. Even 36 percent of those in lightly policed communities desired somewhere else to go.

**PERSONAL PERSPECTIVES:**
**'Everybody 'Hates You,'**
**Felicia Whitely: former police**
**officer (11 years)**
I think it takes a certain kind of person to be a police officer, I don't think just anybody can be a police officer. Everybody in New York hates you, you have on this blue uniform, you feel like a walking target. I don't take any of it personally. It's the culture of cops not to talk about cops. You just follow the rules. The higher-ups intimidate the people lowest on the totem pole. And unfortunately, a lot of things don't come to light because no one's talking.

For many in heavily policed communities, police not only fail to make people feel safe, but they represent a serious threat to their lives and the lives of their loved ones. More than two-thirds (67 percent) of respondents in heavily policed communities feared having a friend or family member killed by police (a surprising 15 percent of respondents in lightly policed communities felt the same way). Slightly fewer (64 percent versus 10 percent) feared that themselves could be killed by police. And almost half (43 percent) of the respondents in heavily policed neighborhoods feared they could be sexually assaulted by police compared to six percent in lightly policed communities.

Large percentages of people in heavily policed communities reported that police at times made them feel scared (64 percent), unsafe (71 percent) and nervous (74 percent).

Unsurprisingly, negative feelings about police have a major impact on people's behavior. People in heavily policed communities told us they take various measures to avoid police or police surveillance.

In fact, 85 percent of survey respondents in heavily policed communities said they actively changed some things about their behavior, relationships, use of space, or schedule to avoid police surveillance in 2016. They changed their appearance (22 percent) and their demeanor (36 percent). They rearranged their social experiences, such as choosing not to visit friends and/or family (22 percent) or changing how they use social media (28 percent). And residents also reported negotiating their environment by changing their route (49 percent), spending less time in public space (37 percent), and staying somewhere else (26 percent), all to avoid the NYPD.

By contrast, the majority of respondents in lightly policed communities said they had never avoided police in the past year (65 percent). We found, however, that people in lightly policed communities who identified as black and/or Latinx were more likely to report finding ways to avoid police (49 percent) than those who identified as white (28 percent). Once again, the statistics show that police are more likely to stop people of color anywhere in the city, rather than the common belief that cops "go where the crime is."

### Police Interference in Everyday Activities

As striking as some of the differences between the two communities were, there were powerful similarities between the groups as well. When asked what they do for fun, people in all communities said they liked to do things like play basketball or soccer, go out to live events or movies, and go to the park. People often said they liked to do these things with their friends and family.

People in heavily policed communities reported astonishingly high rates of police interfering with their everyday activities, demonstrating that police are involved in people's lives in ways that have nothing to do with a threat to public safety. In heavily policed communities, 62 percent of respondents said the police interrupted one of their listed activities in the last year, and 45 percent reported having more than one activity interrupted. In lightly policed communities, by contrast, only 14 percent of people told us that at least one of their leisure activities were disrupted and only five percent said this happened more than once.

# WHAT PEOPLE DO IN THEIR FREE TIME

We asked New Yorkers what they do for fun, and whether the police had ever interfered with that activity. What we found was that people in neighborhoods across the city enjoy the same types of activities—spending time with friends and family, playing sports and exercising, and walking around the neighborhood. But people's ability to engage in those activities freely is very different depending on where they live.



**In the last year, have the police every bothered, interfered, stopped you or harassed you while you were participating in an activity you like to do in the neighborhood?**

■ Lightly Policed Communities
■ Heavily Policed Communities

| | Yes | No | Not Sure |
|---|---|---|---|
| Lightly Policed Communities | 14% | 81% | 5% |
| Heavily Policed Communities | 62% | 32% | 6% |



# Constant Police Intrusion

## Percentage of people in communities who reported some form of police-initiated contact

■ Lightly Policed Communities

■ Heavily Policed Communities

**"Yes" for at least one type of contact**



28%

73%

**"No" for all types of contact**



65%

16%

**"No" for at least one type of contact and "not sure" for at least one type of contact**

7%

11%

**"Not Sure" for all types of contact**



0%



1%

The NYPD has backed away from stop-and-frisk, which was proven to be abusive, discriminatory and often illegal. But our survey showed that policing in New York is still a "tale of two cities." Heavily policed community members reported much higher rates of police-initiated contact.

If you live in a lightly policed neighborhood, chances are a police officer will never stop you. They likely won't demand that you empty your pockets or ask you to put your hands against the wall while they search you in front of your friends, family or neighbors. But if you live in a heavily policed neighborhood, you are much more likely to have these experiences, sometimes over and over again, even when you've done nothing wrong. And citywide data shows that you're most likely to be stopped if you are a black or Latino man.[xvi]

Nearly three quarters (73 percent) of survey respondents in heavily policed communities said police had initiated contact with them at least once in 2016, compared to less than half (28 percent) in lightly policed communities. Encounters with the police happened in the streets, but also inside or immediately outside their apartment buildings (30 percent versus six percent for people in lightly policed communities), on public transportation (12 percent versus seven percent), and in parks (18 percent versus six percent).

Police contact was also common in public schools for students in heavily policed communities. More than half (61 percent) told us they had contact with school safety officers or other police compared to 29 percent of public school students in lightly policed communities.

Almost everywhere they go in their neighborhood, people in heavily policed communities were more likely to deal with police.

## All Eyes on You

New Yorkers reported to the NYCLU that living in a heavily policed neighborhood means always feeling like you're under suspicion. When you go outside, when you talk with your friends, when you go to the ATM, attend school, or even when you walk into your own apartment building — you feel like you are always being watched.

Just walking around in Brownsville or the South Bronx, you see police equipment everywhere, even when there aren't officers around. Innocent people who are just coming home from work must pass giant police watch towers that extend several dozen feet into the air where officers can track their movements and leave the impression on residents that they could be under surveillance at any time. NYPD floodlights bathe public spaces in blinding light, pouring into people's apartment windows, sometimes even overnight. These are the daily incursions into the private lives of thousands of New Yorkers who have done nothing wrong.

## ALWAYS BEING WATCHED

Some New Yorkers experience a surveillance state every day. For others, NYPD surveillance equipment and tactics are barely noticeable.

### Surveillance seen daily

- Lightly Policed Communities
- Heavily Policed Communities



The NYPD floods heavily policed neighborhoods with high-tech, invasive, and sometimes mysterious surveillance equipment that often comes courtesy of the U.S. military. These technologies make mass surveillance significantly easier and can make communities feel more like a battlefield than a neighborhood. Our survey asked about people's experiences with various forms of surveillance employed by the NYPD including uniformed and plainclothes officers, foot patrols, command-center trucks (sometimes equipped with satellites and speakers), police with militarized equipment like riot gear and machine guns, surveillance cameras, watch-towers, flood lights and helicopters. Obviously, people could not tell us if they were subject to the NYPD's

covert and digital surveillance, though it is quite likely that at least some of them are.

More than eight out of 10 (85 percent) survey respondents who lived in heavily policed neighborhoods felt surveilled by police at times. They felt they were being watched while doing simple activities outside, such as walking (59 percent), hanging out in the park (54 percent), going to the store (49 percent), using the subway (40 percent), or even standing at the ATM (30 percent). Nearly half felt watched in more private spaces like their own building (50 percent) or using technology (19 percent suspected the NYPD monitored their texting and 29 percent suspected their social media activity was under surveillance).

Revealingly, people in heavily policed communities told us they feel generally uncomfortable knowing an officer by name or an officer knowing them by name. This was in contrast to people in lightly policed communities who generally viewed that kind of familiarity as a good thing. We suspect this is because people in heavily policed communities are used to the negative consequences that come from being constantly watched by police.

When we asked people why they thought they were being targeted for surveillance, 63 percent of people in heavily policed communities felt it was because of the neighborhood they live in. By contrast, when we asked residents in lightly policed communities if they felt targeted by police, 89 percent of them said they did not feel targeted by police because of where they live.

### POLICING POVERTY

Our survey also demonstrated the heavy toll Broken Windows policing takes on homeless people. Forty percent of people who told us they were homeless during 2016 reported being stopped-and-frisked or arrested. And 71 percent said police had searched their property.

Overall, 17 percent of survey takers living in heavily policed communities told us they experienced a level three encounter in 2016 and nearly half of those people (43 percent) said this happened to them more than once. By contrast, only one percent of those surveyed in the lightly policed communities reported being stopped-and-frisked even once.

Despite these disparities, NYPD data shows that the large majority of 14 to 40 year-olds in precincts associated with both heavily policed and lightly policed communities were innocent of any crime at the time they were stopped (69 percent in heavily policed communities and 78 percent in lightly policed communities.) And when arrests were made, they seldom resulted in a conviction.[xvii]

Even when stops don't result in a conviction or an arrest, they can still lead to harassment, invasion of privacy, verbal abuse, or physical assault by police. The more frequently stops happen, the greater the chances are

that a stop goes wrong and a person's rights are violated. Even when an arrest doesn't lead to a conviction, a person's life can still be turned upside down. It can impact their job prospects, housing situation, childcare, and a host of other aspects of daily life. For people in heavily policed communities, these consequences are often one stop away.

### An Encounter that Can Shape Your Whole Life

People in heavily policed communities told us that police regularly impacted many aspects of their daily lives, from making them late to work or school to seizing or destroying their property to accusing them of things they didn't do.

Police interactions in heavily policed neighborhoods have concrete, negative impacts that people in lightly policed communities rarely have to contend with. Eighty percent of people in lightly policed communities said they had not experienced anything because of police. Only 24 percent of people in heavily policed communities said the same.

In other words, more than three-quarters of people in heavily policed neighborhoods told us that the police negatively impacted their lives. This impact is a tax on innocent New Yorkers just for living in certain neighborhoods, and the collective economic and psychological impact is something the city must address. The consequences of these interactions ranged from missing work (22 percent in heavily policed communities versus three percent in lightly policed communities) or school (19 percent versus 0.7 percent), to losing property (29 percent versus two percent) or having property damaged (23 percent versus three percent). More than 1 in 10 people (11 percent) in heavily policed neighborhoods said police interactions in the last year caused them to be unable to provide care for their children or their family, compared to two percent in lightly policed neighborhoods.

One of the most jarring statistics we uncovered was the large number of people in heavily policed communities who said police had wrongly accused them of committing a crime. Almost half (48 percent) of respondents in heavily policed communities said the police wrongly accused them of committing a crime in 2016 as compared to six percent in lightly policed neighborhoods. People in heavily policed areas commonly told us they were falsely

accused of trespassing (25 percent versus one percent in lightly policed communities), being in a gang (22 percent versus 0.4 percent) carrying drugs (17 percent versus one percent) or selling them (15 percent versus 0.4 percent), and carrying a gun (14 percent versus one percent).

False allegations not only erode trust between the community and police officers who are supposed to protect them, but they signal to people in heavily policed communities that officers view them only as criminals.

These are just some of the ways police make life harder for people in heavily policed communities. They are examples of the types of experiences that make people fear or even hate the police. The NYPD is too often an obstacle for people in heavily policed areas to overcome, rather than a resource they can call on for help.

### Harassment and Abuse

Our survey uncovered widespread reports of harassment, abuse and mistreatment at the hands of NYPD officers in heavily policed neighborhoods. People told us officers regularly curse at them. Many people said they were sexually harassed by police and others even said they sustained serious injuries as a result of physical violence inflicted by officers. Not surprisingly, this type of treatment was reported much less frequently by people in lightly policed neighborhoods.

More than half the people we surveyed in heavily policed communities (53 percent) said they experienced physical contact with the police in 2016. That's more than six times higher than respondents in lightly policed communities (eight percent). More than a third (41 percent) reported extreme physical force, compared to just four percent in lightly policed communities.

Experiences ranged from being hit, slapped, or punched (12 percent versus one percent), pushed against a car or wall (14 percent versus one percent), to an officer point-ing a gun at (11 percent versus one percent) or choking them (six percent versus 0.4 percent). This extreme force occasionally led to injury (seven percent versus one percent) and some even needed to seek medical attention (five percent versus one percent).

## WHEN A POLICE ENCOUNTER TURNS PHYSICAL

Nearly half of people we surveyed in heavily policed communities reported some physical contact with the police, while fewer than one in ten in less policed communities reported that experience.

■ Lightly Policed Communities
■ Heavily Policed Communities

**Use of Physical Restraint/Force**



8%
53%

**Physical Violence**



4%
41%

**Retraint with Handcuffs**



2%
33%

**Threat of Gun**



2%
20%

**Physical Injury**



1%
19%

**PERSONAL PERSPECTIVES:**
**'Put Your Number in My Phone'**
**Khaidija, Harlem**
This officer, he comes up to me, he's like: How are you? I was just like: Fine? I felt like I was obligated to speak! He said: I just saw you walking down the street and I thought you were really beautiful. I was like: You use your power as a cop to flirt with me? Are you serious right now? And he just like aggressively hands his phone to me and he's like: Put your number in my phone. It's not like any other person on the street where I can be like: Leave me alone. And just go about my day. This person has a gun and it's very visible and it can, like, kill me. So I put my number in and he calls it just to make sure it's my number. He says: I'm gonna see you tonight. I was walking away and he just grabbed my arm and he was like: What's your name? I didn't get your name.

### Sexual Harassment

Our survey uncovered alarmingly high rates of reported sexual harassment and some instances of reported sexual abuse by police officers. These encounters are all the more concerning because of the incredible power police officers have over the civilians they interact with every day. Officers have enormous discretion to decide who to arrest and charge and what to accuse them of. Because of this power imbalance, sexual harassment by police officers is especially pernicious. People are more likely to feel like they have to endure the harassment because they don't want to risk angering a police officer who has the power to arrest or even physically hurt or kill them.

Nearly one in five survey respondents in heavily policed communities (16 percent) reported at least one incident of sexual harassment by police in 2016 (versus five percent for those in lightly policed neighborhoods). For example, 14 percent (versus five percent) reported experiencing sexual attention like receiving catcalls, getting asked for their number or getting asked for sexual favors. Five percent (versus 0.4 percent) said they were touched sexually by police and three percent (versus zero percent) claimed they were sexually assaulted.

### LGBTQ NEW YORKERS AND POLICE

LGBTQ people in heavily policed communities were more than twice as likely as other people in their communities to report receiving sexual attention from police (24 percent versus 11 percent). They were also more likely than their neighbors to say they asked for help from police and did not receive it (62 percent versus 46 percent). And nearly one in five LGBTQ people in heavily policed communities said they relive negative experiences with police when they see them, compared to 9 percent of others in their communities.

### Verbal Harassment

The NYPD under Mayor de Blasio regularly talks of its goal of building respect and collegiality between police and communities. Yet a large percentage of people in heavily policed neighborhoods told us they were verbally assaulted by police.

Sixty-one percent of survey respondents in heavily policed communities reported at least one negative verbal police encounter in 2016, compared to 15 percent in less policed communities. One in four people in heavily policed communities said they were shouted at by police, (25 percent versus five percent), cursed at (26 percent versus four percent) or threatened with arrest (33 percent versus three percent).



**AND NOW FOR SOMETHING COMPLETELY DIFFERENT**
People in all our surveyed communities reported about
the same levels of positive interactions with police. Most
people we talked to were shown respect, courtesy and care
by the police at least once in 2016 (66 percent in heavily
policed communities versus 73 percent in lightly policed
communities). Nearly identical percentages in heavily and
lightly policed neighborhoods reported instances when an
officer showed them respect (38 percent versus 36 percent),
gave directions when asked (36 percent versus 33 percent),
carried on a nice conversation (25 percent versus 22 percent)
and did something nice (12 percent versus 15 percent).
This confirms what many people already know—individual
officers are not always the root of the problem. To really
improve, the whole system has to change.

# What People Want

What can we do to meet the needs of different neighborhoods? When we asked people, their answers rarely had anything to do with policing.

We are often told by the Mayor and police officials that people in heavily policed communities want more police and more police activity, but our survey respondents want the city to invest in their communities in other ways.

When we asked what the five most important aspects of a safe and healthy community, people in both heavily policed and lightly policed neighborhoods picked similar things.

Good schools, for example, was the most endorsed option for New Yorkers in both heavily (65 percent) and lightly (61 percent) policed communities. Well-paying jobs were commonly chosen by both heavily policed (64 percent) and lightly policed (43 percent) communities.

When asked which of those items their neighborhoods needed more of, the heavily policed and lightly policed communities pointed to similar things: housing, jobs, schools, access to affordable/quality food and health care, clean streets/subways, youth centers and job training programs. But New Yorkers in heavily policed communities were much more likely to say their neighborhoods needed good schools (34 percent difference), well-paying jobs (28 percent difference) and know your rights programs (25 percent difference).

Though both communities wanted similar things, people in heavily policed neighborhoods were more than twice as likely to tell us that none of their top five priorities were adequately resourced (43 percent versus 19 percent).

And perhaps most revealing, neither community prioritized needing more police in their neighborhoods. There was not majority support for increases in any policing activity, surveillance, or in the number of officers. **In fact, 44 percent of those living in heavily policed communities and nearly a quarter (24 percent) living in lightly policed communities actually wanted fewer police in their neighborhood.**[xviii]

And perhaps most revealing, neither community prioritized needing more police in their neighborhoods.



## WHAT MAKES A HEALTHY COMMUNITY



■ Lightly Policed Communities

| | |
|---|---|
| Good Schools | 61% |
| Clean Street and Subways | 45% |
| Well-paying Jobs | 43% |
| Street Lights | 32% |
| Access to Affordable, Quality Food | 31% |
| Public Parks | 30% |
| Affordable, Quality Housing | 30% |
| Good Public Transporation | 28% |
| Local Businesses | 26% |
| Affordable, Quality Health Care Services | 26% |
| Surveillance Cameras | 21% |
| More Police Officers | 21% |
| Frequent Police Presence | 19% |
| Safe Spaces & Services for LGBTQ Residents | 11% |
| Mental Health Services | 10% |
| Strong Churches/Relgious Organizations | 9% |
| Job Training Programs | 9% |
| Community Centers | 8% |
| Youth Centers | 5% |
| Services for Seniors | 5% |
| Services for Immigrant Residents | 4% |
| People Filming Cops and Posting the Videos Online | 4% |
| Knowing Police Officers By Name | 4% |
| Grassroots Community Organizations | 4% |
| After School Programs | 4% |
| Affordable, Quality Legal Services | 4% |
| Services for Formerly Incarcerated People | 3% |
| Know your Rights Programs | 3% |
| Other | 1% |

We gave people a list of things that might contribute to a safe and healthy community. Then we asked them to select which five things are the most important parts of that type of neighborhood. People in both heavily policed and lightly policed communities pointed to similar things.



■ Heavily Policed Communities

| | |
|---|---|
| Good Schools | 65% |
| Well-paying Jobs | 64% |
| Youth Centers | 37% |
| Affordable, Quality Housing | 32% |
| Job Training Programs | 30% |
| After School Programs | 25% |
| Clean Streets and Subways | 24% |
| Affordable, Quality Health Care Services | 23% |
| Public Parks | 17% |
| Surveillance Cameras | 16% |
| Strong Churches/Religius Organizations | 15% |
| Access to Affordable, Quality Food | 15% |
| Street Lights | 14% |
| Community Centers | 13% |
| People Filming Cops and Posting the Videos Online | 12% |
| More Police Officers | 12% |
| Know your Rights Programs | 11% |
| Services for Formerly Incarcerated People | 10% |
| Mental Health Services | 10% |
| Good Public Transportation | 10% |
| Affordable, Quality Legal Services | 9% |
| Frequent Police Presence | 7% |
| Safe Spaces & Services for LGBTQ Residents | 6% |
| Local Businesses | 5% |
| Kinowing Police Officers by Name | 5% |
| Services for Seniors | 4% |
| Services for Immigrant Residents | 4% |
| Other | 2% |
| Grassroots COmmunity Organizations | 2% |

# The Way Forward

The NYPD has acknowledged that it is viewed unfavorably by broad swaths of the people who live in heavily policed communities. But the City's attempts to heal that rift are not responsive to what people actually want. The department must take steps to end the inequities in the way different communities are policed, and it must seriously tackle harassment and abuse by officers. The following recommendations would go a long way toward achieving this goal and to ending the tale of two cities.

## End Broken Windows

It is well past time for the Mayor to abandon the failed philosophy of Broken Windows policing. Cracking down on minor misbehavior is not critical to driving down crime, as the NYPD's own data makes clear. A report published by the city's Department of Investigation in 2016 found there is no "clear, direct link" between low-level summonses and misdemeanor arrests and a reduction in felony crime.[xix] New York City has never been safer, but many residents can't enjoy the peace because of the police themselves.

The DOI report also confirmed what most New Yorkers already know: there is a racial disparity in "the distribution of quality-of-life enforcement activity" which was "concentrated" in areas with "high proportions of black and Hispanic residents, New York City Housing Authority (NYCHA) residents and males aged 15-20." That finding is consistent with what we discovered through our survey: communities of color endure many more police encounters and suffer the consequences of those encounters much more frequently than people who live in whiter, wealthier communities. But there is no reason to believe that people in some areas of the city are more likely to ride a bicycle on the sidewalk, drink alcohol in public, smoke marijuana or jaywalk. And harassing people while they visit family or friends, play sports, or walk through a park doesn't prevent any crime.

## Stop Hiding Police Misconduct

One of the things we heard over and over again from people we talked to was that the NYPD should do a better job of holding officers accountable for misconduct. A large proportion of respondents in both communities believed that discipline was generally too lenient on officers, especially when officers kill someone (43 percent in heavily policed communities

# HOW PEOPLE WANT TO CHANGE THE NYPD

By large margins New Yorkers we surveyed who thought the NYPD should be reformed believed police needed better discipline, should inform people of their rights in police encounters and should evaluate officers in ways that do not encourage more stops, frisks and arrests.

## The 5 most important police reforms:



The NYPD should develop stronger discipline and penalties for repeat offender POLICE OFFICERS found of misconduct or violating rights.
77%
72%

The NYPD should have to inform people of their rights during a police encounter (e.g. the right to not consent to a search).
67%
61%

The NYPD should evaluate officer performance using measures of activity other than stops, arrests, etc.
52%
46%

The NYPD should develop stronger discipline and penalties for repeat offernder PRECINTS found of misconduct or violating rights.
49%
42%

The NYPD should document and report on all stops and encounters with people that might not get categorized as a stop, but the person doesn't.
46%
44%

There should be real community oversight of police activities.
44%
43%

There should be real community decision-making in police activites.
41%
51%

The City should reduce funding to precincts that are repeatedly found to have multiple police officers who repeatedly break protocols (like stop-and-frisk, search, use of force), engage in misconduct or violate rights of community members.
34%
45%

The NYPD should be taken out of public (and private) housing.
15%
28%

The NYPD should be taken out of schools.
14%
23%

Other
4%
3%

■ Lightly Policed Communities    ■ Heavily Policed Communities

## KEEPING THE CONVERSATION GOING

We used what we learned from our survey to help us design and launch Listening NYC, a campaign created in 2017 to inspire conversations about policing practices among New Yorkers of all viewpoints, and to drive action for the policing New Yorkers want. Through a series of public pop-up events in parks, on city streets and at other venues across the city, Listening NYC, which continues today, creates interactive environments that enable deeper listening, encourages open dialogue, and amplifies ongoing conversations about policing. Listening NYC is anchored by a traveling, rapidly-assembled set called "The Listening Room," in which New Yorkers across the five boroughs can share their stories and views about police interactions and policies, and listen to the experiences of others. Decks of "Conversation Cards" prompt discussions, audio stations share recorded stories of affected New Yorkers and police, and participants fill out post-cards with their views and top concerns that are sent to Mayor de Blasio. Beginning in fall 2018, the Listening Room will head up to Albany to support our work in the state legislature.

versus 44 percent in lightly policed communities). When we asked respondents what they would reform about the NYPD, "stronger penalties" was the most endorsed item.

One of the biggest roadblocks to police accountability is section 50-a of the New York State Civil Rights Law, which limits the release of certain police records. The law says that records used to evaluate an officer's performance toward continued employment or promotion are confidential, but this is increasingly used as a tool by the police establishment to thwart police accountability and transparency statewide. The Mayor and his attorneys have taken this to new heights, shielding bad officers from transparency even more zealously than previous administrations. They have even used this law to block public access to police body camera footage—turning a tool meant for accountability into a new surveillance device controlled solely by the police. State lawmakers in Albany need to get rid of this unnecessary law that has been misused to protect police who commit misconduct.

### Require Police to Tell People Their Rights

Among our survey respondents, the second-most popular police reform was requiring police to inform people of their rights during an encounter. Our survey confirmed that most people are unaware or only partially aware of their rights. For example, most people don't know when they have the right to walk away from a police encounter or the right to refuse a search. We also learned that the police seldom voluntarily inform people of their rights during stops or consensual searches. Making sure people know their rights during a police encounter will make the city a more just place, will reduce unnecessary and abusive encounters, and it ultimately will keep New Yorkers and police officers safer.

Starting in 2018, police officers will be required to inform people when they have the right to refuse a police search. When police conduct a search without probable cause, officers will also have to get objective proof that the person gave their permission. The implementation of this law will be an important step to improving police-community relations.

However, the administration has resisted adopting another common-sense reform. Intro 182-D, known as the Right to Know Act, would have required officers to identify themselves when stopping someone, provide an explanation for the stop, and offer a business card with contact information for the Civilian Complaint Review Board at the end of any encounter that didn't result in an arrest or summons. Unfortunately, the city did not adopt the full version of this bill, and the law will not apply to low-level interactions or at traffic stops. That means that hundreds of thousands of the most common police encounters, which are also the hardest to track, were exempted from this common-sense requirement that uniformed police identify themselves to the people with whom they interact.

The NYCLU continues to support efforts to pass the original version of the bill.

### Uncovering Police Surveillance

People in heavily policed communities encounter various forms of police surveillance technology much more frequently than people in lightly policed neighborhoods. But the truth is there is likely much more NYPD surveillance taking place in these neighborhoods than people in either community realize. That's because the NYPD's use of invasive, often military-grade technology is usually hidden from the public. For example, the NYCLU discovered that the NYPD was secretly using Stingrays, a machine that masquerades as a cell phone tower to receive information from individuals' phones, often without a warrant. A bill introduced in the city council could change that.

The Public Oversight of Surveillance Technology (POST) Act requires the NYPD to issue an impact and use policy for each piece of surveillance technology it uses. The policy would have to include important information about each surveillance tool, including its description, capabilities, guidelines for use, security measures designed to protect any data it collects, and whether other entities or government agencies have access to information it gathers. The NYPD would also need to evaluate and explain the possible impacts of the technology on New Yorkers' privacy.

Upon publication of a draft surveillance impact and use policy, the public would have 45 days to submit comments. The NYPD Commissioner would then consider the comments and provide a final version of the surveillance impact and use policy to the City Council, the mayor and the public. The bill would also empower the NYPD Inspector General to make sure the NYPD follows the policies and guidelines in place.

The POST Act would give the public and the city council a chance to have meaningful oversight over powerful technology that is likely used disproportionately in heavily policed communities.

### Listen to New Yorkers

So much of what people read and hear about the NYPD comes from news reports about a new NYPD initiative or new monthly crime statistics. But the NYPD, the media, and police reform organizations should never lose sight of what people in communities are saying. Our survey project allowed us to talk with people about their day-to-day experience of policing in New York City and to ask them what they think should be improved. Any successful efforts at police reform must keep the experiences and desires of the people impacted most by policing firmly in mind. We cannot settle for top-down, cosmetic changes like the NYPD's neighborhood policing initiative. We must go deeper to eliminate systemic bias, and we must let New Yorkers' lived experiences guide us to a more equal, safer city for everyone.

# End Notes

i    https://cityroom.blogs.nytimes.com/2013/08/19/the-ad-campaign-de-blasio-speaks-against-stop-and-frisk/

ii   http://thechiefleader.com/news/open_articles/stop-and-frisk-monitor-says-cops-concerned-about-being-supported/article_4a02513c-c306-11e7-8bb3-bb4425bcbb36.html

iii  http://www.nydailynews.com/opinion/wrong-ending-stop-frisk-not-stopping-crime-article-1.2740157

iv   Major crimes are murder, rape, robbery, felonious assault, burglary, grand larceny, and grand larceny auto.

v    The 73rd (Brownsville), the 23rd, 25th and 32nd (all in East Harlem) and the 40th (South Bronx).

vi   The 20th and 24th (both Upper West Side), 19th (Upper East Side), 5th and 6th (West Village and Soho), 7th and 9th (East Village), 50th (Riverdale), 78th (Park Slope) and 94th (Williamsburg and Greenpoint).

vii  https://www1.nyc.gov/site/nypd/bureaus/patrol/neighborhood-coordination-officers.page

viii We chose to focus our sample on youth in their teens as well as younger adults in their 20s and 30s. We did this because 82% of all the recorded "level 3" stops from 2003-2009 and 83% from 2010-2015 were of New Yorkers between the ages of 14 and 40.

ix   We plotted NYPD stop coordinates from 2003-2015 onto a NYC map using QGIS and overlayed precincts and public housing. Using these maps, we focused on high volume precincts in Brooklyn, Bronx and Manhattan and then chose clusters of blocks within and sometimes across precincts that contained the greatest number of stops.

x    We used online panel sampling to distribute the survey to residents living in less impacted neighborhoods. We contracted with Qualtrics, a digital survey platform, to ensure the quality of both the sampling procedure and the data received. Qualtrics partners with online survey recruitment firms that cultivate pools of people by zip code across the country. This strategy gave us reasonable confidence that we were getting people participating in good faith who lived within our desired zip codes and were within the qualifying age parameter. Additionally, we employed quotas for age, gender and race to increase the likelihood that this sample would resemble the demographic breakdown of our highly impacted sample. For further sampling details go to qualtrics.com.

xi   The final survey was responsive to grassroots, legal, policy and academic concerns. It was inspired by the themes that emerged from a comprehensive review of empirical research addressing contemporary policing, five community-based surveys developed with NYC residents between 2008 and 2015 (see publicscienceproject.org), and in-depth consultations with a number of groups during the fall of 2016. The final survey went through more than twenty drafts, with edits from multiple experts including from people who volunteered to pilot the survey and partake in an in-depth discussion of its broad themes, specific items, usability, and comprehensibility.

xii  The final survey was organized into Qualtrics, an online survey platform. All surveys were taken on iPads, smart phones or computers. This mode of distribution allowed us to avoid lengthy data entry and take advantage of complicated logic/questions (including thematic coding items) that would be otherwise difficult using traditional hardcopy methods.

xiii For more information about respondent driven sampling see: Heckathorn, Douglas D. (1997). Respondent-driven sampling: A new approach to the study of hidden populations. Social Problems, 44 (2), 174-199 and Kwan-Lamar Blount-Hill and Jeffrey A. Butts (2015). Respondent-Driven Sampling: Evaluating the Effects of the Cure Violence Model with Neighborhood Surveys. New York, NY: Research & Evaluation Center, John Jay College of Criminal Justice.

xiv  All data were organized and analyzed using SPSS. We systematically cleaned the data and removed incomplete, untrustworthy, or poor-quality surveys (see Osborne, J. W., & Overbay, A. (2008). Best practices in data cleaning. Best practices in quantitative methods, 205-213). New or revised variables were created through syntax. Each survey section/item were examined using exploratory data analysis strategies, relying heavily on simple frequencies and crosstabulations (see Tukey, J. W. (1977). Exploratory data analysis (Vol. 2)). Where appropriate, multiple survey items were aggregated in order to create thematically relevant variables (e.g., physical contact). The open-ended items were iteratively examined using thematic coding and content analysis.

xv   In some cases, total percentages do not add up to 100 percent. This is due to rounding error.

xvi  https://www.nyclu.org/stop-and-frisk-data

xvii https://www.cbsnews.com/news/stop-and-frisk-ags-report-says-only-3-percent-of-nypd-arrests-using-tactic-end-in-conviction/

xviii See Appendix A, chart TK.

xix  https://www.politico.com/states/new-york/city-hall/story/2016/06/report-no-clear-direct-link-between-quality-of-life-summons-busts-and-felony-crime-103148



New York Civil Liberties Union
125 Broad St., 19th Floor, New York, NY 10004
(212) 607-3300

**www.nyclu.org**

# Section: The Way Forward

Overall, do you believe that there are things the NYPD needs to change about the way they police your neighborhood

|  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
|  | % | N | % | N |
| • Yes | 66% | 590 | 30% | 85 |
| • No | 17% | 150 | 48% | 136 |
| • Not Sure | 18% | 159 | 21% | 60 |

Because of several lawsuits, there is now a process in NYC to begin making some reforms to the ways the NYPD practices "stop and frisk" and policing in public housing to reduce racial profiling and unconstitutional policing. Here are reforms that some have thought of. Which do you think are most important (choose up to five items you think MOST important)

|  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
|  | % | N | % | N |
| • The NYPD should be taken out of schools. | 23% | 205 | 14% | 39 |
| • The NYPD should be taken out of public (and private) housing. | 28% | 247 | 15% | 41 |
| • The NYPD should develop stronger discipline and penalties for repeat offender PRECINCTS found of misconduct or violating rights. | 42% | 380 | 49% | 138 |
| • There should be real community oversight of police activities. | 43% | 389 | 44% | 124 |
| • The NYPD should document and report on all stops and encounters with people that might not get categorized as a stop, but the person doesn't feel like they can leave. (like when a cop asks for identification) | 44% | 397 | 46% | 130 |
| • The City should reduce funding to precincts that are repeatedly found to have multiple police officers who repeatedly break protocols (like stop-and-frisk, search, use of force), engage in misconduct or violate rights of community members. | 45% | 408 | 34% | 96 |
| • The NYPD should evaluate officer performance using measures of activity other than stops, arrests, etc. | 46% | 409 | 52% | 146 |
| • There should be real community decision-making in police activities. | 51% | 454 | 41% | 114 |
| • The NYPD should have to inform people of their rights during a police encounter (e.g. the right to not consent to a search). | 61% | 548 | 67% | 187 |
| • The NYPD should develop stronger discipline and penalties for repeat offender POLICE OFFICERS found of misconduct or violating rights. | 72% | 651 | 77% | 216 |
| • Do you have others? | 3% | 23 | 4% | 12 |

We want you to think about how the NYPD generally disciplines it officers. Do you believe the NYPD is TOO LENIENT on police officers who:

|  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
|  | % | N | % | N |
| • Steal something from someone | 38% | 341 | 36% | 100 |
| • Discriminate against someone | 42% | 373 | 46% | 130 |
| • Kill someone | 43% | 381 | 44% | 123 |
| • Falsely or wrongly arrest someone | 43% | 382 | 42% | 119 |
| • Injure someone | 44% | 365 | 41% | 115 |

| | | | | |
|---|---|---|---|---|
| • Break the law | 43% | 389 | 43% | 120 |

Do you know you rights during a police encounter?

| Level 1 Police Encounter | | | | |
|---|---|---|---|---|
| The NYPD has the authority to approach and request information from you if they have an objective credible reason to do so. This for example, might include questions about a lost child, an accident, or even a recent crime that was committed in your neighborhood. They may also ask your name, address, and destination. The questioning must not be threatening or make accusations against you personally. The purpose is to gather information and not to suggest you are suspected of a crime or wrongdoing. This is called a "Level 1" police encounter. Did you know what a Level 1 police encounter was before reading this paragraph? | | | | |
| | Heavily Policed Communities | | Lightly Policed Communities | |
| | % | N | % | N |
| • Yes, all of it | 15% | 136 | 9% | 25 |
| • Yes, some of it | 23% | 206 | 26% | 72 |
| • No | 49% | 440 | 61% | 172 |
| • Not sure | 13% | 118 | 4% | 12 |
| A "Level 1" police encounter is not the same as what has become known as a "stop and frisk." During this type of encounter, you have the right to walk away and you have the right to refuse to answer questions. The police also do not have the right to ask if they can search you.  Did you know this before reading this paragraph? | | | | |
| | Heavily Policed Communities | | Lightly Policed Communities | |
| | % | N | % | N |
| • Yes, all of it | 19% | 174 | 11% | 32 |
| • Yes, some of it | 26% | 231 | 29% | 81 |
| • No | 43% | 390 | 57% | 161 |
| • Not sure | 12% | 105 | 3% | 7 |

| Level 2 Police Encounter | | | | |
|---|---|---|---|---|
| A step up from a Level 1 encounter is a "Level 2" police encounter. A Level 2 encounter means that the police have "founded suspicion" of criminal activity and can now ask you a wider set of questions. They can now focus on the possibility that you are a suspect in a crime because the police officer is suspicious that you may be involved in criminal activity. In Level 2 encounters police can ask questions that are directed at you and accusatory and used to determine if your response is incriminating. The officer may not behave in a threatening way, pull out or display a weapon, or touch you. Did you know what a Level 2 police encounter was before reading this paragraph? | | | | |
| | Heavily Policed Communities | | Lightly Policed Communities | |
| | % | N | % | N |
| • Yes, all of it | 15% | 134 | 9% | 25 |
| • Yes, some of it | 23% | 211 | 24% | 68 |
| • No | 48% | 435 | 64% | 179 |
| • Not sure | 13% | 120 | 3% | 9 |
| And, just like in a Level 1 encounter, in a Level 2 encounter you are still free to leave and free not to answer any of the questions. Did you know this before readings this sentence? | | | | |
| | Heavily Policed Communities | | Lightly Policed Communities | |
| | % | N | % | N |
| • Yes, all of it | 13% | 120 | 10% | 28 |
| • Yes, some of it | 20% | 181 | 22% | 61 |
| • No | 52% | 466 | 65% | 183 |
| • Not sure | 15% | 133 | 3% | 9 |

| Level 3 Police Encounter |
|---|
| A Level 3 stop is what we now know as a "stop and frisk" (though doesn't necessarily include a frisk). It is a type of police encounter that the NYPD records and makes the numbers available to the media and the public. A Level 3 means that the police officer has a reasonable suspicion that you will commit, are committing, or have |

committed a crime. With these police encounters, you are NOT free to leave. This includes stops where you are physically detained (grabbed or handcuffed by police), given verbal orders that suggest you must obey (such as "hands against the wall") as well as having officers positioned in a way that blocks your path. In Level 3 stops, the line of questioning by police can be direct and accusatory as a way to determine if you were involved in criminal activity. Did you know what a Level 3 police encounter was before reading this paragraph?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Yes, all of it | 21% | 192 | 14% | 38 |
| • Yes, some of it | 23% | 210 | 36% | 100 |
| • No | 42% | 379 | 48% | 136 |
| • Not sure | 13% | 119 | 3% | 7 |

| Asking for ID | | | | |
|---|---|---|---|---|

Did you know that if you are not operating a vehicle, New York does NOT require that you carry an ID nor are you required to show your ID to an officer if asked?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Yes, all of it | 16% | 143 | 11% | 31 |
| • Yes, some of it | 14% | 124 | 21% | 58 |
| • No | 55% | 484 | 67% | 189 |
| • Not sure | 14% | 125 | 1% | 3 |

| Frisks | | | | |
|---|---|---|---|---|

Police officers with reasonable suspicion that you are carrying a weapon can elevate a stop to a frisk. A frisk is a pat down only on the outside of your clothing or belongings. The purpose of a frisk is to determine if you have a weapon NOT to find drugs or other evidence of criminal activity. Did you know this about frisks before reading this paragraph?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Yes, all of it | 29% | 264 | 21% | 58 |
| • Yes, some of it | 28% | 253 | 40% | 111 |
| • No | 33% | 301 | 38% | 106 |
| • Not sure | 9% | 82 | 2% | 6 |

| Consensual Searches | | | | |
|---|---|---|---|---|

In a Level 2 and Level 3 encounter, the police officers who stops you can ask for your permission to search the inside of your clothing or bags. In this circumstance, you have the right to REFUSE a search. Did you know that you had the right to refuse a search before reading this paragraph?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Yes, all of it | 23% | 204 | 16% | 45 |
| • Yes, some of it | 20% | 183 | 29% | 80 |
| • No | 46% | 416 | 52% | 146 |
| • Not sure | 11% | 97 | 4% | 10 |

If the police have probable cause (more evidence than reasonable suspicion) that a search will reveal you committed a crime or are carrying a weapon, or if they have a search warrant, they can search inside your bags, purses, clothes, pockets, shoes, etc. without your permission. Did you know this before reading this paragraph?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Yes, all of it | 24% | 219 | 29% | 81 |
| • Yes, some of it | 22% | 202 | 32% | 91 |
| • No | 38% | 341 | 37% | 105 |

| | | | | | |
|---|---|---|---|---|---|
| | • Not sure | 15% | 138 | 1% | 4 |

Do you know you know about police activity?

| Public Housing | | | | | |
|---|---|---|---|---|---|
| The police patrol public housing (NYCHA) by patrolling the lobbies, courtyards, hallways, stoops, and rooftops. Did you know the NYPD were authorized to patrol public housing in this way? | | | | | |
| | | Heavily Policed Communities | | Lightly Policed Communities | |
| | | % | N | % | N |
| | • Yes, all of it | 42% | 375 | 29% | 80 |
| | • Yes, some of it | 23% | 204 | 33% | 92 |
| | • No | 22% | 202 | 35% | 99 |
| | • Not sure | 13% | 119 | 4% | 10 |

| Private Housing | | | | | |
|---|---|---|---|---|---|
| Through the Trespass Affidavit Program (TAP, aka Clean Halls), landlords and managing agents complaining to a precinct about criminal activity inside apartment buildings may enter their building(s) in the Trespass Affidavit Program, which permits the NYPD to conduct patrols in and around the building similar to public housing. Did you know the NYPD were authorized to patrol private housing in this way? | | | | | |
| | | Heavily Policed Communities | | Lightly Policed Communities | |
| | | % | N | % | N |
| | • Yes, all of it | 22% | 201 | 9% | 26 |
| | • Yes, some of it | 25% | 227 | 21% | 59 |
| | • No | 37% | 332 | 67% | 188 |
| | • Not sure | 16% | 140 | 3% | 8 |

| Public Park | | | | | |
|---|---|---|---|---|---|
| The police patrol public parks. Did you know the NYPD were authorized to patrol NYC public parks? | | | | | |
| | | Heavily Policed Communities | | Lightly Policed Communities | |
| | | % | N | % | N |
| | • Yes, all of it | 46% | 416 | 60% | 169 |
| | • Yes, some of it | 24% | 215 | 30% | 85 |
| | • No | 17% | 156 | 9% | 24 |
| | • Not sure | 13% | 113 | 1% | 3 |

| Public Transportation | | | | | |
|---|---|---|---|---|---|
| The police patrol public transportation like subways and buses. Did you know the NYPD were authorized to patrol the public transportation system? | | | | | |
| | | Heavily Policed Communities | | Lightly Policed Communities | |
| | | % | N | % | N |
| | • Yes, all of it | 47% | 422 | 64% | 180 |
| | • Yes, some of it | 20% | 183 | 24% | 66 |
| | • No | 20% | 182 | 11% | 32 |
| | • Not sure | 13% | 113 | 1% | 3 |

| Public Schools | | | | | |
|---|---|---|---|---|---|
| There are nearly 5200 NYPD officers that patrol public schools. Did you know the NYPD are authorized to patrol public schools? | | | | | |
| | | Heavily Policed Communities | | Lightly Policed Communities | |
| | | % | N | % | N |
| | • Yes, all of it | 39% | 355 | 40% | 113 |
| | • Yes, some of it | 23% | 204 | 37% | 105 |

| | | | | |
|---|---|---|---|---|
| • No | 24% | 214 | 20% | 57 |
| • Not sure | 14% | 127 | 2% | 6 |

| CCRB | | | | |
|---|---|---|---|---|
| CCRB: You can report negative police encounters to The New York City Civilian Complaint Review Board (CCRB). The CCRB can receive your complaints, investigate police misconduct, and make recommendations of discipline against NYPD officers. Did you know about the CCRB before reading this? | | | | |
| | **Heavily Policed Communities** | | **Lightly Policed Communities** | |
| | **%** | **N** | **%** | **N** |
| • Yes, all of it | 20% | 180 | 14% | 39 |
| • Yes, some of it | 16% | 144 | 25% | 71 |
| • No | 42% | 374 | 57% | 160 |
| • Not sure | 22% | 198 | 4% | 11 |

Were you frisked by police at least once in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Were you frisked by police in 2016? | | | | |
| • No | 63% | 564 | 96% | 271 |
| • Unsure | 10% | 92 | 3% | 7 |
| • Yes | 27% | 244 | 1% | 3 |
| If yes, how many times since 2016? | | | | |
| • Once | 12% | 30 | 33% | 1 |
| • More than once | 53% | 130 | 67% | 2 |
| • Unsure | 34% | 84 | 0% | 0 |
| How many do you believe the police had a legitimate reason to frisk you? | | | | |
| • Felt they had legitimate reasons at least once | 26% | 40 | * | * |
| • Mostly felt they did not have legitimate reasons | 73% | 113 | * | * |
| • Felt they never had legitimate reasons | 64% | 98 | * | * |
| • Unsure | 10% | 16 | * | * |
| How many of those frisks do you believe involved excessive force? | | | | |
| • At least once | 53% | 81 | * | * |
| • Most of the time | 35% | 53 | * | * |
| • Every time | 26% | 39 | * | * |
| • Unsure | 17% | 26 | * | * |
| If the officer suspects that your gender expression does not match your sex (e.g. transgender), it has been reported that the police use frisks to check (what have become known as "gender checks"). It is illegal for police to do this. Do you believe you experienced this in 2016? | | | | |
| • Experienced at least once | 14% | 22 | * | * |
| • Never experienced | 62% | 97 | * | * |
| • Unsure | 24% | 38 | * | * |
| Of those who experienced "gender checks," are there differences by gender or sexual orientation? | | | | |
| • Male: experienced at least once | 13% | 16 | * | * |
| • Female: experienced at least once | 19% | 5 | * | * |
| • Transgender: experienced at least once | 0% | 1 | * | * |
| • LGBQ: experienced at least once | 27% | 4 | * | * |
| • Straight: experienced at least once | 12% | 15 | * | * |

*The sample size is too low for analysis

Were you asked to be searched by police at least once in 2016? (Consensual Search)

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Were you asked to be searched by police in 2016? | | | | |
| • No | 75% | 676 | 99% | 277 |
| • Unsure | 12% | 109 | 1% | 3 |
| • Yes | 13% | 115 | .4% | 1 |
| If yes, how many times did the police ask you for permission BEFORE searching you? | | | | |
| • Once | 11% | 13 | 0% | 0 |
| • More than once | 40% | 46 | 0% | 0 |
| • Unsure | 49% | 56 | 100% | 1 |
| How many of those times did YOU give permission? | | | | |
| • Gave permission at least once | 58% | 30 | * | * |
| • Mostly gave permission | 40% | 21 | * | * |
| • Always gave permission | 33% | 17 | * | * |
| • Did not give permission at least once | 65% | 34 | * | * |
| • Mostly did not give permission | 54% | 28 | * | * |
| • Never gave permission | 40% | 21 | * | * |
| • Unsure | 2% | 1 | * | * |
| Was knowing, before taking the survey, that they had the right to refuse consent, associated with reporting that they did not give permission in previous searches? | | | | |
| • Knew rights and gave permission most of the time | 40% | 14 | * | * |
| • Knew rights and always gave permission | 37% | 13 | * | * |
| • Knew rights and refused permission most of the time | 54% | 19 | * | * |
| • Knew rights and always refused permission | 40% | 14 | * | * |
| • Did not know rights and gave permission most of the time | 41% | 7 | * | * |
| • Did not know rights and always gave permission | 24% | 4 | * | * |
| • Did not know rights and refused permission most of the time | 53% | 9 | * | * |
| • Did not know rights and always refused permission | 41% | 7 | * | * |
| How many of your searches did the police officer explain you had the right to refuse consent? | | | | |
| • Explained at least once | 34% | 18 | * | * |
| • Mostly did not explain rights | 74% | 21 | * | * |
| • Never explained | 62% | 39 | * | * |
| • Unsure | 4% | 2 | * | * |

*The sample size is too low for analysis

Were you asked by police to empty your pockets, bags/purses or other belongings at least once in 2016? (Consensual Search)

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Were you asked to be searched by police in 2016? | | | | |
| • No | 75% | 676 | 98% | 274 |
| • Unsure | 12% | 109 | 1% | 3 |
| • Yes | 13% | 115 | 1% | 4 |
| If yes, how many times did the police ask you to empty your pockets, bags/purses or other belongings? | | | | |

| | | | | |
|---|---|---|---|---|
| • Once | 6% | 9 | 25% | 1 |
| • More than once | 45% | 64 | 25% | 1 |
| • Unsure | 48% | 68 | 50% | 2 |
| How many of those times did you listen (gave consent)? | | | | |
| • Listened (gave consent) at least once | 52% | 35 | * | * |
| • Mostly listened (gave consent) | 46% | 31 | * | * |
| • Always listened (gave consent) | 30% | 20 | * | * |
| • Did not listen (give consent) at least once | 51% | 34 | * | * |
| • Mostly did not listen (gave consent) | 30% | 34 | * | * |
| • Never listened (gave consent) | 28% | 19 | * | * |
| • Unsure | 19% | 13 | * | * |
| Was knowing, before taking the survey, that they had the right to refuse consent, associated with reporting that they did not give consent in previous searches? | | | | |
| • Knew rights and listened (gave consent) most of the time | 45% | 17 | * | * |
| • Knew rights and always listened (gave consent) | 29% | 11 | * | * |
| • Knew rights and did not listen (gave consent) most of the time | 37% | 14 | * | * |
| • Knew rights and never listened (gave consent) | 34% | 13 | * | * |
| • Did not know rights and listened (gave consent) most of the time | 46% | 13 | * | * |
| • Did not know rights and always listened (gave consent) | 29% | 8 | * | * |
| • Did not know rights and did not listen (gave consent) most of the time | 21% | 6 | * | * |
| • Did not know rights and never listened (gave consent) | 21% | 6 | * | * |
| How many of your searches did the police officer explain you had the right to refuse consent? | | | | |
| • Explained at least once | 32% | 21 | * | * |
| • Mostly did not explain rights | 73% | 48 | * | * |
| • Never explained | 58% | 38 | * | * |
| • Unsure | 11% | 7 | * | * |

*The sample size is too low for analysis

Did the police search you (you were not asked, they just did it), at least once in 2016? (Probable Cause Search)

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Did the police search you (you were not asked, they just did it) since January 2016? | | | | |
| • No | 67% | 599 | 97% | 273 |
| • Unsure | 16% | 140 | 1% | 4 |
| • Yes | 18% | 161 | 1% | 4 |
| If yes, how many times in 2016? | | | | |
| • Once | 11% | 18% | 0% | 0 |
| • More than once | 49% | 79 | 100% | 4 |
| • Unsure | 40% | 64 | 0% | 4 |
| How many of those searches do you believe the police had a legitimate reason to search you? | | | | |
| • Felt they had legitimate reasons at least once | 21% | 20 | * | * |
| • Mostly felt they did not have legitimate reasons | 89% | 84 | * | * |
| • Felt they never had legitimate reasons | 72% | 68 | * | * |
| • Unsure | 6% | 6 | * | * |
| How many of your searches do you believe the police used excessive force? | | | | |
| • At least once | 55% | 51 | * | * |

| | | | | |
|---|---|---|---|---|
| • Most of the time | 39% | 36 | * | * |
| • Every time | 29% | 27 | * | * |
| • Unsure | 11% | 10 | * | * |
| How many of your searches did the police have a search warrant? | | | | |
| • At least once | 15% | 14 | * | * |
| • Never | 68% | 65 | * | * |
| • Unsure | 17% | 16 | * | * |

*The sample size is too low for analysis

Did you have at least one police-imitated encounter in or around your house/apartment in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Did you have at least one police-initiated encounter in or around your house/apartment in 2016? | | | | |
| • No | 45% | 402 | 90% | 254 |
| • Unsure | 25% | 224 | 4% | 11 |
| • Yes | 30% | 274 | 6% | 16 |
| If yes, were you asked to show your ID during any of these encounters? | | | | |
| • No | 19% | 51 | 25% | 4 |
| • Unsure | 2% | 6 | 6% | 1 |
| • Yes | 79% | 217 | 69% | 11 |
| If you were asked to show your ID, how many times? | | | | |
| • Never | 19% | 51 | 25% | 4 |
| • Once | 12% | 33 | 31% | 5 |
| • More than once | 51% | 139 | 38% | 6 |
| • Unsure | 19% | 51 | 6% | 1 |
| If you were asked to show your ID, how many of those times did you feel free to leave or walk away? | | | | |
| • Felt unfree to leave at least once | 67% | 98 | 27% | 3 |
| • Felt unfree to leave most of the time | 52% | 76 | 27% | 3 |
| • Never felt free to leave | 44% | 64 | 27% | 3 |
| • Always felt free to leave | 21% | 31 | 64% | 7 |
| • Felt free to leave most of the time | 29% | 43 | 64% | 7 |
| • Unsure | 12% | 17 | 9% | 1 |
| Was knowing, before taking the survey, that in New York you are not required to carry an ID nor are you required to show your ID to an officer, associated with reporting that they felt free to leave in previous encounters where the police asked for their IDs | | | | |
| • Knew rights and felt unfree to leave most of the time | 40% | 20 | 14% | 1 |
| • Knew rights and never felt free to leave | 30% | 15 | 14% | 1 |
| • Knew rights and always felt free to leave | 30% | 15 | 86% | 15 |
| • Did not know rights and felt unfree to leave most of the time | 60% | 55 | 50% | 2 |
| • Did not know rights and never felt free to leave | 54% | 49 | 50% | 2 |
| • Did not know rights and always felt free to leave | 18% | 16 | 25% | 1 |
| During your police encounter, did the police enter your apartment or house with a search warrant? | | | | |
| • At least once | 29% | 78 | 6% | 1 |
| • Never | 51% | 139 | 88% | 14 |
| • Unsure | 21% | 57 | 6% | 1 |

Did you have at least one police-imitated encounter in or around you're the building of a friend of family member in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| In 2016, did the police ask to see your ID in or around the building of a friend or family member? | | | | |
| • No | 54% | 485 | 91% | 256 |
| • Unsure | 23% | 209 | 4% | 12 |
| • Yes | 23% | 206 | 5% | 13 |
| If you were asked to show your ID, how many times? | | | | |
| • Once | 12% | 25 | 46% | 6 |
| • More than once | 65% | 133 | 54% | 7 |
| • Unsure | 23% | 48 | 0% | 0 |
| If you were asked to show your ID, how many of those times did you feel free to leave or walk away? | | | | |
| • Felt unfree to leave at least once | 61% | 83 | 38% | 5 |
| • Felt unfree to leave most of the time | 54% | 73 | 31% | 4 |
| • Never felt free to leave | 44% | 60 | 31% | 4 |
| • Always felt free to leave | 20% | 27 | 62% | 8 |
| • Felt free to leave most of the time | 27% | 36 | 62% | 8 |
| • Unsure | 19% | 25 | 0% | 0 |
| Was knowing, before taking the survey, that in New York you are not required to carry an ID nor are you required to show your ID to an officer, associated with reporting that they felt free to leave in previous encounters where the police asked for their IDs | | | | |
| • Knew rights and felt unfree to leave most of the time | 46% | 22 | 22% | 2 |
| • Knew rights and never felt free to leave | 35% | 17 | 22% | 2 |
| • Knew rights and always felt free to leave | 19% | 9 | 67% | 6 |
| • Did not know rights and felt unfree to leave most of the time | 63% | 49 | 50% | 2 |
| • Did not know rights and never felt free to leave | 53% | 41 | 50% | 2 |
| • Did not know rights and always felt free to leave | 18% | 14 | 50% | 2 |

Have you ever wanted to or would you ever file a complaint with the CCRB (Civilian Complaint Review Board)?

| CCRB: Civilian Complaint Review Board | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| You can report negative police encounters to The New York City Civilian Complaint Review Board (CCRB). The CCRB can receive your complaints, investigate police misconduct, and make recommendations of discipline against NYPD officers. Did you know about the CCRB before reading this? | | | | |
| • No | 42% | 374 | 57% | 160 |
| • Unsure | 22% | 198 | 4% | 11 |
| • Yes | 36% | 324 | 39% | 109 |
| **If yes**, have you ever wanted to file a complaint with the CCRB but chose not to? | | | | |
| • No | 66% | 212 | 91% | 99 |
| • Not sure | 21% | 67 | 6% | 6 |
| • Yes | 14% | 44 | 4% | 4 |

| Would you file a complaint with the CCRB in the future? | | | | |
|---|---|---|---|---|
| • No | 37% | 119 | 36% | 39 |
| • Not sure | 35% | 112 | 33% | 36 |
| • Yes | 29% | 93 | 32% | 35 |
| **If you did not know or were unsure if you knew about the CCRB**, now that you know about it, would you file a complaint with the CCRB in the future? | | | | |
| • No | 25% | 145 | 29% | 50 |
| • Not sure | 48% | 273 | 40% | 69 |
| • Yes | 27% | 153 | 30% | 52 |

# Section: What People Want

What do you believe are the FIVE most important parts of a healthy and safe community?

| Heavily Policed Communities | % | N |
|---|---|---|
| • Good schools | 65% | 588 |
| • Well-paying jobs | 64% | 580 |
| • Youth centers | 37% | 333 |
| • Affordable, quality housing | 32% | 288 |
| • Job-training programs | 30% | 270 |
| • After school programs | 25% | 223 |
| • Clean streets and subways | 24% | 212 |
| • Affordable, quality health care services | 23% | 210 |
| • Public parks | 17% | 155 |
| • Surveillance cameras | 16% | 148 |
| • Access to affordable, quality food | 15% | 131 |
| • Strong churches/religious organizations | 15% | 135 |
| • Street lights | 14% | 127 |
| • Community centers | 13% | 113 |
| • More police officers | 12% | 110 |
| • People filming cops and posting the videos online | 12% | 105 |
| • Know your rights programs | 11% | 103 |
| • Good public transportation | 10% | 88 |
| • Mental health services | 10% | 89 |
| • Services for formerly incarcerated people | 10% | 90 |
| • Affordable, quality legal services | 9% | 80 |
| • Frequent police presence | 7% | 62 |
| • Safe spaces & services for LGBTQ residents | 6% | 57 |
| • Knowing police officers by name | 5% | 44 |
| • Local businesses | 5% | 47 |
| • Services for immigrant residents | 4% | 32 |
| • Services for seniors | 4% | 37 |
| • Grassroots community organizations | 2% | 19 |
| • Other | 2% | 18 |

| Lightly Policed Communities | % | N |
|---|---|---|
| • Good schools | 61% | 172 |
| • Clean streets and subways | 45% | 127 |
| • Well-paying jobs | 43% | 120 |
| • Street lights | 32% | 89 |
| • Access to affordable, quality food | 31% | 86 |
| • Affordable, quality housing | 30% | 85 |

| | % | N |
|---|---|---|
| • Public parks | 30% | 84 |
| • Good public transportation | 28% | 79 |
| • Affordable, quality health care services | 26% | 72 |
| • Local businesses | 26% | 73 |
| • More police officers | 21% | 59 |
| • Surveillance cameras | 21% | 60 |
| • Frequent police presence | 19% | 52 |
| • Safe spaces & services for LGBTQ residents | 11% | 30 |
| • Mental health services | 10% | 29 |
| • Job-training programs | 9% | 25 |
| • Strong churches/religious organizations | 9% | 24 |
| • Community centers | 8% | 22 |
| • Services for seniors | 5% | 13 |
| • Youth centers | 5% | 15 |
| • Affordable, quality legal services | 4% | 12 |
| • After school programs | 4% | 10 |
| • Grassroots community organizations | 4% | 12 |
| • Knowing police officers by name | 4% | 12 |
| • People filming cops and posting the videos online | 4% | 12 |
| • Services for immigrant residents | 4% | 11 |
| • Know your rights programs | 3% | 8 |
| • Services for formerly incarcerated people | 3% | 7 |
| • Other | 1% | 4 |

Indicate which of the items your neighborhood needs more of, less of, or has a perfect amount of?

| Heavily Policed Communities | Need More | | Need Less | | Perfect Amount | | Not Sure | |
|---|---|---|---|---|---|---|---|---|
| | % | N | % | N | % | N | % | N |
| • Access to affordable, quality food | 68% | 612 | 12% | 105 | 15% | 136 | 5% | 47 |
| • Affordable, quality health care services | 69% | 624 | 12% | 104 | 12% | 108 | 7% | 64 |
| • Affordable, quality housing | 76% | 681 | 10% | 90 | 9% | 84 | 5% | 45 |
| • Affordable, quality legal services | 57% | 514 | 18% | 166 | 13% | 114 | 12% | 106 |
| • After school programs | 58% | 522 | 9% | 83 | 25% | 221 | 8% | 74 |
| • Clean streets and subways | 61% | 545 | 10% | 87 | 15% | 138 | 14% | 130 |
| • Community centers | 50% | 448 | 9% | 80 | 25% | 225 | 16% | 147 |
| • Frequent police presence | 29% | 263 | 27% | 242 | 22% | 195 | 22% | 200 |
| • Good public transportation | 43% | 384 | 8% | 71 | 32% | 286 | 18% | 159 |
| • Good schools | 82% | 740 | 3% | 27 | 12% | 106 | 3% | 27 |
| • Grassroots community organizations | 35% | 315 | 23% | 209 | 14% | 128 | 28% | 248 |
| • Job-training programs | 70% | 632 | 7% | 59 | 13% | 119 | 10% | 90 |
| • Know your rights programs | 63% | 569 | 11% | 102 | 13% | 118 | 12% | 111 |
| • Knowing police officers by name | 33% | 298 | 18% | 163 | 14% | 123 | 35% | 316 |
| • Local businesses | 42% | 378 | 16% | 141 | 25% | 222 | 18% | 159 |
| • Mental health services | 54% | 489 | 17% | 157 | 14% | 128 | 14% | 126 |
| • More police officers | 27% | 247 | 33% | 300 | 20% | 179 | 19% | 174 |
| • Other* | 22% | 200 | 13% | 117 | 2% | 22 | 2% | 22 |
| • People filming cops and posting the videos online | 41% | 369 | 27% | 243 | 13% | 121 | 19% | 167 |
| • Public Parks | 45% | 402 | 19% | 167 | 31% | 282 | 5% | 49 |
| • Safe spaces & services for LGBTQA residents | 33% | 300 | 17% | 149 | 15% | 132 | 35% | 319 |
| • Services for formerly incarcerated people | 55% | 499 | 21% | 185 | 9% | 82 | 15% | 134 |
| • Services for immigrant residents | 37% | 329 | 18% | 165 | 16% | 146 | 29% | 260 |
| • Services for seniors | 43% | 390 | 11% | 100 | 27% | 243 | 19% | 167 |

| | % | N | % | N | % | N | % | N |
|---|---|---|---|---|---|---|---|---|
| • Street lights | 36% | 325 | 16% | 141 | 37% | 334 | 11% | 100 |
| • Strong churches/religious organizations | 45% | 404 | 23% | 204 | 22% | 201 | 10% | 91 |
| • Surveillance cameras | 43% | 385 | 18% | 160 | 23% | 210 | 16% | 145 |
| • Well-paying jobs | 92% | 827 | 3% | 24 | 3% | 23 | 3% | 26 |
| • Youth centers | 65% | 589 | 9% | 83 | 19% | 170 | 6% | 58 |

| Lightly Policed Communities | Need More | | Need Less | | Perfect Amount | | Not Sure | |
|---|---|---|---|---|---|---|---|---|
| | % | N | % | N | % | N | % | N |
| • Access to affordable, quality food | 58% | 163 | 6% | 18 | 32% | 89 | 4% | 11 |
| • Affordable, quality health care services | 59% | 166 | 4% | 12 | 22% | 62 | 15% | 41 |
| • Affordable, quality housing | 69% | 194 | 11% | 30 | 16% | 44 | 5% | 14 |
| • Affordable, quality legal services | 46% | 129 | 9% | 25 | 16% | 46 | 29% | 81 |
| • After school programs | 38% | 108 | 9% | 25 | 29% | 80 | 24% | 68 |
| • Clean streets and subways | 59% | 165 | 2% | 5 | 36% | 100 | 4% | 11 |
| • Community centers | 33% | 92 | 10% | 27 | 36% | 100 | 22% | 62 |
| • Frequent police presence | 31% | 86 | 18% | 50 | 36% | 101 | 16% | 44 |
| • Good public transportation | 33% | 93 | 3% | 8 | 54% | 152 | 10% | 28 |
| • Good schools | 48% | 135 | 5% | 13 | 39% | 110 | 8% | 23 |
| • Grassroots community organizations | 35% | 98 | 16% | 45 | 26% | 72 | 24% | 66 |
| • Job-training programs | 46% | 128 | 8% | 21 | 18% | 51 | 29% | 81 |
| • Know your rights programs | 38% | 108 | 11% | 31 | 17% | 49 | 33% | 93 |
| • Knowing police officers by name | 36% | 102 | 10% | 27 | 17% | 47 | 37% | 105 |
| • Local businesses | 46% | 129 | 6% | 17 | 40% | 112 | 8% | 23 |
| • Mental health services | 45% | 126 | 14% | 38 | 15% | 41 | 27% | 76 |
| • More police officers | 34% | 95 | 18% | 50 | 29% | 80 | 20% | 56 |
| • Other* | 12% | 34 | 4% | 12 | .7% | 2 | 0% | 0 |
| • People filming cops and posting the videos online | 19% | 54 | 29% | 80 | 15% | 43 | 37% | 104 |
| • Public Parks | 39% | 110 | 6% | 18 | 53% | 146 | 3% | 7 |
| • Safe spaces & services for LGBTQA residents | 29% | 82 | 10% | 27 | 26% | 74 | 35% | 98 |
| • Services for formerly incarcerated people | 34% | 94 | 24% | 67 | 11% | 32 | 31% | 88 |
| • Services for immigrant residents | 34% | 95 | 13% | 35 | 22% | 63 | 31% | 88 |
| • Services for seniors | 34% | 96 | 6% | 16 | 35% | 99 | 25% | 70 |
| • Street lights | 33% | 92 | 10% | 28 | 53% | 149 | 4% | 12 |
| • Strong churches/religious organizations | 26% | 72 | 23% | 65 | 37% | 103 | 15% | 41 |
| • Surveillance cameras | 33% | 93 | 19% | 54 | 26% | 73 | 22% | 61 |
| • Well-paying jobs | 64% | 181 | 5% | 13 | 21% | 60 | 10% | 27 |
| • Youth centers | 46% | 128 | 9% | 24 | 25% | 71 | 21% | 58 |

To what extent do respondents' feel their top five priorities for a healthy and safe community were adequately resourced in their neighborhood?

| Heavily Policed Communities | Adequate | | Needs More | | N |
|---|---|---|---|---|---|
| | % | n | % | n | |
| • Good schools | 13% | 76 | 87% | 498 | 574 |
| • Well-paying jobs | 4% | 23 | 96% | 544 | 567 |
| • Youth centers | 22% | 72 | 78% | 249 | 321 |
| • Affordable, quality housing | 13% | 36 | 87% | 244 | 280 |
| • Job-training programs | 17% | 43 | 83% | 204 | 247 |
| • After school programs | 25% | 52 | 75% | 154 | 206 |
| • Clean streets and subways | 18% | 35 | 82% | 156 | 191 |
| • Affordable, quality health care services | 22% | 44 | 78% | 157 | 201 |
| • Public parks | 38% | 58 | 62% | 93 | 151 |

| | % | n | % | n | N |
|---|---|---|---|---|---|
| • Surveillance cameras | 28% | 38 | 73% | 100 | 138 |
| • Access to affordable, quality food | 22% | 28 | 79% | 102 | 130 |
| • Strong churches/religious organizations | 26% | 33 | 74% | 96 | 129 |
| • Street lights | 38% | 44 | 62% | 72 | 116 |
| • Community centers | 35% | 36 | 65% | 66 | 102 |
| • More police officers | 36% | 34 | 64% | 61 | 95 |
| • People filming cops and posting the videos online | 27% | 26 | 73% | 69 | 95 |
| • Know your rights programs | 20% | 19 | 80% | 77 | 96 |
| • Good public transportation | 44% | 36 | 56% | 45 | 81 |
| • Mental health services | 15% | 12 | 85% | 70 | 82 |
| • Services for formerly incarcerated people | 16% | 14 | 84% | 72 | 86 |
| • Affordable, quality legal services | 26% | 20 | 74% | 57 | 77 |
| • Frequent police presence | 32% | 18 | 68% | 39 | 57 |
| • Safe spaces & services for LGBTQ residents | 34% | 14 | 66% | 27 | 41 |
| • Knowing police officers by name | 19% | 7 | 81% | 30 | 37 |
| • Local businesses | 43% | 16 | 57% | 21 | 37 |
| • Services for immigrant residents | 33% | 9 | 67% | 18 | 27 |
| • Services for seniors | 38% | 13 | 62% | 21 | 34 |
| • Grassroots community organizations | 13% | 2 | 88% | 14 | 16 |

| Lightly Policed Communities | Adequate | | Needs More | | N |
|---|---|---|---|---|---|
| | % | n | % | n | |
| • Good schools | 46% | 76 | 54% | 88 | 164 |
| • Clean streets and subways | 38% | 46 | 62% | 75 | 121 |
| • Well-paying jobs | 27% | 30 | 73% | 82 | 112 |
| • Street lights | 63% | 55 | 37% | 32 | 87 |
| • Access to affordable, quality food | 39% | 32 | 61% | 50 | 82 |
| • Affordable, quality housing | 19% | 16 | 81% | 67 | 83 |
| • Public parks | 49% | 41 | 51% | 42 | 83 |
| • Good public transportation | 69% | 50 | 31% | 22 | 72 |
| • Affordable, quality health care services | 29% | 19 | 71% | 47 | 66 |
| • Local businesses | 55% | 38 | 45% | 31 | 69 |
| • More police officers | 23% | 11 | 77% | 36 | 47 |
| • Surveillance cameras | 31% | 16 | 69% | 35 | 51 |
| • Frequent police presence | 40% | 17 | 61% | 26 | 43 |
| • Safe spaces & services for LGBTQ residents | 32% | 8 | 68% | 17 | 25 |
| • Mental health services | 7% | 2 | 93% | 25 | 27 |
| • Job-training programs | 32% | 6 | 68% | 13 | 19 |
| • Strong churches/religious organizations | 46% | 10 | 55% | 12 | 22 |
| • Community centers | 57% | 8 | 43% | 6 | 14 |
| • Services for seniors | 50% | 6 | 50% | 6 | 12 |
| • Youth centers | 39% | 5 | 62% | 8 | 13 |
| • Affordable, quality legal services | 18% | 2 | 82% | 9 | 11 |
| • After school programs | 44% | 4 | 56% | 5 | 9 |
| • Grassroots community organizations | 50% | 5 | 50% | 5 | 10 |
| • Knowing police officers by name | 43% | 3 | 57% | 4 | 7 |
| • People filming cops and posting the videos online | 33% | 4 | 67% | 8 | 12 |
| • Services for immigrant residents | 10% | 1 | 90% | 9 | 10 |
| • Know your rights programs | 75% | 3 | 25% | 1 | 4 |
| • Services for formerly incarcerated people | 40% | 2 | 60% | 3 | 5 |

To what extent were all of the respondents' top five priorities for a healthy and safe community adequately resourced in their neighborhood?

| Number of the top five priorities adequately resourced | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • None of them | 43% | 389 | 19% | 52 |
| • One | 31% | 274 | 27% | 77 |
| • Two | 16% | 146 | 25% | 69 |
| • Three | 7% | 65 | 15% | 42 |
| • Four | 3% | 23 | 11% | 30 |
| • All of them | .1% | 1 | 4% | 11 |

Do you believe there should be less police in your neighborhood?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| **There should be less police in the neighborhood** | 44% | 399 | 24% | 66 |
| • My neighborhood needs less "more police" | 33% | 300 | 18% | 50 |
| • My neighborhood needs less "frequent police presence" | 27% | 242 | 18% | 50 |
| • The "type of changes" I would like to see include less police | 2% | 14 | 0% | 0 |
| **There should be less police in the neighborhood (additional question)** | 58% | 519 | 24% | 66 |
| • "There should be less police" in my neighborhood | 33% | 293 | 11% | 31 |

# Section: Constant Police Intrusion

Have you had at least once police-initiated encounter in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| At least one **police-initiated contact** in 2016 | | | | |
| • Yes | 73% | 654 | 28% | 79 |
| • No (all) | 16% | 140 | 65% | 182 |
| • No/Not sure | 11% | 101 | 7% | 20 |
| • Not sure (all) | 1% | 5 | 0% | 0 |
| At least one **level 1 police encounter** in 2016 | | | | |
| • Yes | 25% | 228 | 9% | 26 |
| • No | 55% | 495 | 87% | 243 |
| • Not sure | 20% | 177 | 4% | 12 |
| At least one **level 2 police encounter** in 2016 | | | | |
| • Yes | 18% | 158 | 1% | 4 |
| • No | 61% | 553 | 96% | 270 |
| • Not sure | 21% | 189 | 3% | 7 |
| At least one **level 3 police encounter** in 2016 | | | | |
| • Yes | 17% | 151 | 1% | 4 |
| • No | 63% | 571 | 96% | 271 |
| • Not sure | 20% | 178 | 2% | 6 |
| An officer **told you to move** at least once in 2016 | | | | |
| • Yes | 33% | 300 | 9% | 26 |
| • No | 41% | 371 | 82% | 230 |

| | | | | |
|---|---|---|---|---|
| • Not sure | 25% | 229 | 9% | 25 |
| **Plain-clothed officer** initiated contact at least once in 2016 | | | | |
| • Yes | 15% | 131 | 5% | 13 |
| • No | 57% | 516 | 91% | 256 |
| • Not sure | 28% | 253 | 4% | 12 |
| **Pulled over while driving** at least once in 2016 | | | | |
| • Yes | 13% | 117 | 7% | 20 |
| • No | 62% | 556 | 90% | 253 |
| • Not sure | 25% | 226 | 3% | 8 |
| At least one **frisk** in 2016* | | | | |
| • Yes | 27% | 244 | 1% | 3 |
| • No | 63% | 564 | 96% | 271 |
| • Not sure | 10% | 92 | 3% | 7 |
| **Asked permission to be searched** at least once in 2016* | | | | |
| • Yes | 18% | 158 | 1% | 4 |
| • No | 70% | 633 | 98% | 274 |
| • Not sure | 12% | 109 | 1% | 3 |
| At least one **probable cause search** (did not ask) in 2016* | | | | |
| • Yes | 18% | 161 | 1% | 4 |
| • No | 67% | 599 | 97% | 273 |
| • Not sure | 16% | 140 | 1% | 4 |

*This is based on a single question. A larger aggregated number based on additional variables is displayed below.

Where have you had a least once police-initiated encounter in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Police initiated contact **inside or immediately outside their building** | | | | |
| • Yes | 30% | 274 | 6% | 16 |
| • No | 45% | 402 | 90% | 254 |
| • Not sure | 25% | 224 | 4% | 11 |
| Entered my apartment or house with a **search warrant** | | | | |
| • Yes | 12% | 110 | .4% | 1 |
| • No | 67% | 607 | 98% | 274 |
| • Not sure | 20% | 183 | 2% | 6 |
| Asked to **see ID in or around my building** | | | | |
| • Yes | 24% | 217 | 4% | 11 |
| • No | 55% | 495 | 93% | 262 |
| • Not sure | 21% | 188 | 3% | 8 |
| Asked to **see ID in or around friend/family member's building** | | | | |
| • Yes | 23% | 206 | 5% | 13 |
| • No | 54% | 485 | 91% | 256 |
| • Not sure | 23% | 209 | 4% | 12 |
| Police initiated contact on **public transportation** | | | | |
| • Yes | 12% | 109 | 7% | 19 |
| • No | 66% | 592 | 87% | 245 |
| • Not sure | 22% | 199 | 6% | 17 |
| Police initiated contact on/in **subway station, platform or train** | | | | |
| • Yes | 11% | 101 | 6% | 16 |
| • No | 67% | 600 | 88% | 248 |
| • Not sure | 22% | 199 | 6% | 17 |
| Police initiated contact on/in **bus, bus station, or bus stop** | | | | |
| • Yes | 9% | 80 | 2% | 6 |

|  |  |  |  |  |
|---|---|---|---|---|
| • No | 69% | 621 | 92% | 258 |
| • Not sure | 22% | 199 | 6% | 17 |
| Police initiated contact in a **public park** |  |  |  |  |
| • Yes | 18% | 158 | 6% | 18 |
| • No | 64% | 571 | 92% | 257 |
| • Not sure | 19% | 170 | 2% | 6 |

Have you had at least once experience with police in your school (e.g. school safety agents (SSAs) or other school police), since January 2016?

|  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
|  | % | N | % | N |
| At least once contact with police in schools in 2016 | 61%* | 133 | 29%* | 11 |
| • I was sexually harassed (e.g. catcalls, whistles, made a pass at me) | 6% | 13 | 0% | 0 |
| • I was touched in a sexually inappropriate or uncomfortable way | 6% | 12 | 0% | 0 |
| • I was taken into a private room to be searched | 11% | 25 | 0% | 0 |
| • I was touched in an aggressive, rough or forceful way (e.g. pushed, shoved, grabbed, punched) | 11% | 23 | 0% | 0 |
| • I was handcuffed | 17% | 37 | 5% | 2 |
| • I was asked to remove an article of clothing | 14% | 30 | 0% | 0 |
| • I was spoken to in a disrespectful way (e.g. cursed at, yelled at unnecessarily) | 18% | 39 | 3% | 1 |
| • I was frisked | 25% | 55 | 3% | 1 |
| • I was searched | 28% | 61 | 0% | 0 |
| • I was helped or assisted | 29% | 63 | 21% | 8 |
| • I was questioned | 31% | 67 | 13% | 5 |
| • I NEVER had an experience with police in my school | 34% | 75 | 66% | 25 |
| • Not sure | 6% | 12 | 5% | 2 |
| • Other (explain) | 3% | 6 | 0% | 0 |
| • Other (explain) | 5% | 11 | 0% | 0 |

*This is based on the number of people who said they attended public school in New York City in 2016 (HPC = 220 & LPC = 38)

Were you asked to move by police at least once in 2016?

|  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
|  | % | N | % | N |
| Asked to move by police at least once | 33% | 300 | 9% | 26 |
| Asked to move by police more than once | 25% | 222 | 6% | 16 |
| • While standing in a group | 26% | 230 | 4% | 10 |
| • While standing right outside my building (e.g. stoop or courtyard) or house | 20% | 176 | 1% | 2 |
| • While standing right outside my friend or family member's building or house | 17% | 149 | 1% | 3 |
| • While standing on the street corner | 16% | 145 | 3% | 8 |
| • While inside my building (e.g. halls, stairs) | 16% | 142 | 0% | 0 |
| • While in the park | 15% | 138 | 2% | 6 |
| • While spending time with family or friends | 12% | 106 | 1% | 4 |
| • While filming or photographing a police officer | 10% | 88 | 1% | 3 |
| • While in the subway station | 9% | 80 | 1% | 3 |
| • While at the bus stop/station | 7% | 62 | 1% | 4 |
| • While at school | 4% | 40 | 0% | 0 |

| | | | | |
|---|---|---|---|---|
| • Other (explain) | 2% | 18 | 1% | 4 |
| • Not sure | 1% | 11 | 0% | 0 |

Did a plain-clothed officer initiate contact with you at least once in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| A plain-clothed officer initiated contact at least once | 15% | 131 | 5% | 13 |
| A plain-clothed officer initiated contact more than once | 10% | 87 | 2% | 6 |
| • Asked for ID | 11% | 95 | 1% | 4 |
| • Questioned | 10% | 93 | 3% | 8 |
| • Searched | 8% | 73 | 1% | 2 |
| • Frisked | 8% | 71 | .4% | 1 |
| • Experienced verbal aggression | 6% | 57 | .4% | 1 |
| • Handcuffed | 6% | 54 | .4% | 1 |
| • Experienced excessive force | 5% | 45 | 0% | 0 |
| • Arrested and taken to central booking | 5% | 44 | .4% | 1 |
| • Given a summons | 4% | 34 | .4% | 1 |
| • Arrested and given a DAT | 3% | 26 | .4% | 1 |
| • Other (explain) | 1% | 5 | 1% | 3 |
| • Not sure | .3% | 3 | .4% | 1 |

NYPD DATA: NYPD recorded stops in 2016 on 14-40 year olds by plain-clothed or uniformed officers in the precincts associated heavily and lightly policed communities*

| | Heavily Policed Communities | Lightly Policed Communities |
|---|---|---|
| Total amount recorded stops in 2016 | 1,171 | 633 |
| • Uniformed officers | 69% | 77% |
| • Plain-clothed officers | 31% | 23% |
| Frisk | | |
| • Uniformed officers | 70% | 45% |
| • Plain-clothed officers | 90% | 71% |
| Search | | |
| • Uniformed officers | 28% | 21% |
| • Plain-clothed officers | 30% | 27% |
| Physical Force | | |
| • Uniformed officers | 33% | 28% |
| • Plain-clothed officers | 43% | 27% |
| Weapon Drawn | | |
| • Uniformed officers | 1% | .5% |
| • Plain-clothed officers | .5% | .4% |
| Weapon Pointed | | |
| • Uniformed officers | 1% | .3% |
| • Plain-clothed officers | .4% | 1% |
| Handcuffed | | |
| • Uniformed officers | 19% | 15% |
| • Plain-clothed officers | 20% | 10% |

*Numbers are averaged over the 5 precincts associated with HPCs and 10 precincts associated with LPCs. The HPC precincts include: The 73rd (Brownsville), the 23rd, 25th and 32nd (all in East Harlem) and the 40th (South Bronx). The LPC precincts include: The 20th and 24th (both Upper West Side), 19th (Upper East Side), 5th and 6th (West Village and Soho), 7th and 9th (East Village), 50th (Riverdale), 78th (Park Slope) and 94th (Williamsburg and Greenpoint).

Did the police pull you over while driving or a passenger in the vehicle at least once in 2016?

|  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
|  | % | N | % | N |
| Pulled over while driving or a passenger in the vehicle at least once | 13% | 117 | 7% | 20 |
| Pulled over while driving or a passenger in the vehicle more than once | 10% | 88 | 2% | 5 |
| • Searched you | 6% | 55 | 1% | 3 |
| • Asked to leave the car | 6% | 54 | 1% | 3 |
| • Searched inside the car | 6% | 53 | 1% | 2 |
| • Frisked you | 6% | 50 | 1% | 2 |
| • The police ran a warrant check | 5% | 49 | 1% | 3 |
| • You were given a ticket | 5% | 45 | 4% | 10 |
| • Searched the glove department | 5% | 46 | 1% | 2 |
| • Searched other passengers | 5% | 46 | 1% | 2 |
| • Searched your trunk | 4% | 36 | 1% | 2 |
| • You were arrested | 2% | 20 | .4% | 1 |
| • Not sure | 1% | 7 | 2% | 5 |
| • Other (explain) | 1% | 12 | 1% | 2 |
| • Other (explain) | .1% | 1 | 0% | 0 |

Do you believe you had at least once Level 1 police encounter in 2016?

|  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
|  | % | N | % | N |
| Do you believe you had a level 1 police encounter since 2016 |  |  |  |  |
| • No | 55% | 495 | 87% | 243 |
| • Unsure | 20% | 177 | 4% | 12 |
| • Yes | 25% | 228 | 9% | 26 |
| If yes, how many times since 2016? |  |  |  |  |
| • Once | 8% | 19 | 50% | 13 |
| • More than once | 59% | 135 | 42% | 11 |
| • Unsure | 33% | 75 | 8% | 2 |
| How many of your level 1 encounters did you feel free to leave or walk away? |  |  |  |  |
| • Felt unfree to leave at least once | 61% | 89 | 29% | 7 |
| • Felt unfree to leave most of the time | 48% | 71 | 25% | 6 |
| • Never felt free to leave | 44% | 64 | 25% | 6 |
| • Unsure | 14% | 21 | 4% | 1 |
| Was knowing, before taking the survey, that they had the right to leave and refuse to answer, associated with reporting that they felt free to leave in previous level 1 encounters? |  |  |  |  |
| • Knew rights and felt unfree to leave most of the time | 48% | 46 | 29% | 5 |
| • Knew rights and never felt free to leave | 46% | 44 | 29% | 5 |
| • Knew rights and always felt free to leave | 27% | 26 | 71% | 12 |
| • Did not know rights and felt unfree to leave most of the time | 47% | 24 | 14% | 1 |
| • Did not know rights and never felt free to leave | 37% | 19 | 14% | 1 |
| • Did not know rights and always felt free to leave | 22% | 11 | 57% | 4 |
| How many of your level 1 encounters did the police officer inform you of your rights that you were free to leave or refuse to answer any questions? |  |  |  |  |
| • Informed at least once | 23% | 34 | 46% | 11 |

| | | | | |
|---|---|---|---|---|
| • Not informed most of the time | 76% | 113 | 50% | 113 |
| • Never informed | 67% | 99 | 50% | 12 |
| • Unsure | 10% | 15 | 4% | 1 |

Do you believe you had at least once Level 2 police encounter in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Do you believe you had a level 2 police encounter since 2016 | | | | |
| • No | 61% | 553 | 96% | 270 |
| • Unsure | 21% | 189 | 3% | 7 |
| • Yes | 18% | 158 | 1% | 4 |
| If yes, how many times since 2016? | | | | |
| • Once | 12% | 19 | 25% | 1 |
| • More than once | 43% | 68 | 25% | 1 |
| • Unsure | 45% | 71 | 50% | 2 |
| How many of your level 2 encounters did you feel free to leave or walk away? | | | | |
| • Felt unfree to leave at least once | 68% | 54 | * | * |
| • Felt unfree to leave most of the time | 63% | 50 | * | * |
| • Never felt free to leave | 61% | 48 | * | * |
| • Unsure | 9% | 7 | * | * |
| Was knowing, before taking the survey, that they had the right to leave and refuse to answer, associated with reporting that they felt free to leave in previous level 2 encounters? | | | | |
| • Knew rights and felt unfree to leave most of the time | 52% | 22 | * | * |
| • Knew rights and never felt free to leave | 50% | 21 | * | * |
| • Knew rights and always felt free to leave | 29% | 12 | * | * |
| • Did not know rights and felt unfree to leave most of the time | 76% | 28 | * | * |
| • Did not know rights and never felt free to leave | 73% | 27 | * | * |
| • Did not know rights and always felt free to leave | 16% | 6 | * | * |
| How many of your level 2 encounters did the police officer inform you of your rights that you were free to leave or refuse to answer any questions? | | | | |
| • Informed at least once | 21% | 17 | * | * |
| • Not informed most of the time | 72% | 60 | * | * |
| • Never informed | 68% | 56 | * | * |
| • Unsure | 12% | 10 | * | * |

*The sample size is too low for analysis

Do you believe you had at least once Level 3 police encounter in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Do you believe you had a level 3 police encounter since 2016 | | | | |
| • No | 63% | 571 | 96% | 271 |
| • Unsure | 20% | 178 | 2% | 6 |
| • Yes | 17% | 151 | 1% | 4 |
| If yes, how many times since 2016? | | | | |
| • Once | 14% | 21 | 50% | 2 |
| • More than once | 46% | 69 | 0% | 0 |

| | | | | |
|---|---|---|---|---|
| • Unsure | 40% | 61 | 50% | 2 |
| How many of your level 3 encounters did you ask if you were free to leave or walk away? | | | | |
| • Asked at least once | 44% | 37 | * | * |
| • Mostly didn't ask | 58% | 49 | * | * |
| • Never asked | 47% | 40 | * | * |
| • Unsure | 9% | 8 | * | * |
| How many of your level 3 encounters were you asked to show your ID? | | | | |
| • At least once | 70% | 57 | * | * |
| • Most of the time | 59% | 48 | * | * |
| • Always | 54% | 44 | * | * |
| • Unsure | 11% | 9 | * | * |
| How many of your level 3 encounters were you informed why you were stopped? | | | | |
| • Informed at least once | 44% | 38 | * | * |
| • Not informed most of the time | 63% | 54 | * | * |
| • Never informed | 50% | 43 | * | * |
| • Unsure | 6% | 5 | * | * |
| How many of your level 3 encounters were you handcuffed but then let go? | | | | |
| • At least once | 60% | 48 | * | * |
| • Most of the time | 41% | 33 | * | * |
| • Always | 30% | 24 | * | * |
| • Unsure | 9% | 7 | * | * |

*The sample size is too low for analysis

NYPD DATA: NYPD recorded stops in 2016 on 14-40 year olds in the precincts associated with heavily and lightly policed communities*

| | Heavily Policed Communities | Lightly Policed Communities |
|---|---|---|
| Total amount recorded stops in 2016 | 1,171 | 633 |
| % stops on people of color | 99% | 87% |
| • Frisks | 76% | 51% |
| • Searches | 29% | 21% |
| • Physical Force | 36% | 28% |
| • Summons | 4% | 2% |
| • Arrests | 27% | 19% |
| • Knives/other weapons | 6% | 3% |
| • Guns | 3% | .3% |
| • Contraband | 8% | 4% |
| • Innocent Stops (neither arrested nor given a summons) | 69% | 78% |

*Numbers are averaged over the 5 precincts associated with HPCs and 10 precincts associated with LPCs. The HPC precincts include: The 73rd (Brownsville), the 23rd, 25th and 32nd (all in East Harlem) and the 40th (South Bronx). The LPC precincts include: The 20th and 24th (both Upper West Side), 19th (Upper East Side), 5th and 6th (West Village and Soho), 7th and 9th (East Village), 50th (Riverdale), 78th (Park Slope) and 94th (Williamsburg and Greenpoint).

Since January of 2016, which of these forms of NYPD surveillance did you frequently observe daily at any location in your neighborhood?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Surveillance Technology | | | | |

| | | | | |
|---|---|---|---|---|
| • Helicopters | 30% | 268 | 8% | 23 |
| • Command and Control Trucks | 44% | 393 | 9% | 24 |
| • Watchtowers | 44% | 394 | 6% | 16 |
| • Surveillance Cameras | 53% | 477 | 22% | 62 |
| • Floodlights | 54% | 489 | 8% | 23 |
| **Uniformed Officers** | | | | |
| • Officers on foot patrol | 63% | 571 | 23% | 43 |
| • Do you know any police officers that patrol your neighborhood by name? (Yes) | 14% | 123 | 7% | 19 |
| • Do you know any police officers that patrol your neighborhood by sight? (Yes) | 39% | 349 | 24% | 66 |
| • Do the police officers in the neighborhood know you by name? (Yes) | 16% | 140 | 7% | 19 |
| • Do the police officers in the neighborhood know you by sight? (Yes) | 26% | 233 | 9% | 25 |
| • Officers in militarized gear | 20% | 176 | 4% | 10 |
| **Police Across Contexts** | | | | |
| • Patrolling subways (including stations, platforms and actual trains) | 53% | 402 | 24% | 66 |
| • Patrolling buses (including bus stations and bus stops) | 31% | 237 | 14% | 37 |
| • Patrolling parks | 48% | 431 | 25% | 69 |
| • Patrolling inside or immediately outside the building they live | 43% | 390 | 8% | 22 |
| • Patrolling their schools | 55% | 121 | 55% | 21 |

I feel like police watch me when:

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Feeling watched by at least once | 85% | 767 | 53% | 150 |
| Feeling watched by more than once | 71% | 639 | 31% | 88 |
| • I'm standing at the ATM | 30% | 267 | 11% | 31 |
| • I'm on the subway | 40% | 360 | 26% | 73 |
| • I'm walking outside | 59% | 535 | 22% | 62 |
| • I'm on social media (e.g. twitter, Facebook) | 29% | 262 | 4% | 12 |
| • I'm texting | 19% | 175 | 5% | 13 |
| • I'm going to the store | 49% | 439 | 10% | 28 |
| • I'm going to school | 21% | 191 | 4% | 10 |
| • I'm walking in the school hallways | 12% | 112 | 4% | 10 |
| • I'm walking inside my own building | 50% | 450 | 6% | 17 |
| • I'm hanging out in the park | 54% | 485 | 20% | 57 |
| • I DON'T feel watched by police | 12% | 109 | 42% | 119 |
| • Not sure | 3% | 24 | 4% | 12 |

How do you feel when seeing police officers and other forms of NYPD surveillance?

| | | Unsafe | Uncomfortable | Nervous | Scared | Annoyed |
|---|---|---|---|---|---|---|
| Officers on foot patrol | HPC | 30% (244) | 40% (331) | 35% (285) | 26% (212) | 43% (347) |
| | LPC | 8% (20) | 21% (49) | 13% (32) | 3% (7) | 6% (14) |
| Officers in militarized gear | HPC | 43% (251) | 48% (286) | 49% (285) | 43% (252) | 47% (276) |
| | LPC | 30% (37) | 39% (48) | 44% (54) | 34% (42) | 19% (23) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Knowing the police by name/sight | HPC | 34% (124) | 40% (151) | 37% (136) | 28% (102) | 45% (167) |
| | LPC | 12% (9) | 16% (12) | 7% (5) | 6% (4) | 4% (3) |
| Police know them by name/sight | HPC | 41% (102) | 51% (128) | 48% (119) | 42% (104) | 63% (158) |
| | LPC | 14% (5) | 11% (4) | 14% (5) | 6% (2) | 6% (2) |
| Patrolling public transportation | HPC | 21% (117) | 32% (178) | 26% (142) | 19% (104) | 35% (192) |
| | LPC | 4% (10) | 15% (34) | 12% (28) | 4% (8) | 6% (13) |
| Patrolling parks | HPC | 22% (171) | 30% (233) | 25% (192) | 20% (159) | 34% (268) |
| | LPC | 3% (8) | 15% (36) | 8% (18) | 3% (7) | 8% (19) |
| Patrolling their housing | HPC | 29% (139) | 42% (202) | 35% (169) | 27% (129) | 47% (227) |
| | LPC | 10% (4) | 15% (6) | 15% (6) | 8% (3) | 15% (6) |
| Patrolling their schools | HPC | 27% (52) | 32% (62) | 32% (60) | 29% (56) | 45% (88) |
| | LPC | 9% (3) | 27% (9) | 9% (3) | 6% (2) | 18% (6) |
| Helicopters | HPC | 34% (272) | 45% (363) | 37% (297) | 27% (217) | 51% (418) |
| | LPC | 10% (22) | 24% (51) | 18% (39) | 10% (21) | 18% (38) |
| Command and Control Trucks | HPC | 29% (235) | 38% (311) | 33% (268) | 26% (212) | 45% (364) |
| | LPC | 9% (20) | 16% (35) | 12% (25) | 4% (8) | 10% (21) |
| Watchtowers | HPC | 29% (236) | 38% (308) | 30% (239) | 24% (196) | 44% (362) |
| | LPC | 13% (17) | 20% (26) | 10% (13) | 3% (4) | 8% (10) |
| Surveillance Cameras | HPC | 27% (214) | 37% (302) | 27% (220) | 23% (181) | 40% (327) |
| | LPC | 8% (16) | 17% (32) | 9% (17) | 2% (3) | 15% (28) |
| Floodlights | HPC | 26% (212) | 34% (280) | 22% (182) | 19% (151) | 44% (363) |
| | LPC | 11% (17) | 14% (22) | 7% (11) | 5% (7) | 14% (21) |

How do you feel when seeing these forms of NYPD surveillance?

| | | Mostly or All Negative | Mostly or All in the Middle | Mostly or All Positive | No Clear Majority |
|---|---|---|---|---|---|
| Officers on foot patrol | HPC | 34% (277) | 38% (305) | 21% (166) | 8% (60) |
| | LPC | 4% (10) | 40% (94) | 52% (123) | 5% (11) |
| Officers in militarized gear | HPC | 47% (267) | 31% (177) | 15% (83) | 8% (43) |
| | LPC | 32% (39) | 26% (32) | 37% (45) | 6% (7) |
| Knowing the police by name/sight | HPC | 36% (132) | 31% (115) | 26% (96) | 7% (25) |
| | LPC | 3% (2) | 30% (22) | 62% (45) | 6% (4) |
| Police know them by name/sight | HPC | 49% (122) | 29% (71) | 13% (33) | 8% (21) |
| | LPC | 6% (2) | 20% (7) | 71% (25) | 3% (1) |
| Patrolling public | HPC | 24% (129) | 37% (203) | 33% (179) | 6% (34) |

| | | | | | |
|---|---|---|---|---|---|
| transportation | LPC | 4% (10) | 31% (72) | 59% (136) | 5% (11) |
| Patrolling parks | HPC | 24% (190) | 42% (324) | 27% (212) | 7% (53) |
| | LPC | 3% (8) | 32% (76) | 58% (139) | 6% (15) |
| Patrolling their housing | HPC | 35% (168) | 36% (168) | 22% (102) | 8% (36) |
| | LPC | 3% (1) | 21% (8) | 62% (24) | 15% (6) |
| Patrolling their schools | HPC | 33% (62) | 28% (54) | 31% (59) | 8% (15) |
| | LPC | 3% (1) | 24% (8) | 65% (22) | 9% (3) |
| Helicopters | HPC | 36% (281) | 36% (280) | 15% (120) | 13% (105) |
| | LPC | 10% (21) | 38% (81) | 43% (92) | 9% (19) |
| Command and Control Trucks | HPC | 33% (264) | 39% (313) | 18%(143) | 10% (76) |
| | LPC | 5% (10) | 37% (79) | 54% (116) | 4% (9) |
| Watchtowers | HPC | 30% (240) | 40% (319) | 20% (156) | 11% (85) |
| | LPC | 4% (5) | 37% (48) | 51% (65) | 8% (10) |
| Surveillance Cameras | HPC | 28% (225) | 38% (303) | 25% (201) | 8% (64) |
| | LPC | 4% (7%) | 37% (70) | 52% (99) | 7% (14) |
| Floodlights | HPC | 25% (200) | 41% (328) | 26% (207) | 9% (74) |
| | LPC | 4% (6) | 40% (61) | 49% (75) | 7% (11) |

When observing these forms of surveillance, which generally make you change your behavior?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Changed behavior when observing NYPD technology | 53% | 467 | 32% | 84 |
| • Helicopters | 33% | 283 | 18% | 39 |
| • Command and Control Trucks | 37% | 307 | 22% | 46 |
| • Watchtowers | 36% | 303 | 23% | 30 |
| • Surveillance Cameras | 37% | 304 | 27% | 51 |
| • Floodlights | 30% | 250 | 20% | 31 |
| Changed behavior when observing NYPD officers | 51% | 433 | 35% | 86 |
| • Officers on foot patrol | 46% | 384 | 30% | 72 |
| • Officers in militarized gear | 44% | 268 | 39% | 48 |

In the last year, have you ever felt targeted by police because of:

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| In the last year, have you ever felt targeted by police? | | | | |
| • Yes | 74% | 663 | 19% | 52 |
| • No (all) | 20% | 178 | 27% | 77 |
| • No/Not Sure | 4% | 39 | 52% | 147 |
| • Not Sure (all) | 2% | 20 | 2% | 5 |
| Have you ever felt targeted by police for multiple reasons? | 66% | 594 | 10% | 28 |
| How you look | | | | |
| • Yes | 57% | 511 | 8% | 23 |
| • No | 37% | 336 | 87% | 243 |
| • Not sure | 6% | 53 | 5% | 15 |
| Your age | | | | |
| • Yes | 40% | 357 | 6% | 18 |
| • No | 52% | 466 | 88% | 248 |
| • Not sure | 9% | 77 | 5% | 15 |
| Your gender | | | | |
| • Yes | 39% | 347 | 8% | 21 |

|  | | % | N | % | N |
|---|---|---|---|---|---|
| | • No | 52% | 466 | 88% | 246 |
| | • Not sure | 10% | 85 | 5% | 14 |
| The way you express your gender | | | | | |
| | • Yes | 23% | 208 | 4% | 10 |
| | • No | 64% | 577 | 92% | 257 |
| | • Not sure | 13% | 114 | 5% | 14 |
| Your race/ethnicity | | | | | |
| | • Yes | 55% | 495 | 8% | 21 |
| | • No | 36% | 323 | 88% | 246 |
| | • Not sure | 9% | 82 | 5% | 14 |
| Your sexual orientation | | | | | |
| | • Yes | 14% | 127 | 3% | 8 |
| | • No | 74% | 663 | 94% | 263 |
| | • Not sure | 12% | 110 | 4% | 10 |
| Your religion | | | | | |
| | • Yes | 16% | 139 | 2% | 5 |
| | • No | 73% | 657 | 95% | 266 |
| | • Not sure | 12% | 103 | 4% | 10 |
| Your immigrant status | | | | | |
| | • Yes | 10% | 91 | 2% | 6 |
| | • No | 80% | 720 | 94% | 263 |
| | • Not sure | 10% | 89 | 4% | 12 |
| Where you live | | | | | |
| | • Yes | 63% | 568 | 6% | 17 |
| | • No | 32% | 284 | 89% | 251 |
| | • Not sure | 5% | 48 | 5% | 13 |
| Other (explain) | | 18% | 161 | 3% | 7 |

Did the police frisk you in 2016? (Aggregated Frisk)

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Did the police frisk you in 2016? | 30% | 274 | 1% | 3 |
| • Frisked by police at least once since 2016 | 27% | 244 | 1% | 3 |
| • Frisked by plain clothed officer | 8% | 71 | .4 | 1 |
| • Frisked during traffic stop | 6% | 50 | 1% | 2 |
| • Gender checked by police at least once in 2016 | 3% | 22 | .4% | 1 |

Did the police search you in 2016? (Aggregated Search)

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| **Did the police search your body in 2016?** | 33% | 296 | 2% | 5 |
| • Asked to be searched by police at least once in 2016 | 13% | 115 | .4% | 1 |
| • Probable cause search at least once in 2016 | 18% | 161 | 1% | 4 |
| • Searched by a plain clothed officer | 8% | 73 | 1% | 2 |
| • Searched during a traffic stop | 6% | 55 | 1% | 3 |
| • Strip searched (undressed or requested clothes removed) by police | 7% | 59 | 0% | 0 |
| **Did the police search your property in 2016?** | 48% | 436 | 5% | 15 |
| • Asked by police to empty pockets, bags/purses or other belongings at least once in 2016 | 16% | 141 | 1% | 4 |

| | % | N | % | N |
|---|---|---|---|---|
| • Searched glove compartment during a traffic stop | 5% | 46 | 1% | 2 |
| • Searched your trunk during a traffic stop | 4% | 36 | 1% | 2 |
| • Searched inside your car during a traffic stop | 6% | 53 | 1% | 2 |
| • Searched with a search warrant at least once in 2016 | 2% | 14 | .4% | 1 |
| • Police entered your apartment with a search warrant in 2016 | 12% | 110 | .4% | 1 |
| • My property was taken by police and never returned | 29% | 263 | 2% | 5 |
| • The police took condoms from me | 9% | 81 | 3% | 7 |
| **Did the police search your body and/or property in 2016?** | 54% | 486 | 6% | 16 |

Did the police ask to see you ID in 2016? (Aggregated ID)

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Did the police ask to see you ID in 2016? | 35% | 314 | 6% | 17 |
| • Asked for ID during a level 3 police encounter | 6% | 57 | 1% | 2 |
| • Plain clothed officer asked for your ID | 11% | 95 | 1% | 4 |
| • Police asked to see your ID in or around your building during 2016 | 24% | 217 | 4% | 11 |
| • Police asked to see your ID at friend/family members building in 2016 | 23% | 206 | 5% | 13 |

Police contact in 2016 by homeless status (Aggregated Items)***

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| **Did the police frisk you in 2016?** | | | | |
| • Not Homeless (last year or currently) | 29% | 179 | * | * |
| • Homeless (last year or currently) | 40% | 73 | * | * |
| **Did the police search your body in 2016?** | | | | |
| • Not Homeless (last year or currently) | 30% | 184 | * | * |
| • Homeless (last year or currently) | 45% | 82 | * | * |
| **Did the police search your property in 2016?** | | | | |
| • Not Homeless (last year or currently) | 44% | 272 | * | * |
| • Homeless (last year or currently) | 65% | 119 | * | * |
| **Did the police search your property in 2016?**\*\* | | | | |
| • Not Homeless (last year or currently) | 47% | 296 | * | * |
| • Homeless (last year or currently) | 71% | 130 | * | * |
| **Did the police search you in 2016?** | | | | |
| • Not Homeless (last year or currently) | 49% | 305 | * | * |
| • Homeless (last year or currently) | 70% | 128 | * | * |
| **Did the police ask to see you ID in 2016?** | | | | |
| • Not Homeless (last year or currently) | 33% | 207 | * | * |
| • Homeless (last year or currently) | 49% | 89 | * | * |

*The sample size is too low for analysis
**Includes "searched property" as well as the variable "My property was broken or damaged by police"
***It is important here to interpret homeless status through race. In HPCs, almost everyone identified as a person of color.

Since January 2016, what have you experienced BECAUSE of police?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • My children were taken from me. | 7% | 67 | 0% | 281 |
| • My driver's license was suspended. | 9% | 80 | 0% | 0 |

| | | | | |
|---|---|---|---|---|
| • I was not hired because of my record. | 17% | 154 | 1% | 4 |
| • I lost housing/shelter. | 9% | 82 | 1% | 3 |
| • I was injured. | 13% | 120 | 1% | 4 |
| • I lost my job (was fired) or my license/clearance to work. | 10% | 87 | 1% | 2 |
| • I missed school. | 19% | 170 | 1% | 2 |
| • I missed work. | 22% | 201 | 3% | 9 |
| • I had issues with immigration. | 6% | 51 | 2% | 5 |
| • I wasn't able to provide care for my children or other family. | 11% | 101 | 2% | 5 |
| • My property was taken by police and never returned. | 29% | 263 | 2% | 5 |
| • The police took condoms away from me. | 9% | 81 | 3% | 7 |
| • My property was broken or damaged by police. | 23% | 208 | 3% | 9 |
| • I was denied admission to higher education. | 7% | 64 | 1% | 2 |
| • I was not able to obtain student loans or scholarships. | 8% | 73 | .4 | 1 |
| • I was not able to obtain student loans or scholarships. | 8% | 73 | .4 | 1 |
| • Other (explain) | 5% | 44 | 2% | 6 |
| • Other (explain) | 2% | 16 | 2% | 5 |
| • I have not experienced ANYTHING because of police | 24% | 218 | 80% | 225 |
| • Not sure | 12% | 111 | 8% | 22 |

Since January 2016, I was WRONGLY ACCUSED by police of:

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Wrongly accused of a crime | 48% | 429 | 6% | 18 |
| • Committing a crime | 23% | 205 | 3% | 7 |
| • Being in a gang | 22% | 195 | .4% | 1 |
| • Trespassing | 25% | 222 | 1% | 4 |
| • Carrying a gun | 14% | 126 | 1% | 3 |
| • Carrying a knife or other weapon | 15% | 133 | 1% | 2 |
| • Selling drugs | 15% | 132 | .4% | 1 |
| • Carrying drugs | 17% | 152 | 1% | 2 |
| • Being a prostitute | 4% | 38 | 1% | 2 |
| • Other (explain) | 3% | 28 | 1% | 4 |
| • I was NEVER wrongly accused of anything by police | 29% | 264 | 84% | 235 |
| • Not sure | 23% | 202 | 9% | 26 |

In what ways have the police impacted your life IN THE LAST YEAR?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • The police made me feel safe | 21% | 186 | 31% | 87 |
| • The police made me feel calm | 14% | 125 | 25% | 70 |
| • I felt disrespected by the police | 38% | 338 | 5% | 14 |
| • I felt like I have been treated unfairly by the police | 39% | 351 | 4% | 11 |
| • I felt discriminated against by the police | 31% | 278 | 4% | 10 |
| • The police scared me | 34% | 303 | 11% | 30 |
| • I felt angry at the police | 38% | 338 | 9% | 24 |
| • I felt humiliated by the police | 31% | 281 | 5% | 13 |
| • I felt powerless because of police | 36% | 325 | 5% | 15 |
| • I thought about police a lot (even when I didn't want to) | 17% | 154 | 10% | 27 |

| | | | | |
|---|---|---|---|---|
| • I relive my negative experiences with police when I see them | 11% | 101 | 2% | 6 |
| • I felt depressed because of police | 16% | 142 | 4% | 12 |
| • I felt sad because of police | 15% | 131 | 9% | 26 |
| • I couldn't relax because of police | 20% | 182 | 5% | 13 |
| • The police made me feel nervous | 43% | 391 | 18% | 51 |
| • The police ruined my neighborhood | 16% | 148 | 2% | 5 |
| • I avoided police at all costs | 42% | 378 | 8% | 22 |
| • I looked to police when I had a problem | 12% | 107 | 14% | 40 |
| • I felt like I had my life threatened by police | 26% | 235 | 3% | 7 |
| • I felt like I had to watch my back because of police | 34% | 307 | 6% | 17 |
| • I felt like I was a criminal because of police | 32% | 291 | 3% | 7 |
| • I felt like other people saw me as a criminal because of police | 24% | 212 | 3% | 7 |
| • Other | 5% | 42 | 3% | 8 |
| • Not sure | 3% | 23 | 5% | 13 |
| • The police HAVE NOT impacted my life in the last year | 7% | 62 | 31% | 88 |

Have you experienced physical restraint or force by police in 2016?

| Use of Physical Restraint/Force in 2016 | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Use of Physical Restraint/Force | 53% | 473 | 8% | 21 |
| • Restraint with Handcuffs | 33% | 292 | 2% | 6 |
| • Physical Violence | 41% | 368 | 4% | 11 |
| • Threat of Gun | 20% | 178 | 2% | 5 |
| • Physical Injury | 19% | 168 | 1% | 4 |

| Restraint with Handcuffs | 33% | 292 | 2% | 6 |
|---|---|---|---|---|
| • I was handcuffed | 29% | 264 | 2.1% | 6 |
| • I was handcuffed during a level 3 encounter but then let go | 5% | 48 | 0% | 0 |
| • I was handcuffed by a plain clothed officer | 6% | 54 | .4% | 1 |

| Physical Violence | 41% | 368 | 4% | 11 |
|---|---|---|---|---|
| • I was hit, slapped, or punched by police. | 12% | 104 | 1% | 2 |
| • I was grabbed by police | 24% | 214 | 2% | 5 |
| • The police used baton or billy club on me | 6% | 57 | 1% | 2 |
| • I was kicked by police. | 10% | 86 | 0% | 0 |
| • I was pushed by police | 16% | 147 | 1% | 4 |
| • I was pinned on the ground by police | 12% | 105 | 1% | 3 |
| • I was pushed against a car or wall by police | 14% | 124 | 1% | 3 |
| • The police used pepper spray on me | 5% | 41 | 1% | 3 |
| • Police used a Taser or stun gun on me | 5% | 44 | 0% | 0 |
| • I was choked by police | 6% | 54 | .4% | 1 |
| • I was frisked by police and it involved excessive force | 9% | 81 | 1% | 2 |
| • I was searched by police and it involved excessive force | 6% | 51 | 1% | 3 |
| • I experienced excessive force by a plain clothed officer | 5% | 45 | 0% | 0 |

| Threat of Gun | 20% | 178 | 2% | 5 |
|---|---|---|---|---|
| • An officer touched a gun | 11% | 96 | 1% | 3 |
| • An officer upholstered a gun | 11% | 101 | 1% | 3 |
| • An officer pointed a gun at me | 11% | 99 | 1% | 2 |

| Physical Injury | 19% | 168 | 1% | 4 |
|---|---|---|---|---|
| • I was physically hurt or injured by police | 7% | 58 | 1% | 2 |
| • I needed to receive medical attention because of police | 5% | 46 | 1% | 3 |

| | | | | |
|---|---|---|---|---|
| • I was injured | 13% | 120 | 1% | 4 |

Have you experienced a negative verbal police encounter in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Negative Verbal Police Encounters | 61% | 547 | 15% | 41 |
| • Verbal Disrespect | 33% | 297 | 8% | 21 |
| • Threatening Language | 52% | 464 | 6% | 18 |
| • Aggressive Language | 37% | 330 | 6% | 17 |
| • Derogatory Comments | 22% | 195 | 1% | 2 |

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| Verbal Disrespect | 33% | 297 | 8% | 21 |
| • I was spoken to disrespectfully | 29% | 257 | 6% | 16 |
| • I approached the police for help and was not treated respectfully | 7% | 59 | 2% | 6 |
| • I called the police for help and was not treated respectfully | 2% | 18 | 1% | 4 |

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| Threatening Language | 52% | 464 | 6% | 18 |
| • Police threatened to arrest me | 33% | 300 | 3% | 8 |
| • Police threatened to give me a ticket | 29% | 262 | 3% | 9 |
| • Police threatened to use force against me | 22% | 199 | 1% | 4 |
| • I have had my life threatened by police | 26% | 235 | 3% | 7 |

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| Aggressive Language | 37% | 330 | 6% | 17 |
| • An officer cursed at me | 26% | 237 | 4% | 10 |
| • An officer shouted at me | 25% | 228 | 5% | 13 |
| • I experienced verbal aggression by plain clothed officer | 6% | 57 | .4 | 1 |

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| Derogatory Comments | 22% | 195 | 1% | 2 |
| • An officer made a racially or ethnically offensive comment towards me | 13% | 116 | .4% | 1 |
| • A police officer called me gender or sexual slurs | 10% | 86 | .4% | 1 |
| • A police officer made a derogatory comment about my religion | 9% | 81 | 0% | 0 |

Have you experienced a sexual police encounter in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Sexual Police Encounters | 16% | 140 | 5% | 13 |
| • Sexual Attention | 14% | 124 | 5% | 13 |
| • Sexual Touch | 5% | 44 | .4% | 1 |

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| Sexual Attention | 14% | 124 | 5% | 13 |
| • I received "sexual attention" from police (e.g. catcalls, whistles) | 6% | 55 | 3% | 8 |
| • A police officer hit on me or made a pass (e.g. tried to get my number) | 6% | 54 | 2% | 6 |
| • A police officer asked me for sexual favors | 4% | 38 | 0% | 0 |
| • Police spoke to me in a sexually inappropriate manner | 5% | 42 | 1% | 2 |

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| Sexual Touch | 5% | 44 | .4 | 1 |
| • A police officer touched me in a way that felt sexually inappropriate or uncomfortable | 3% | 27 | .4 | 1 |

| | | | | |
|---|---|---|---|---|
| • I was sexually assaulted by police | 3% | 23 | 0% | 0 |

Have you experienced an unhelpful police encounter in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Unhelpful Police Encounters | 15% | 139 | 6% | 18 |
| • I approached the police for help and they were not helpful | 6% | 57 | 1% | 3 |
| • I approached the police for help and they did not improve the situation | 9% | 77 | 2% | 5 |
| • I called the police for help and they were not helpful | 3% | 30 | 3% | 7 |
| • I called the police for help and they did not improve the situation | 5% | 45 | 3% | 8 |
| • I called the police for help and they did not show up | 4% | 34 | 1% | 7 |

Have you experienced negative police contact in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Negative Police Contact | 78% | 699 | 29% | 81 |
| • Use of Physical Restraint/Force | 53% | 473 | 8% | 21 |
| • Negative Verbal Police Encounters | 61% | 547 | 15% | 41 |
| • Sexual Police Encounters | 16% | 140 | 5% | 13 |
| • Unhelpful Police Encounters | 15% | 139 | 27% | 18 |
| • I approached the police for help and was not satisfied with the encounter | 9% | 77 | 1% | 4 |
| • I called the police for help and was not satisfied with the encounter | 4% | 38 | 2% | 5 |
| • The police interfered, stopped me, or harassed me while I was participating in activities I like to do in the neighborhood | 54% | 489 | 12% | 33 |

Use of physical restraint/force in 2016 by gender and sexual orientation**

| | | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|---|
| | | % | N | % | N |
| Use of Physical Restraint/Force | | | | | |
| | • Men | 63% | 330 | 10% | 12 |
| | • Women | 35% | 122 | 5% | 8 |
| | • Trans | * | * | * | * |
| | • Straight | 52% | 369 | 6% | 15 |
| | • LGBQ+ | 58% | 53 | 11% | 4 |
| Restraint with Handcuffs | | | | | |
| | • Men | 42% | 221 | 3% | 4 |
| | • Women | 18% | 64 | 1% | 2 |
| | • Trans | * | * | * | * |
| | • Straight | 34% | 242 | 2% | 4 |
| | • LGBQ+ | 31% | 28 | 5% | 2 |
| Physical Violence | | | | | |
| | • Men | 51% | 265 | 6% | 7 |
| | • Women | 25% | 86 | 3% | 4 |
| | • Trans | * | * | * | * |
| | • Straight | 40% | 287 | 4% | 9 |
| | • LGBQ+ | 44% | 40 | 5% | 2 |
| Threat of Gun | | | | | |

| | | % | N | % | N |
|---|---|---|---|---|---|
| | • Men | 25% | 133 | 3% | 3 |
| | • Women | 10% | 35 | 1% | 2 |
| | • Trans | * | * | * | * |
| | • Straight | 20% | 144 | 1% | 3 |
| | • LGBQ+ | 15% | 14 | 3% | 1 |
| Physical Injury | | | | | |
| | • Men | 22% | 114 | 3% | 3 |
| | • Women | 12% | 42 | 1% | 1 |
| | • Trans | * | * | * | * |
| | • Straight | 18% | 126 | 1% | 2 |
| | • LGBQ+ | 21% | 19 | 5% | 2 |

*The sample size is too low for analysis
**It is important here to interpret gender and sexual orientation through race. In HPCs, almost everyone identified as a person of color and in LPCs, the majority were white.

## Negative verbal police encounters in 2016 by gender and sexual orientation**

| | | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|---|
| | | % | N | % | N |
| Negative Verbal Police Encounters | | | | | |
| | • Men | 68% | 357 | 16% | 19 |
| | • Women | 49% | 170 | 13% | 20 |
| | • Trans | * | * | * | * |
| | • Straight | 61% | 431 | 14% | 32 |
| | • LGBQ+ | 62% | 56 | 24% | 9 |
| | | | | | |
| Verbal Disrespect | | | | | |
| | • Men | 38% | 197 | 7% | 8 |
| | • Women | 27% | 92 | 8% | 12 |
| | • Trans | * | * | * | * |
| | • Straight | 34% | 240 | 6% | 14 |
| | • LGBQ+ | 31% | 28 | 18% | 7 |
| Threatening Language | | | | | |
| | • Men | 60% | 314 | 8% | 9 |
| | • Women | 38% | 130 | 5% | 8 |
| | • Trans | * | * | * | * |
| | • Straight | 51% | 362 | 6% | 15 |
| | • LGBQ+ | 55% | 50 | 8% | 3 |
| Aggressive Language | | | | | |
| | • Men | 44% | 230 | 5% | 6 |
| | • Women | 26% | 90 | 6% | 9 |
| | • Trans | * | * | * | * |
| | • Straight | 38% | 266 | 5% | 11 |
| | • LGBQ+ | 37% | 34 | 16% | 6 |
| Derogatory Comments | | | | | |
| | • Men | 26% | 134 | 0% | 0 |
| | • Women | 15% | 51 | 1% | 2 |
| | • Trans | * | * | * | * |
| | • Straight | 22% | 153 | .4% | 1 |
| | • LGBQ+ | 17% | 15 | 3% | 1 |

*The sample size is too low for analysis
**It is important here to interpret gender and sexual orientation through race. In HPCs, almost everyone identified as a person of color and in LPCs, the majority were white.

## Sexual police encounters in 2016 by gender and sexual orientation**

|  |  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|---|
|  |  | % | N | % | N |
| Sexual Police Encounters | | | | | |
|  | • Men | 14% | 75 | 3% | 3 |
|  | • Women | 15% | 52 | 6% | 9 |
|  | • Trans | * | * | * | * |
|  | • Straight | 12% | 87 | 4% | 9 |
|  | • LGBQ+ | 28% | 25 | 11% | 4 |
| Sexual Attention | | | | | |
|  | • Men | 13% | 66 | 3% | 3 |
|  | • Women | 13% | 46 | 6% | 9 |
|  | • Trans | * | * | * | * |
|  | • Straight | 11% | 75 | 4% | 9 |
|  | • LGBQ+ | 24% | 22 | 11% | 4 |
| Sexual Touch | | | | | |
|  | • Men | 4% | 22 | 0% | 0 |
|  | • Women | 5% | 17 | 1% | 1 |
|  | • Trans | * | * | * | * |
|  | • Straight | 4% | 31 | 0% | 0 |
|  | • LGBQ+ | 6% | 5 | 3% | 1 |

*The sample size is too low for analysis
**It is important here to interpret gender and sexual orientation through race. In HPCs, almost everyone identified as a person of color and in LPCs, the majority were white.

Sought police for help in 2016 and was not helped (unhelpful police encounters) by gender and sexual orientation**

|  |  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|---|
|  |  | % | N | % | N |
| Unhelpful Police Encounters in 2016 | | | | | |
|  | • Men | 53% | 81 | 12% | 4 |
|  | • Women | 42% | 57 | 38% | 13 |
|  | • Trans | * | * | * | * |
|  | • Straight | 46% | 106 | 20% | 11 |
|  | • LGBQ+ | 62% | 24 | 64% | 7 |

*The sample size is too low for analysis
**It is important here to interpret gender and sexual orientation through race. In HPCs, almost everyone identified as a person of color and in LPCs, the majority were white.

I relive my negative experiences with police when I see them by gender and sexual orientation**

|  |  | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|---|
|  |  | % | N | % | N |
| I relive my negative experiences with police when I see them. | | | | | |
|  | • Men | 11% | 57 | 2% | 2 |
|  | • Women | 10% | 36 | 3% | 4 |
|  | • Trans | * | * | * | * |
|  | • Straight | 9% | 67 | 2% | 5 |
|  | • LGBQ+ | 19% | 17 | 3% | 1 |

*the sample size is too low for analysis
**It is important here to interpret gender and sexual orientation through race. In HPCs, almost everyone identified as a person of color and in LPCs, the majority were white.

Did you have at least one positive police encounter in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| **Protected in Emergency/Dangerous Situation** | 23% | 204 | 13% | 36 |
| • An officer responded and helped in an emergency | 19% | 169 | 11% | 31 |
| • An officer protected me from a dangerous situation | 10% | 91 | 3% | 8 |
| **Shown Respect/Courtesy** | 54% | 490 | 48% | 135 |
| • An officer showed me respect | 38% | 341 | 36% | 100 |
| • I had a nice conversation with police | 25% | 223 | 22% | 63 |
| • An officer did something nice for me) | 12% | 111 | 15% | 41 |
| • Anyone who answered with absolutely/mostly yes in *approached* police and 'were the police respectful.' | 9% | 82 | 12% | 34 |
| • Anyone who answered with absolutely/mostly yes in *called* police and 'were the police respectful.' | 9% | 83 | 12% | 33 |
| **Positive police encounter in 2016** | 66% | 594 | 73% | 206 |
| • Anyone who answered with absolutely/mostly yes in *approached* for 'were you satisfied with the encounter you had with police' | 7% | 67 | 13% | 37 |
| • Anyone who answered with absolutely/mostly yes in *called* for 'were you satisfied with the encounter you had with police' | 7% | 61 | 11% | 30 |
| • Helped/Protected by Police (in total) | 49% | 440 | 45% | 126 |
| • Shown Respect/Courtesy (in total) | 54% | 490 | 48% | 126 |

Were you helped by police in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| **Helpful Police Encounters** | 49% | 440 | 45% | 126 |
| • An officer assisted me with directions | 36% | 322 | 33% | 93 |
| • An officer responded and helped in an emergency | 19% | 169 | 11% | 31 |
| • An officer protected me from a dangerous situation | 10% | 91 | 3% | 8 |
| • Approached the police for help and said *mostly or absolutely yes* to the statement "were the police helpful?" | 9% | 81 | 15% | 41 |
| • Approached the police for help and said *mostly or absolutely yes* to the statement "Did the situation improve because of police?" | 7% | 62 | 11% | 30 |
| • Called the police for help and said *mostly or absolutely yes* to the statement "were the police helpful?" | 8% | 72 | 11% | 30 |
| • Called the police for help and said *mostly or absolutely yes* to the statement "Did the situation improve because of police?" | 6% | 58 | 10% | 27 |

# Section: The Tale is Told

Did you feel scared, unsafe, uncomfortable, nervous or annoyed at least occasionally in 2016 when seeing police officers and other forms of NYPD surveillance?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Scared | 64% | 574 | 29% | 80 |

| | | | | |
|---|---|---|---|---|
| • Unsafe | 71% | 638 | 46% | 128 |
| • Uncomfortable | 72% | 647 | 44% | 124 |
| • Nervous | 74% | 664 | 44% | 124 |
| • Annoyed | 79% | 708 | 37% | 104 |

Did you feel mostly emotionally negative or positive in 2016 when seeing police officers and other forms of NYPD surveillance?

| Heavily Policed Communities | | | | |
|---|---|---|---|---|
| | Negative | Middle | Positive | |
| • Scared | 20% (175) | 38% (338) | 30% (264) | • Not Scared |
| • Unsafe | 24% (213) | 45% (399) | 20% (180) | • Safe |
| • Nervous | 25% (219) | 37% (329) | 25% (221) | • Not Nervous |
| • Uncomfortable | 34% (304) | 39% (349) | 17% (151) | • Comfortable |
| • Annoyed | 39% (349) | 29% (257) | 19% (171) | • Not Annoyed |

| Lightly Policed Communities | | | | |
|---|---|---|---|---|
| | Negative | Middle | Positive | |
| • Scared | 2% (6) | 32% (89) | 56% (157) | • Not Scared |
| • Unsafe | 5% (15) | 42% (116) | 44% (122) | • Safe |
| • Nervous | 7% (18) | 32% (90) | 48% (133) | • Not Nervous |
| • Uncomfortable | 14% (38) | 41% (113) | 33% (91) | • Comfortable |
| • Annoyed | 5% (15) | 28% (77) | 56% (157) | • Not Annoyed |

What do you think about the police IN YOUR NEIGHBORHOOD?

| Heavily Policed Communities | | | | |
|---|---|---|---|---|
| | Negative | Middle | Positive | |
| • Mostly Discriminatory | 41% (360) | 37% (327) | 15% (137) | • Mostly Nondiscriminatory |
| • Mostly Irresponsible | 51% (450) | 34% (299) | 9% (77) | • Mostly Responsible |
| • Mostly Ineffective | 42% (371) | 34% (304) | 13% (114) | • Mostly Effective |
| • Mostly Harmful | 54% (480) | 27% (243) | 10% (89) | • Mostly Beneficial |

| Mostly Discriminatory | | | | Mostly Nondiscriminatory |
|---|---|---|---|---|
| • The police discriminate against people because of their race/ethnicity | 58% (522) | 29% (256) | 13% (118) | • The police do not discriminate against people because of their race/ethnicity |
| • The police discriminate against people because of their religion | 40% (355) | 40% (359) | 20% (181) | • The police do not discriminate against people because of their religion |
| • The police discriminate against people because of their sexuality | 37% (328) | 42% (373) | 21% (191) | • The police do not discriminate against people because of their sexuality |

| | | | | |
|---|---|---|---|---|
| • The police discriminate against people because of their gender | 44% (392) | 38% (338) | 18% (162) | • The police do not discriminate against people because of their gender |
| • The police discriminate against immigrants | 40% (357) | 43% (381) | 17% (153) | • The police do not discriminate against immigrants |

| Mostly Irresponsible | | | | Mostly Responsible |
|---|---|---|---|---|
| • They are untrustworthy | 55% (489) | 32% (284) | 14% (121) | • They are trustworthy |
| • They are dishonest | 52% (462) | 35% (316) | 13% (117) | • They are honest |
| • The police are poor role models for youth | 45% (405) | 39% (348) | 16% (140) | • The police are great role models for youth |
| • The police are generally corrupt | 48% (424) | 39% (351) | 13% (118) | • The police are generally principled |
| • The police commonly break the laws/rules | 54% (483) | 32% (288) | 14% (126) | • The police commonly do not break the laws/rules |

| Mostly Ineffective | | | | Mostly Effective |
|---|---|---|---|---|
| • I feel unprotected when the police are around | 35% (314) | 35% (308) | 30% (272) | • I feel protected when the police are around |
| • I am dissatisfied with the police's job | 51% (453) | 35% (309) | 15% (132) | • I am satisfied with the police's job |
| • The police generally make things worse | 47% (423) | 38% (335) | 15% (134) | • The police generally make things better |
| • The police are generally bad at solving crimes | 43% (382) | 41% (362) | 17% (148) | • The police are generally good at solving crimes |
| • The police are generally unhelpful | 37% (332) | 42% (372) | 21% (190) | • The police are generally helpful |

| Mostly Harmful | | | | Mostly Beneficial |
|---|---|---|---|---|
| • They are unfair | 54% (485) | 33% (298) | 13% (115) | • They are fair |
| • They abuse power | 65% (577) | 22% (196) | 14% (121) | • They use power wisely |
| • The create problems | 50% (450) | 34% (306) | 16% (139) | • They prevent problems |
| • The police are disrespectful | 56% (498) | 30% (268) | 14% (129) | • The police are respectful |
| • The police have a negative impact on my life | 44% (389) | 40% (361) | 16% (145) | • The police have a positive impact on my life |

| Lightly Policed Communities | | | | |
|---|---|---|---|---|
| | Negative | Middle | Positive | |
| • Mostly Discriminatory | 17% (47) | 35% (99) | 42% (118) | • Mostly Nondiscriminatory |
| • Mostly Irresponsible | 11% (30) | 31% (87) | 53% (149) | • Mostly Responsible |
| • Mostly Ineffective | 9% (24) | 34% (96) | 51% (143) | • Mostly Effective |
| • Mostly Harmful | 11% (31) | 32% (90) | 52% (145) | • Mostly Beneficial |

| Mostly Discriminatory | | | | Mostly Nondiscriminatory |
|---|---|---|---|---|
| • The police discriminate against people because of their race/ethnicity | 26% (74) | 38% (108) | 35% (99) | • The police do not discriminate against people because of their race/ethnicity |

| | | | | | |
|---|---|---|---|---|---|
| • The police discriminate against people because of their religion | 16% (46) | 38% (107) | 46% (128) | • | The police do not discriminate against people because of their religion |
| • The police discriminate against people because of their sexuality | 17% (48) | 38% (108) | 45% (125) | • | The police do not discriminate against people because of their sexuality |
| • The police discriminate against people because of their gender | 17% (47) | 38% (108) | 45% (126) | • | The police do not discriminate against people because of their gender |
| • The police discriminate against immigrants | 25% (69) | 37% (103) | 39% (109) | • | The police do not discriminate against immigrants |

| Mostly Irresponsible | | | | Mostly Responsible |
|---|---|---|---|---|
| • They are untrustworthy | 11% (31) | 30% (85) | 59% (165) | • They are trustworthy |
| • They are dishonest | 12% (33) | 35% (99) | 53% (149) | • They are honest |
| • The police are poor role models for youth | 14% (38) | 40% (111) | 47% (132) | • The police are great role models for youth |
| • The police are generally corrupt | 16% (45) | 33% (93) | 51% (143) | • The police are generally principled |
| • The police commonly break the laws/rules | 19% (52) | 36% (100) | 46% (129) | • The police commonly do not break the laws/rules |

| Mostly Ineffective | | | | Mostly Effective |
|---|---|---|---|---|
| • I feel unprotected when the police are around | 29% (80) | 27% (77) | 44% (124) | • I feel protected when the police are around |
| • I am dissatisfied with the police's job | 13% (37) | 35% (99) | 52% (145) | • I am satisfied with the police's job |
| • The police generally make things worse | 11% (31) | 38% (106) | 51% (144) | • The police generally make things better |
| • The police are generally bad at solving crimes | 11% (30) | 39% (110) | 50% (141) | • The police are generally good at solving crimes |
| • The police are generally unhelpful | 12% (33) | 34% (95) | 54% (153) | • The police are generally helpful |

| Mostly Harmful | | | | Mostly Beneficial |
|---|---|---|---|---|
| • They are unfair | 9% (26) | 33% (93) | 58% (162) | • They are fair |
| • They abuse power | 22% (61) | 34% (95) | 45% (125) | • They use power wisely |
| • The create problems | 12% (33) | 31% (87) | 57% (161) | • They prevent problems |
| • The police are disrespectful | 16% (46) | 34% (95) | 50% (140) | • The police are respectful |
| • The police have a negative impact on my life | 6% (18) | 45% (127) | 48% (136) | • The police have a positive impact on my life |

Overall, how would you grade the NYPD in last year (2016)?

| Grade | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| A | 6% | 50 | 34% | 96 |
| B | 11% | 97 | 43% | 121 |
| C | 26% | 234 | 16% | 44 |
| D | 23% | 205 | 5% | 14 |
| F | 35% | 314 | 2% | 6 |

In what ways (if any) have your attitude towards police changed since you were younger?

| When I was younger, my attitude towards police were generally: | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Positive | 39% | 351 | 59% | 166 |
| • Neutral | 37% | 336 | 31% | 87 |
| • Negative | 16% | 144 | 6% | 16 |
| • Not sure | 8% | 69 | 4% | 12 |

| Not that I am older, my attitude towards police is generally: | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Positive | 10% | 89 | 32% | 89 |
| • Neutral | 34% | 307 | 44% | 123 |
| • Negative | 44% | 400 | 19% | 52 |
| • Not sure | 12% | 104 | 6% | 17 |

| How has your attitude towards police changed since you were younger? | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Stayed positive or changed for the better | 17% | 149 | 33% | 94 |
| • Changed for the better | 11% | 100 | 8% | 23 |
| • No change, stayed positive | 5% | 49 | 25% | 71 |
| Stayed negative or changed for the worse | 60% | 541 | 43% | 120 |
| • Changed for the worse | 53% | 474 | 40% | 113 |
| • No change, stayed negative | 7% | 67 | 3% | 7 |

Since January 2016, how many times have you personally approached the police (e.g. on the street, in your building) because you needed help?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Since January 2016, how many times have you personally approached the police (e.g. on the street, in your building) because you needed help? | | | | |
| • Never | 60% | 537 | 75% | 212 |
| • Once | 4% | 40 | 8% | 21 |
| • More than once | 18% | 159 | 9% | 24 |
| • Not sure | 18% | 164 | 9% | 24 |
| This about the last time you personally approached the police for help and answer the following questions: | | | | |
| Were the police helpful? | | | | |
| • Yes | 41% | 81 | 91% | 41 |
| • Equal parts yes and no | 29% | 58 | 2% | 1 |
| • No | 28% | 55 | 7% | 3 |
| • Not sure | 3% | 5 | 0% | 0 |
| Did the situation improve because of police? | | | | |
| • Yes | 31% | 61 | 67% | 30 |
| • Equal parts yes and no | 27% | 54 | 22% | 10 |
| • No | 38% | 75 | 11% | 5 |
| • Not sure | 5% | 9 | 0% | 0 |
| Were the police respectful? | | | | |

| | % | N | % | N |
|---|---|---|---|---|
| • Yes | 41% | 82 | 76% | 34 |
| • Equal parts yes and no | 27% | 54 | 9% | 4 |
| • No | 28% | 55 | 13% | 6 |
| • Not sure | 4% | 8 | 2% | 1 |
| Were you satisfied with the encounter you had with police? | | | | |
| • Yes | 34% | 67 | 82% | 37 |
| • Equal parts yes and no | 26% | 51 | 7% | 3 |
| • No | 37% | 73 | 9% | 4 |
| • Not sure | 4% | 8 | 2% | 1 |

Since January 2016, how many times have you called the police (e.g. 911, precinct phone number) because you needed help?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Since January 2016, how many times have you called the police (e.g. 911, precinct phone number) because you needed help? | | | | |
| • Never | 63% | 569 | 76% | 214 |
| • Once | 7% | 59 | 11% | 31 |
| • More than once | 13% | 115 | 7% | 20 |
| • Not sure | 17% | 157 | 6% | 16 |
| This about the last time you called the police for help since January 2016 and answer the following questions: | | | | |
| Did the police show up? | | | | |
| • Yes | 81% | 140 | 80% | 41 |
| • No | 16% | 27 | 14% | 7 |
| • Not Sure | 4% | 7 | 6% | 3 |
| How many minutes did it take for them to arrive? | | | | |
| • Less than 15 minutes | 31% | 43 | 63% | 26 |
| • Between 16-30 minutes | 41% | 56 | 29% | 12 |
| • Over 30 minutes | 28% | 39 | 7% | 3 |
| Were the police helpful? | | | | |
| • Yes | 51% | 71 | 73% | 30 |
| • Equal parts yes and no | 28% | 39 | 10% | 4 |
| • No | 21% | 29 | 17% | 7 |
| • Not sure | 1% | 1 | 0% | 0 |
| Did the situation improve because of police? | | | | |
| • Yes | 41% | 58 | 66% | 27 |
| • Equal parts yes and no | 24% | 34 | 15% | 6 |
| • No | 31% | 44 | 20% | 8 |
| • Not sure | 3% | 4 | 0% | 0 |
| Were the police respectful? | | | | |
| • Yes | 59% | 82 | 81% | 33 |
| • Equal parts yes and no | 28% | 39 | 10% | 4 |
| • No | 12% | 17 | 10% | 4 |
| • Not sure | 1% | 2 | 0% | 0 |
| Were you satisfied with the encounter you had with police? | | | | |
| • Yes | 43% | 60 | 73% | 30 |
| • Equal parts yes and no | 26% | 37 | 15% | 6 |
| • No | 26% | 37 | 12% | 5 |
| • Not sure | 4% | 6 | 0% | 0 |

Did you call and/or approach the police for help at least once in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Did you call/approach the police for help in 2016? | 48% | 436 | 33% | 92 |
| • How many times have you personally approached the police because you needed | 22% | 199 | 16% | 45 |
| • How many times have you called the police because you needed help | 19% | 174 | 18% | 51 |
| • You initiated contact with police for help on the subway | 9% | 78 | 3% | 7 |
| • You initiated contact with police for help the bus | 7% | 66 | 1% | 3 |
| • You initiated contact with police for help in or immediately outside your building | 13% | 120 | 3% | 9 |
| • You initiated contact with police for help in public park | 12% | 108 | 4% | 11 |
| • I looked to police when I had a problem | 12% | 107 | 14% | 40 |

Check all the reasons why you called or approached the police since January 2016?*

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| • Reporting a crime I witnessed | 22% | 96 | 20% | 18 |
| • Reporting a crime committed against me | 23% | 101 | 12% | 11 |
| • Reporting neighborhood violence I witnessed | 18% | 79 | 9% | 8 |
| • Reporting neighborhood violence that I personally experienced | 16% | 70 | 5% | 5 |
| • Reporting suspicious activity | 18% | 79 | 13% | 12 |
| • Reporting a suspicious package | 12% | 54 | 3% | 3 |
| • Reporting what I perceived to be disruptive behavior | 14% | 61 | 7% | 6 |
| • Reported drug activity | 15% | 64 | 5% | 5 |
| • Reported gang violence | 17% | 73 | 0% | 0 |
| • Reported gun violence or gun possession | 16% | 69 | 2% | 2 |
| • Reported a medical emergency for someone else | 41% | 179 | 25% | 23 |
| • Reported a medical emergency for me | 24% | 105 | 12% | 11 |
| • Reported a dispute I was having with someone outside my home | 15% | 67 | 8% | 7 |
| • Reported a dispute I was having with someone inside my home | 15% | 67 | 2% | 2 |
| • Reported a traffic accident | 20% | 85 | 26% | 24 |
| • Other (explain) | 7% | 31 | 4% | 4 |
| • Other (explain) | 5% | 21 | 1% | 1 |
| • Not sure | 14% | 63 | 3% | 3 |

*The denominators are those who called and/or approached the police in 2016 (HPC = 436 and LPC = 92)

In what ways do the following statements represent how you feel about contacting the police?

| | | Agree | Neither Agree Nor Disagree | Disagree | Not Sure | |
|---|---|---|---|---|---|---|
| Contacting the police for help usually makes the issue worse | HPC | 46% (416) | 28% (256) | 17% (151) | 9% (77) | -- |
| | LPC | 16% (45) | 32% (90) | 51% (142) | 1% (4) | -- |
| | | 61% (545) | 20% (177) | 12% (109) | 8% (69) | |

| | | I would NEVER contact the police for help | I would only call the police for help in very serious situations | I would call the police for help in some situations | I would call the police for help in most situations | Not Sure |
|---|---|---|---|---|---|---|
| In serious situations, I wish there was a place to get help OTHER than police | HPC | | | | | -- |
| | LPC | 36% (101) | 25% (69) | 35% (98) | 5% (13) | -- |

| | | I would NEVER contact the police for help | I would only call the police for help in very serious situations | I would call the police for help in some situations | I would call the police for help in most situations | Not Sure |
|---|---|---|---|---|---|---|
| Choose a statement that best represents how you feel about contacting the police when you need them for help? | HPC | 26% (234) | 52% (466) | 11% (98) | 5% (44) | 6% (58) |
| | LPC | 5% (15) | 36% (101) | 22% (63) | 34% (96) | 2% (6) |

| | | Unsatisfied | Neither Unsatisfied Nor Satisfied | Satisfied | | |
|---|---|---|---|---|---|---|
| In general, how satisfied are you with the police response to calls for help in your neighborhood? | HPC | 60% (538) | 22% (196) | 18% (166) | -- | -- |
| | LPC | 9% (24) | 26% (74) | 65% (183) | -- | -- |

When considering the NYPD this last year, are you <u>VERY</u> concerned about the following?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Very concerned about safety to self | 76% | 687 | 18% | 50 |
| • Being killed by the police | 64% | 575 | 10% | 29 |
| • Being physically injured by police | 60% | 536 | 9% | 25 |
| • Being disrespected by police | 59% | 530 | 11% | 31 |
| • Being sexually assaulted by police | 43% | 384 | 6% | 17 |
| Very concerned about safety to friends and family | 78% | 703 | 24% | 66 |
| • Having a friend or family member killed by the police | 67% | 606 | 15% | 41 |
| • Having a friend or family member be physically injured by police | 65% | 588 | 14% | 40 |
| • Having a friend or family member disrespected by police | 62% | 559 | 18% | 50 |
| • Having a friend or family member sexually assaulted by police | 48% | 435 | 9% | 24 |
| Other | | | | |
| • Police corruption | 58% | 520 | 20% | 57 |

Have you actively avoided police surveillance in 2016?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Actively avoided police surveillance in 2016 | 85% | 768 | 33% | 92 |
| • Tended to Personal Belongings | 46% | 416 | 7% | 19 |
| • Managed Self-Presentation | 44% | 398 | 12% | 34 |
| • Rearranged Relationships | 40% | 356 | 8% | 21 |
| • Changed Travel | 54% | 486 | 11% | 31 |
| • Avoided Public Space | 63% | 569 | 14% | 38 |
| I have not done anything to avoid police | 11% | 102 | 65% | 183 |

Which of these have you done at least once in the last year to avoid contact with police?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Tended to Personal Belongings | 46% | 416 | 7% | 19 |
| • I decided not to carry condoms because I was afraid they might get me in trouble with the police. | 9% | 79 | 3% | 7 |
| • Before I went outside, I made sure I was not carrying anything the police could stop me for. | 42% | 377 | 5% | 15 |
| Managed Self-Presentation | 44% | 398 | 12% | 34 |
| • I changed the way I dressed to avoid the way police might look at me. | 22% | 200 | 4% | 10 |
| • I changed my demeanor (the way I acted) to avoid being targeted. | 36% | 327 | 11% | 30 |
| Rearranged Relationships | 40% | 356 | 8% | 21 |
| • I chose not to visit friends and/or family to avoid the police. | 22% | 195 | 3% | 8 |
| • I changed the way I used social media because I thought the police might be watching. | 28% | 251 | 5% | 14 |
| Changed Travel | 54% | 486 | 11% | 31 |
| • I changed the route I took to avoid police. | 49% | 442 | 11% | 30 |
| • I stopped using the subway or bus because of police. | 13% | 129 | 1% | 3 |
| Avoided Public Space | 63% | 569 | 14% | 38 |
| • I avoided going out at certain times because of police. | 38% | 340 | 7% | 20 |
| • I spent less time in public spaces. | 37% | 337 | 5% | 13 |
| • I stayed somewhere else to avoid police. | 26% | 231 | 6% | 16 |

Activity avoided police surveillance in 2016 comparing respondents who identified as Black and/or Latinx and white**

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Actively avoided police surveillance in 2016 | | | | |
| • Black and/or Latinx | 86% | 691 | 49% | 25 |
| • White | * | * | 28% | 51 |
| Tended to Personal Belongings | | | | |
| • Black and/or Latinx | 47% | 375 | 12% | 6 |
| • White | * | * | 6% | 10 |
| Managed Self-Presentation | | | | |
| • Black and/or Latinx | 45% | 363 | 14% | 7 |
| • White | * | * | 12% | 21 |
| Rearranged Relationships | | | | |
| • Black and/or Latinx | 40% | 318 | 6% | 3 |
| • White | * | * | 8% | 14 |
| Changed Travel | | | | |
| • Black and/or Latinx | 54% | 438 | 20% | 10 |
| • White | * | * | 9% | 16 |
| Avoided Public Space | | | | |
| • Black and/or Latinx | 64% | 515 | 26% | 13 |
| • White | * | * | 12% | 22 |
| I avoided police at all costs | | | | |
| • Black and/or Latinx | 43% | 343 | 20% | 10 |
| • White | * | * | 5% | 9 |

*The sample size is too low for analysis
**This includes those who identified as Black and/or Latinx as well as Black or Latinx in combination with other racial categories

What THREE activities do you like to do in the neighborhood?

| Common Activity Themes | Written Examples of the Activity Themes |
|---|---|
| • Playing Sports | "basketball," "soccer," "playing sports," "playing ball," "baseball," "football," "softball," "tennis," "soccer," "handball," "track and field," "boxing," "ball" |
| • Exercising | "gym," "jogging," "dance group," "work out" "riding my bike" "jogging" "running," "swim" "training" "Zumba" "skateboarding |
| • Going Out | "live events," "movies," "restaurants" "going out to eat" "going to dinner with my husband" "clubbing," "date" "entertainment," "attend workshops" |
| • Hanging Out | "house parties," "block parties," "cookouts," "picnics," "street corner" "having parties," "hang with family," "play pool at community center," "have barbeques" |
| • Shopping | "Going shopping," "Going to store," "walking to the store," "food shopping," "shopping," "store run," "grocery shopping, "shop local businesses" |
| • Going to the Park | "Walk in the park," "hanging out in the park," "sitting in parks," "chillin in the park," "spending time in the park with friends," "play in the park" |
| • Walking Around | "taking a stroll," "walking the dog," "take a walk," "walking with friends," "walking around the neighborhood," "go out for a walk" |
| • Attending Church | "Attending church," "church," "going to the mosque," "attend church" |
| • Being Outside | "standing around talking in front of my building," "sitting on a bench," "riding bike," "chillin at the store front," "getting some air,"  "playing around outside" |
| • Being with Friends & Family | "playing rope with the young kids," "hang with friends," "family time," play with grandkids," "sit outside with friends watching children play in park" |

In the last year, have the police ever bother you, interfered, stopped you, or harassed you while you were participating in this activity?

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| **Interrupted while doing at least one of the listed activities** | | | | |
| • Yes | 62% | 489 | 14% | 33 |
| • No | 32% | 255 | 81% | 192 |
| • Not sure | 6% | 49 | 5% | 11 |
| **Interrupted while doing more than one of the listed activities** | 45% | 358 | 5% | 12 |
| • Playing Sports | 41% | 142 | 10% | 5 |
| • Exercising | 39% | 28 | 2% | 1 |
| • Going Out | 26% | 35 | 4% | 4 |
| • Hanging Out | 62% | 199 | 8% | 5 |
| • Shopping | 53% | 43 | 2% | 1 |
| • Going to the Park | 45% | 89 | 12% | 11 |
| • Walking Around | 65% | 110 | 2% | 2 |
| • Attending Church | 13% | 10 | 5% | 1 |
| • Being Outside | 66% | 160 | 3% | 3 |
| • Being with Friends/Family | 68% | 166 | 3% | 2 |

# Section: The Two Faces of the NYPD

NYPD DATA: Total stops (Level 3 police encounters) from 2003-2017 under two mayors

| | Police Stops | Mayor |
|---|---|---|
| | N | |
| • 2003 | 160,851 | Bloomberg |
| • 2004 | 313,523 | Bloomberg |
| • 2005 | 398,191 | Bloomberg |
| • 2006 | 506,491 | Bloomberg |

| | | |
|---|---|---|
| • 2007 | 472,096 | Bloomberg |
| • 2008 | 540,302 | Bloomberg |
| • 2009 | 581,168 | Bloomberg |
| • 2010 | 601,285 | Bloomberg |
| • 2011 | 685,724 | Bloomberg |
| % increase since 2003 | +77% | Stops increased 77% from 2003 under Bloomberg |
| • 2012 | 532,911 | Bloomberg |
| • 2013 | 191,851 | Bloomberg |
| % drop from 2011 | -72% | Stops decreased 72% from its peak under Bloomberg |
| • 2014 | 45,787 | de Blasio |
| • 2015 | 22,565 | de Blasio |
| • 2016 | 12,404 | de Blasio |
| • 2017 | 10,861 | de Blasio |
| % drop from 2011 | -98% | Stops decreased an additional 26% from its peak under de Blasio |

Undocumented police-initiated contact in 2016: The percentage of respondents who reported police contact that was unlikely officially recorded by the NYPD

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | % | N | % | N |
| Did you experience at least one police initiated contact in 2016 that would likely go undocumented by the NYPD? | 53% | 477 | 16% | 44 |
| • Level 1 police encounter | 25% | 228 | 9% | 26 |
| • Level 2 police encounter | 18% | 158 | 1% | 4 |
| • An officer told you to move | 33% | 300 | 9% | 26 |
| • Asked permission before search | 18% | 158 | 1% | 4 |

Do you believe you had a Level 1, 2, and/or Level 3 police encounter in 2016?

| Heavily Policed Communities (N=900) | | Lightly Policed Communities (N=281) |
|---|---|---|
| **41%** reported **NOT** experiencing a level 1, 2 and/or 3 police encounter in 2016 (N=369) | No | **85%** reported **NOT** experiencing a level 1, 2 and/or 3 police encounter in 2016 (N=239) |
| **36%** reported experiencing a level 1, 2 and/or Level 3 police encounter in 2016 (N=326) | Yes | **10%** reported experiencing a level 1, 2 and/or Level 3 police encounter in 2016 (N=29) |
| **23%** reported they were unsure how to categorize at least one of their police encounters (N=205) | Not Sure | **5%** reported they were unsure how to categorize at least one of their police encounters (N=13) |

| Of the 326 people who reported experiencing a level 1-3 (36%) in **heavily policed communities** | | Of the 29 people who reported experiencing a level 1-3 (10%) in **lightly policed communities** |
|---|---|---|

| | | |
|---|---|---|
| **46%** reported at least one level 3 police encounter (N=151) | **How many reported at least one Level 3 police encounter?** | 14% reported at least one level 3 police encounter (N=4) |
| **52%** of men and **33%** of women (too few trans–identified) reported at least one level 3 police encounter | **Were the percentages different by gender identity?** | **21%** of men and **0%** of women (too few trans–identified) reported at least one level 3 police encounter |
| 80% reported experiencing at least one level 3 stop **AND ALSO** at least one level 1 and/or level 2 police encounter (N=121) | **Of those who reported at least one level 3 encounter, how many also reported a level 1 and/or level 2 police encounter?** | 50% reported experiencing at least one level 3 stop **AND ALSO** at least one level 1 and/or level 2 police encounter (N=2) |

| | | |
|---|---|---|
| Of the 326 people who reported experiencing a level 1-3 (36%) in **heavily policed communities** | | Of the 29 people who reported experiencing a level 1-3 (10%) in **lightly policed communities** |
| **54%** reported experiencing **ONLY** a level 1 and/or level 2 police encounter (no level 3) (N=175) | **How many reported ONLY a level 1 and/or level 2 police encounter (no level 3)** | 86% reported experiencing **ONLY** a level 1 and/or level 2 police encounter (no level 3) (N=25) |
| **48%** of men and **67%** of women (too few trans-identified) reported experiencing **ONLY** a level 1 and/or level 2 police encounter. | **Were the percentages different by gender identity?** | **79%** of men and **100%** of women (too few trans-identified) reported experiencing **ONLY** a level 1 and/or level 2 police encounter. |

| | | |
|---|---|---|
| Of the 326 people who reported experiencing a level 1-3 (36%) in **heavily policed communities** | | Of the 29 people who reported experiencing a level 1-3 (10%) in **lightly policed communities** |
| **91%** reported experiencing at least one level 1 and/or level 2 police encounter (N=296) | **How many reported at least one level 1 and/or level 2 police encounter?** | 93% reported experiencing at least one level 1 and/or level 2 police encounter (N=27) |
| **90%** of men and **93%** of women (too few trans-identified) reported experiencing at least one level 1 and/or level 2 police encounter. | **Were the percentages different by gender identity?** | **89%** of men and **100%** of women (too few trans-identified) reported experiencing at least one level 1 and/or level 2 police encounter. |

The total reported police-initiated incidents in 2016*

| | Heavily Policed Communities | | Lightly Policed Communities | |
|---|---|---|---|---|
| | ** | *** | ** | *** |
| • Level 1 police encounter | 594 | 926 | 45 | 45 |
| • Level 2 police encounter | 348 | 512 | 5 | 5 |
| • Level 3 police encounter | 325 | 517 | 4 | 4 |
| • An officer told you to move | 980 | 1,577 | 46 | 46 |
| • Pulled over while driving or a passenger | 340 | 452 | 36 | 36 |
| • Plain-clothed officer initiated contact | 404 | 548 | 22 | 22 |
| • Frisked | 622 | 1,080 | 8 | 8 |
| • Asked permission before search | 247 | 342 | 1 | 1 |
| • Asked to empty belongings | 345 | 497 | 7 | 7 |
| • Probable cause search (did not ask) | 397 | 629 | 13 | 13 |

*These numbers represent the total incidents of police initiated contact in 2016 reported by respondents in our survey. The types of contact are not mutually

exclusive. In addition, the numbers do not include people who expressed they were "unsure" of a particular police encounter. People said they were unsure for a variety of reasons but two important reasons included finding it difficult to identify the level of their encounter and being unable to estimate an accurate quantity because there were too many incidents.

**In this column the numbers were produced by holding the assumption that people were less accurate in their estimation of incidents beyond 10. Thus, anyone who reported experiencing more than 10 incidents were assigned a 1. Thus, this is a more conservative estimate of total incidents.

***In this column the numbers were produced by holding he assumption that peoples' memory could be relatively accurate up to 25. Thus, anyone who said they experienced more than 25 were given a 1. Thus, this is a less conservative estimation.

The total reported and potential underreporting of Level 3 police encounters in 2016 comparing the NYPD data (as incidents of 14-40 year olds in 2016) and the equivalent survey data from respondents living in Brownsville, South Bronx and East Harlem*

| Police Contact | Data Source | Brownsville | S. Bronx | E. Harlem | Total** |
|---|---|---|---|---|---|
| Level 3 Stops | NYPD (# of incidents) | 72 | 322 | 347 | 741 |
| | Survey (# of incidents - lower range) | 84 | 81 | 160 | 325 |
| | Survey (# of incidents - higher range) | 224 | 92 | 201 | 517 |
| | Survey (# of people) | 52 | 39 | 60 | 151 |

*The estimated range represents the total incidents of level 3 contact in 2016 reported by survey respondents. We calculated the lower range by holding the assumption that people were less accurate in their estimation of incidents beyond 10. Thus, anyone who reported experiencing more than 10 incidents were assigned a 1. We calculated the higher range by holding the assumption that peoples' memory could be relatively accurate up to 25. Thus, anyone who said they experienced more than 25 were given a 1. The number of respondents who reported experiencing a level 3 stop (e.g., person not incident focused) can be found in the "Survey (# of people)" row. The NYPD data represent the number of level 3 incidents reported in the exact blocks we collected survey data from.

**According to the 2010 Census, there were around 85,000 residents between 14-40 years old living in the specific blocks of Brownsville, South Bronx and East Harlem that we studied.

NYPD DATA: 1990 and 2016 crime rates averaged across precincts associated with heavily and lightly police communities*

| | Heavily Policed Communities** | | Lightly Policed Communities** | |
|---|---|---|---|---|
| Major crimes in 1990 | 79 incidents per 1,000 | 26,922 incidents Ave. 5,384 per precinct | 83 incidents per 1,000 | 61,366 incidents Ave. 6,137 per precinct |
| Major crimes in 2016 | 19 incidents per 1,000 | 7,123 incidents Ave. 1,425 per precinct | 15 incidents per 1,000 | 12,466 incidents Ave. 1,247 per precinct |
| Drop in major crime from 1990 to 2016* | 76% | -- | 79% | -- |
| Violent crimes in 1990 | 40 incidents per 1,000 | 13,826 incidents Ave. 2,765 per precinct | 23 incidents per 1,000 | 13,913 incidents Ave. 1,391 per precinct |
| Violent crimes in 2016 | 11 incidents per 1,000 | 3,961 incidents Ave. 792 per precinct | 3 incidents per 1,000 | 2,470 incidents Ave. 247 per precinct |
| Drop in violent crime from 1990 to 2016* | 74% | -- | 82% | -- |
| Percent of violent crime: Murder/Rape | 5% | -- | 5% | -- |
| Nonviolent crimes in 1990 | 39 incidents per 1,000 | 13,096 incidents Ave. 2,619 per precinct | 60 incidents per 1,000 | 47,453 incidents Ave. 4,745 per precinct |
| Nonviolent crimes in 2016 | 9 incidents per 1,000 | 3,162 incidents Ave. 632 per precinct | 11 incidents per 1,000 | 8,877 incidents Ave. 888 per precinct |
| Drop in nonviolent crime from 1990 to 2016 | 78% | -- | 80% | -- |

*Major crimes include murder, rape, robbery, felonious assault, burglary, grand larceny, and grand larceny auto. Violent crimes include murder, rape, robbery, and felony assault. Nonviolent crimes include burglary, grand larceny, and motor vehicle theft

**Numbers are averaged over the 5 precincts associated with HPCs and 10 precincts associated with LPCs. The HPC precincts include: The 73rd (Brownsville), the 23rd, 25th and 32nd (all in East Harlem) and the 40th (South Bronx). The LPC precincts include: The 20th and 24th (both Upper West Side), 19th (Upper East Side), 5th and 6th (West Village and Soho), 7th and 9th (East Village), 50th (Riverdale), 78th (Park Slope) and 94th (Williamsburg and Greenpoint).

# Section: Navigating Neighborhood Networks

NYPD DATA: Recorded police stops and rankings for the precincts associated with heavily and lightly policed communities

| | Total stops (2003-2009) | Ranking* (2003-2009) | Total stops (2010-2015) | Ranking* (2010-2015) |
|---|---|---|---|---|
| **Precincts for Lightly Police Communities'** | | | | |
| 73rd (Brownsville) | 130,044 | 2 | 90,834 | 2 |
| 23rd (East Harlem) | 80,925 | 5 | 50,720 | 7 |
| 25th (East Harlem) | 40,845 | 27 | 30,574 | 32 |
| 32nd (East Harlem) | 80,832 | 9 | 38,250 | 16 |
| 40th (South Bronx) | 58,372 | 6 | 59,645 | 3 |
| | | | | |
| **Precincts for Heavily Policed Communities** | | | | |
| 20th (Upper West Side) | 18,017 | 62 | 14,813 | 58 |
| 24th (Upper West Side) | 20,492 | 59 | 14,419 | 60 |
| 19th (Upper East Side) | 28,097 | 46 | 16,186 | 53 |
| 5th (West Village & Soho) | 16,321 | 66 | 10,349 | 69 |
| 6th (West Village & Soho) | 16,204 | 67 | 11,531 | 66 |
| 7th Precinct (East Village) | 24,635 | 53 | 12,520 | 63 |
| 9th Precinct (East Village) | 26,299 | 51 | 18,996 | 46 |
| 50th (Riverdale & Spuyten Duyvil) | 15,848 | 69 | 8,553 | 72 |
| 78th (Park Slope & Gowanus) | 14,346 | 73 | 11,870 | 65 |
| 94th (Williamsburg & Greenpoint) | 14,748 | 72 | 6,725 | 74 |

*Ranking is out of 75 precincts (does not include 22nd (Central Park) and 121st (Staten Island precinct which was built in 2013).

Survey demographics

| | Heavily Policed Communities (N=900) | | Lightly Policed Communities (N=281) | |
|---|---|---|---|---|
| **DEMOGRAPHICS** | % | N | % | N |
| **Gender** | | | | |
| Female | 40% | 348 | 55% | 154 |
| Male | 60% | 527 | 43% | 119 |
| Transgender | .3% | 3 | 1% | 4 |
| Other | .2% | 2 | 1% | 2 |
| **Race/Ethnicity** | | | | |
| African American/ Black/Black Caribbean | 60% | 504 | 5% | 14 |
| Latino/a or Hispanic | 22% | 182 | 9% | 25 |
| Multiracial | 16% | 134 | 6% | 17 |
| Asian, South Asian or Pacific Islander | 1% | 8 | 13% | 37 |
| White/Caucasian | 1% | 6 | 65% | 181 |
| Middle Eastern | 1% | 4 | 1% | 2 |
| Native American or American Indian, Alaskan Native | 1% | 5 | 1% | 2 |
| Other | .2% | 2 | .4% | 1 |
| **Sexual Orientation** | | | | |
| Heterosexual (straight) | 88% | 710 | 88% | 234 |
| Gay | 2% | 12 | 2% | 5 |
| Lesbian | 2% | 15 | 2% | 6 |
| Bisexual | 7% | 55 | 6% | 17 |
| Queer | .2% | 2 | 2% | 4 |
| Other | 1% | 9 | .4% | 1 |
| **Age** | | | | |
| 14-20 | 32% | 282 | 16% | 46 |
| 21-25 | 27% | 237 | 20% | 57 |
| 26-30 | 16% | 139 | 21% | 59 |

| | | | | |
|---|---|---|---|---|
| 31-35 | 11% | 98 | 21% | 58 |
| 36-40 | 16% | 139 | 22% | 61 |
| **School/employment status** | | | | |
| In school/college | 34% | 265 | 17% | 47 |
| Employed full or part time | 32% | 252 | 73% | 196 |
| Unemployed | 27% | 214 | 7% | 19 |
| **Housing** | | | | |
| NYCHA housing | 64% | 505 | 7% | 18 |
| Private home/apartment | 20% | 154 | 85% | 221 |
| Homeless shelter | 6% | 44 | .4% | 1 |
| Temporary housing | 2% | 15 | 3% | 8 |
| Other | 2% | 12 | 2% | 4 |
| **Homeless at any point in 2016** | | | | |
| Yes | 23% | 182 | 2% | 4 |
| No | 77% | 624 | 99% | 271 |
| **Citizenship Status** | | | | |
| Born in U.S. | 96% | 839 | 87% | 240 |
| Born outside the U.S. and undocumented | 1% | 5 | .4% | 1 |
| Born outside the U.S. but a citizen or have a green card | 3% | 29 | 12% | 33 |
| Other | .3% | 3 | .4% | 1 |