# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | GEORGE E. ZOBITZ | | DAVID J. PERKINS | EVAN MEHRAN NORRIS |
| EVAN R. CHESLER | GEORGE A. STEPHANAKIS | | J. LEONARD TETI, II | LAUREN M. ROSENBERG |
| STEPHEN L. GORDON | DARIN P. MCATEE | WORLDWIDE PLAZA | D. SCOTT BENNETT | MICHAEL L. ARNOLD |
| ROBERT H. BARON | GARY A. BORNSTEIN | 825 EIGHTH AVENUE | TING S. CHEN | HEATHER A. BENJAMIN |
| DAVID MERCADO | TIMOTHY G. CAMERON | NEW YORK, NY 10019-7475 | CHRISTOPHER K. FARGO | MATTHEW J. BOBBY |
| CHRISTINE A. VARNEY | KARIN A. DEMASI | | DAVID M. STUART | DANIEL J. CERQUEIRA |
| PETER T. BARBUR | DAVID S. FINKELSTEIN | TELEPHONE: +1-212-474-1000 | AARON M. GRUBER | ALEXANDRA C. DENNING |
| MICHAEL S. GOLDMAN | RACHEL G. SKAISTIS | FACSIMILE: +1-212-474-3700 | O. KEITH HALLAM, III | HELAM GEBREMARIAM |
| RICHARD HALL | PAUL H. ZUMBRO | | OMID H. NASAB | MATTHEW G. JONES |
| JULIE A. NORTH | ERIC W. HILFERS | | DAMARIS HERNÁNDEZ | MATTHEW M. KELLY |
| ANDREW W. NEEDHAM | GEORGE F. SCHOEN | CITYPOINT | JONATHAN J. KATZ | DAVID H. KORN |
| STEPHEN L. BURNS | ERIK R. TAVZEL | ONE ROPEMAKER STREET | DAVID L. PORTILLA | BRITTANY L. SUKIENNIK |
| KATHERINE B. FORREST | CRAIG F. ARCELLA | LONDON EC2Y 9HR | RORY A. LERARIS | ANDREW M. WARK |
| KEITH R. HUMMEL | DAMIEN R. ZOUBEK | TELEPHONE: +44-20-7453-1000 | KARA L. MUNGOVAN | |
| DAVID J. KAPPOS | LAUREN ANGELILLI | FACSIMILE: +44-20-7860-1150 | MARGARET T. SEGALL | |
| DANIEL SLIFKIN | TATIANA LAPUSHCHIK | | NICHOLAS A. DORSEY | PARTNER EMERITUS |
| ROBERT I. TOWNSEND, III | ALYSSA K. CAPLES | | ANDREW C. ELKEN | SAMUEL C. BUTLER |
| PHILIP J. BOECKMAN | JENNIFER S. CONWAY | WRITER'S DIRECT DIAL NUMBER | JENNY HOCHENBERG | |
| WILLIAM V. FOGG | MINH VAN NGO | +1-212-474-1080 | VANESSA A. LAVELY | |
| FAIZA J. SAEED | KEVIN J. ORSINI | | G.J. LIGELIS JR. | |
| RICHARD J. STARK | MATTHEW MORREALE | WRITER'S EMAIL ADDRESS | MICHAEL E. MARIANI | OF COUNSEL |
| THOMAS E. DUNN | JOHN D. BURETTA | bgruenstein@cravath.com | LAUREN R. KENNEDY | MICHAEL L. SCHLER |
| MARK I. GREENE | J. WESLEY EARNHARDT | | SASHA ROSENTHAL-LARREA | CHRISTOPHER J. KELLY |
| DAVID R. MARRIOTT | YONATAN EVEN | | ALLISON M. WEIN | KIMBERLEY S. DREXLER |
| MICHAEL A. PASKIN | BENJAMIN GRUENSTEIN | | MICHAEL P. ADDIS | NICOLE F. FOSTER |
| ANDREW J. PITTS | JOSEPH D. ZAVAGLIA | | JUSTIN C. CLARKE | LILLIAN S. GROSSBARD |
| MICHAEL T. REYNOLDS | STEPHEN M. KESSING | | SHARONMOYEE GOSWAMI | KIMBERLY A. GROUSSET |
| ANTONY L. RYAN | LAUREN A. MOSKOWITZ | | C. DANIEL HAAREN | ANDREI HARASYMIAK |

August 20, 2021

Floyd, et al. v. City of New York, 08-CV-1034 (AT)
Davis, et al. v. City of New York, et al., 10-CV-0699 (AT)

Dear Judge Torres:

   We are counsel to the Monitor, Peter L. Zimroth, and respectfully write pursuant to Rule I.C. of Your Honor's Individual Practices to request an extension of the deadlines for filing responses related to Plaintiffs' Motion to Modify the *Floyd* Remedial Order (ECF No. 840) (the "Motion"). The Motion was filed on July 29, 2021. Under this Court's order of August 18, 2021 (ECF No. 846), the Monitor's response to the Motion is due on August 20, 2021, the City's response is due on August 31, 2021, and Plaintiffs' reply is due on September 21, 2021. Circumstances have arisen such that the Monitor will be unable to file on August 20, 2021. Accordingly, the Monitor requests a two-week extension of his and the parties' briefing deadlines:

| EVENT | DATE |
|---|---|
| Monitor's Response | September 3, 2021 |
| City's Response | September 14, 2021 |
| Plaintiffs' Reply | October 5, 2021 |

   The Monitor made one previous request for an extension of these briefing deadlines, which was granted. The City and Plaintiffs consent to the above briefing schedule.

2

Respectfully submitted,

*/s/ Benjamin Gruenstein*
Benjamin Gruenstein
Bradley Niederschulte
Emma Kolesar

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone:  (212) 474-1000
Fax:  (212) 474-3700
bgruenstein@cravath.com

Hon. Analisa Torres
   United States District Court
      Southern District of New York
         500 Pearl Street
            New York, New York 10007-1312
BY ECF