



40 Rector Street, 5th Floor
New York, NY 10006
phone: 212-965-2200

199 Water Street
New York, NY 10038
phone: 212-577-3300

September 10, 2021

**BY ECF**

Honorable Analisa Torres
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Davis v. City of New York*, 10 Civ. 0699 (AT)

Dear Judge Torres:

We represent Plaintiffs in the above-captioned matter and write to seek Your Honor's leave to file the attached joint Notice of Appeal to the *Davis* docket, which was timely filed on the dockets of related cases *Floyd v. City of New York*, 08 Civ. 1034 (AT) and *Ligon v. City of New York*, 12 Civ. 2274 (AT). See *Floyd* ECF No. 852 and *Ligon* ECF No. 483.

Respectfully submitted,

*s/Molly Griffard*

Molly Griffard
Corey Stoughton
The Legal Aid Society
199 Water Street
New York, NY 10038
917-439-9753
mgriffard@legal-aid.org

GRANTED.

SO ORDERED.

Dated: September 13, 2021
       New York, New York

ANALISA TORRES
United States District Judge