BELDOCK LEVINE & HOFFMAN
99 PARK AVENUE, PH/26TH F
NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:   900000.03700

WRITER'S DIRECT CONTACT:
212-277-5850
jmoore@blhny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2021

November 26, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Floyd v. City of New York, et al.*, No. 08-cv-01034 (AT)
           *Davis, et al. v. City of New York, et al.*, 10-cv-0699 (AT)
           *Ligon, et al. v. City of New York, et al.*, 12-cv-2274 (AT)

Dear Judge Torres,

      The *Floyd*, *Davis*, and *Ligon* Plaintiffs write to respectfully request a brief extension of time, from November 29, 2021, to December 8, 2021, to submit recommendations for a new monitor. This extension would result in Plaintiffs' recommendations being due on the same date as the City's. *See* Order Granting City's Request for an Extension, Dkt. No. 868. Plaintiffs in these three related cases require additional time to coordinate a response to the Court's request. Plaintiffs are also planning to meet and confer with the City before submitting a response.

      We thank the Court for its attention this matter.

GRANTED.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge