USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/14/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID FLOYD, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.

08 Civ. 1034 (AT)

KELTON DAVIS, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.

10 Civ. 699 (AT)

JAENEAN LIGON, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.

12 Civ. 2274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 9, 2022, the Court ordered Plaintiffs and the City of New York (the "City") to file supplemental briefs in response to Monitor Mylan L. Denerstein's (the "Monitor") Community Liaison proposal. *Floyd*, No. 08 Civ. 1034, ECF No. 889. On September 30, 2022, Plaintiffs filed a supplemental brief. *Floyd*, No. 08 Civ. 1034, ECF No. 891. On October 5, 2022, the City filed its response. *Floyd*, No. 08 Civ. 1034, ECF No. 892.

      By **November 1, 2022**, the Monitor shall respond to the parties' submissions.

      SO ORDERED.

Dated: October 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge