UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELTON DAVIS, *et al.*, individually and on behalf of a class of all others similarly situated;<br><br>                        Plaintiffs,<br><br>                - against -<br><br>THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;<br><br>                        Defendants. | 10 Civ. 0699 (SAS)<br>ECF Case |

## MOTION TO WITHDRAWAL AS ATTORNEY OF RECORD

**Please take notice** that upon the accompanying Declaration, Lauren Johnson hereby moves this Court to leave under Local Civil Rule 1.4, for leave to withdraw as counsel for Plaintiffs in the above captioned action.

**Please take further notice that** Jin Hee Lee, Raymond Audain, Kevin Jason, Ashok Chandran, and John Cusick from the NAACP Legal Defense and Educational Fund, Inc., will continue to serve as counsel of record for Plaintiffs.

Dated: January 24, 2023

                                                      /s/ Lauren Johnson
                                                      Lauren Johnson
                                                      Senior Counsel
                                                      NAACP Legal Defense and Educational Fund, Inc.
                                                      700 14th St. NW, Suite 600
                                                      Washington, DC 20005
                                                      Tel: (202) 216-5561
                                                      Fax: (202) 682-1312
                                                      ljohnson@naacpldf.org

                                                      *Counsel for Plaintiffs*