UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELTON DAVIS, *et al.*, individually and on behalf of a class of all others similarly situated;

                        Plaintiffs,

                - against -

THE CITY OF NEW YORK and NEW YORK CITY HOUSING AUTHORITY;

                        Defendants.

10 Civ. 0699 (SAS)
ECF Case

---

### **DECLARATION OF LAUREN JOHNSON**

In support of the accompanying Motion to Withdraw as Counsel, and in accordance with Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lauren Johnson, state as follows:

1.  I am an attorney with NAACP Legal Defense and Educational Fund, Inc. My office address is 700 14th Street NW, Suite 600, Washington, D.C., 20005; telephone number is (202) 216-5561; and e-mail address is ljohnson@naacpldf.org. I am counsel of record for Plaintiffs in the above captioned matter.

2.  I submit this declaration in compliance with Local Rule 1.4 and to notify the Court that I request to be withdrawn as counsel in the above captioned matter for satisfactory reasons.

3.  I will be departing the Legal Defense Fund within approximately the next month and am refocusing my efforts in preparation. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 24, 2023
Washington, D.C.

Respectfully submitted,

/s/ Lauren Johnson
Lauren Johnson
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, D.C. 20005
Tel: (202) 216-5561
ljohnson@naacpdlf.org

2