```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FLOYD, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 08 Civ. 1034 (AT) |
| KELTON DAVIS, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 10 Civ. 699 (AT) |
| JAENEAN LIGON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | 12 Civ. 2274 (AT) |

**ORDER REGARDING ANNUAL BUDGET FOR COMMUNITY LIAISON**

By Court Order dated December 16, 2022, the Honorable Analisa Torres, approved the "Community Engagement Liaison Framework" submitted by the Independent Federal Monitor and appointed Germain Thompson as the Community Liaison. (ECF Dkt. No. 888). The Framework provided that "[t]he Community Liaison, in consultation with the Monitor and the Parties, will develop a reasonable annual budget to cover expenses related to their work other than the cost of their salary and the salaries of their staff."

1. **PURPOSE**

    1.1 This agreement is to set forth the Community Liaison's budget for the year 2023 pursuant to the "Community Engagement Liaison Framework" (the "Framework") approved by the Court on December 16, 2022. (ECF Dkt. No. 888-1).

2. **BUDGET**

    2.1 **Annual Budget.** The annual budget for reasonable expenses incurred by the Community Liaison and Community Liaison's staff shall be as follows:

    | Expense Category | Budget (Annualized) |
    | --- | --- |
    | Travel Expenses | $18,000 |
    | Community Outreach/Meetings (including program materials and any food for community outreach meetings or events) | $24,000 |
    | Equipment/Supplies (including phones, laptop, printers, iPads) | $10,600 |
    | Cell Phone/Wireless | $6,000 |
    | Office Space and Services | $12,000 |
    | Miscellaneous Office/Staff Expenses | $24,000 |

    2.2 **Survey.** Pursuant to the Framework, the Community Liaison may use "surveys to obtain information regarding the views and perspectives of community members." The budget for these surveys shall be $75,000 for two years: 2023 to 2024.

3. **REASONABLE OUT-OF-POCKET EXPENSES**

    3.1 Expenses. The Community Liaison will be reimbursed for reasonable out-of-pocket expenses pursuant to the budget provided in Section 2 above.

    3.2 Record Keeping. The Community Liaison and Community Liaison Staff shall retain records of expenditures, and shall submit itemized records of each expenditure upon submission for reimbursement by the City.

4. **PAYMENT SCHEDULE**

    4.1 **Monthly Invoices.** The Community Liaison shall submit invoices for all reasonable expenses, including expenses already incurred by the Community Liaison prior to the

effective date of this Agreement, directly to the City. The City shall specify, and may from time to time change, the method by which the invoices must be submitted. Invoices submitted by the Community Liaison shall include an itemized list of expenses and each expense must be allocated to the appropriate expense category as delineated in Section 2.1 above.

4.2 **Supporting Documentation.** The Community Liaison shall maintain all documentation related to any expense submitted for reimbursement by the City. The City may demand submission of such documentation at any time.

4.3 **Advanced Payment.** Upon the endorsement of this Agreement by the Court, the City shall pay the Community Liaison $14,000 as an advance towards necessary reasonable expenses. Expenses incurred by the Community Liaison, including expenses already incurred by the Community Liaison prior to the effective date of this Agreement, will be deducted from the advanced funds until such funds have been fully depleted. Once the advance funds are depleted the City shall reimburse all reasonable expenses incurred by the Community Liaison on a monthly basis following submission of an invoice.

4.5 **Payment.** Payment under this Agreement will be made monthly. Payment will be made within 30 days of receipt of the proper invoice and documentation.

For the Community Liaison:

By: _____

Name: Germain Thompson

Title: Community Liaison

Date: 3/22/23

For the City of New York:

By: _____

Name: Nancy Savasta

Title: Deputy Division Chief

Date: 3/22/23

SO ORDERED.

Dated: March 23, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge