

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARIAM KHAN**<br>*Assistant Corporation Counsel*<br>Phone: 212-356-2662<br>markhan@law.nyc.gov |

June 2, 2023

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Floyd, et al. v. City of New York*, 08-CV-1034;
            *Davis, et al. v. City of New York, et al.*, 10-CV-0699;
            *Ligon, et al. v. City of New York, et al.*, 12-CV-2274

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-referenced matters. The City writes to make a correction to its letter filed on June 1, 2023 (*Floyd* ECF No. 913). In that letter, we stated that the "Monitor agreed to the City's request for an additional week to June 7, 2023." However, June 7, 2023 is the incorrect date; June 8, 2023, which is one week from June 1, 2023, is the correct date.

      Thank you for your attention to this matter.

                          Sincerely,

                          Mariam Khan
                          Assistant Corporation Counsel

cc:    All Counsel (via ECF)