UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELTON DAVIS, et al.

                Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023

10 Civ. 699 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the stipulation of settlement filed on October 30, 2023. *See* ECF No. 655-1. The stipulation contains the incorrect dates in paragraph 12. *Id.* ¶ 12. And, in paragraph 25, it references the "First Interim Fee Stipulation" when it should reference the Second Interim Fee Stipulation. *Id.* ¶ 25.

    Accordingly, by **November 6, 2023**, the parties shall submit a revised stipulation of settlement.

    SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                                      ANALISA TORRES
                                             United States District Judge